B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rosetti, Robert A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dey, Shannon D** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4710** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4056** |
| Street Address of Debtor (No. and Street, City, and State):<br>**215 Ocean Terrace**<br>**Ormond Beach, FL**                    ZIP Code **32176** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**215 Ocean Terrace**<br>**Ormond Beach, FL**                    ZIP Code **32176** |
| County of Residence or of the Principal Place of Business:<br>**Volusia** | County of Residence or of the Principal Place of Business:<br>**Volusia** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rosetti, Robert A**<br>**Dey, Shannon D** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Avie Meshbesher Croce          October 29, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Avie Meshbesher Croce 0020519** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|           _____<br>          (Name of landlord that obtained judgment) |
|           _____<br>          (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10) **Page 3**

| | |
|---|---|
| # Voluntary Petition<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Rosetti, Robert A**<br>**Dey, Shannon D** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Robert A Rosetti**
Signature of Debtor  **Robert A Rosetti**

X  **/s/ Shannon D Dey**
Signature of Joint Debtor **Shannon D Dey**

Telephone Number (If not represented by attorney)

**October 29, 2010**
Date

### Signature of Attorney*

X  **/s/ Avie Meshbesher Croce**
Signature of Attorney for Debtor(s)

**Avie Meshbesher Croce 0020519**
Printed Name of Attorney for Debtor(s)

**Avie Meshbesher Croce, P.L.**
Firm Name

**1301 Beville Road**
**Suite 8**
**Daytona Beach, FL 32119**

Address

**Email: croceparalegal@cfl.rr.com**
**386-304-2821 Fax: 386-304-2338**
Telephone Number

**October 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Robert A Rosetti**
       **Shannon D Dey**
                                       Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Robert A Rosetti**

                          **Robert A Rosetti**

Date:   **October 29, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Robert A Rosetti**
       **Shannon D Dey**

                                     Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com               Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Shannon D Dey**
         **Shannon D Dey**
Date: **October 29, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re      **Robert A Rosetti,**
           **Shannon D Dey**

                                                    **Debtors**,

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 140,000.00 | | |
| B - Personal Property | Yes | 4 | 46,397.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,496,958.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 293 | | 52,095.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,888.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,904.00 |
| Total Number of Sheets of ALL Schedules | | 306 | | | |
| Total Assets | | | 186,397.31 | | |
| Total Liabilities | | | | 1,549,053.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
                                    Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,888.00 |
| Average Expenses (from Schedule J, Line 18) | 4,904.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,850.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 167,510.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 52,095.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 219,605.00 |

B6A (Official Form 6A) (12/07)

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                         ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **215 Ocean Terrace, Ormond Beach, FL 32176** | | **W** | **140,000.00** | **306,956.00** |
| **TO BE SURRENDERED - 182 Coquina Key Drive, Ormond Beach, FL 32176** | | **H** | **Unknown** | **931,643.00** |
| **TO BE SURRENDERED - Residential Lot - Hammocks of Seagrove Lot 21, Seagrove Beach, FL** | | **H** | **Unknown** | **217,885.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **140,000.00** | (Total of this page) |
| Total > | **140,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | J | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Centura Bank ending in 4587** | J | 85.31 |
| | | **Sunshine State Community Bank Business Account ending in 5713**<br>**Bombshell Fitness LLC** | W | 135.00 |
| | | **Sunshine State Community Bank Business Account ending in 6320**<br>**Coquina Publishing LLC** | J | 147.00 |
| | | **Pal Pal Account** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **chairs, couch, loveseat, recliners, tvs, beds, dressers, chests, kitchen table, stools, coffee table, end tables, dishes, pots and pans, pool table, misc. wall hangings** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **weddig rings, gold chain, misc. costume jewelry** | J | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **1,767.31**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Robert A Rosetti,**
           **Shannon D Dey**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Coquina Publishing LLC | J | 0.00 |
| | | Bombshell Fitness LLC - LEASED EQUPMENT | J | 0.00 |
| | | Bombshell Fitness LLC | J | 1,130.00 |
| | | Camera $200, Camera lens $300, 2 Computers 5 years old $100, printer  $25, Microwave $20, 1 couch $50, desks $50 , Book case $25, Fish Tank (15 years old) $20 1 storage rack $50, Wall hangings  $100, 2 office chairs $25 , 1 lounge chair $50 3 Bar Stools $25 , 2 Short stools  $10 , Fitness balls and bands  $40, Fitness mats $40 | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       **1,130.00**
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert A Rosetti,**                                    Case No. _____
             **Shannon D Dey**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **TO BE SURRENDERED -LEASE - 2007 Cadilac Escalade VIN# 1GYEC63877R427774 miles 35,000** | W | 0.00 |
| | | **2007 Porsche Cayman - VIN# WP0AB29857U782950 30,000 miles** | W | 31,000.00 |
| | | **2007 Ironhorse Motorcycle 7,000+ miles VIN#5L5TH144641000128** | H | 12,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                           Sub-Total >    **43,500.00**
         (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert A Rosetti,**                               Case No. _____
             **Shannon D Dey**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **46,397.31** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                        ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **215 Ocean Terrace, Ormond Beach, FL 32176** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **0.00** | **140,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **RBC Centura Bank ending in 4587** | **Fla. Const. art. X, § 4(a)(2)** | **85.31** | **85.31** |
| **Sunshine State Community Bank Business Account ending in 5713 Bombshell Fitness LLC** | **Fla. Const. art. X, § 4(a)(2)** | **135.00** | **135.00** |
| **Sunshine State Community Bank Business Account ending in 6320 Coquina Publishing LLC** | **Fla. Const. art. X, § 4(a)(2)** | **147.00** | **147.00** |
| **Pal Pal Account** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **chairs, couch, loveseat, recliners, tvs, beds, dressers, chests, kitchen table, stools, coffee table, end tables, dishes, pots and pans, pool table, misc. wall hangings** | **Fla. Const. art. X, § 4(a)(2)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **weddig rings, gold chain, misc. costume jewelry** | **Fla. Const. art. X, § 4(a)(2)** | **300.00** | **300.00** |
| **Stock and Interests in Businesses** | | | |
| **Bombshell Fitness LLC** | **Fla. Const. art. X, § 4(a)(2)** | **232.69** | **1,130.00** |
| **Camera $200, Camera lens $300, 2 Computers 5 years old $100, printer  $25, Microwave $20, 1 couch $50, desks $50 , Book case $25, Fish Tank (15 years old) $20 1 storage rack $50, Wall hangings  $100, 2 office chairs $25 , 1 lounge chair $50 3 Bar Stools $25 , 2 Short stools  $10 , Fitness balls and bands  $40, Fitness mats $40** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Porsche Cayman - VIN# WP0AB29857U782950 30,000 miles** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **31,000.00** |
| | Total: | **3,000.00** | **173,897.31** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxx9510** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | J | | | **Opened 11/01/05  Last Active  8/25/10** <br><br> **215 Ocean Terrace, Ormond Beach, FL 32176** | | | | | |
| | | | | | Value $                 **140,000.00** | | | | **246,328.00** | **106,328.00** |
| Account No. **xxxxx9790** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | J | | | **Opened 11/01/05  Last Active  8/25/10** <br><br> **Second Mortgage** <br><br> **215 Ocean Terrace, Ormond Beach, FL 32176** | | | | | |
| | | | | | Value $                 **140,000.00** | | | | **60,628.00** | **60,628.00** |
| Account No. **xxxxxxxx1096** <br><br> **Federal Trust Bank** <br> **1 Corporate Dr Ste 360** <br> **Lake Zurich, IL 60047** | | H | | | **Opened  9/01/06  Last Active 11/09/09** <br><br> **TO BE SURRENDERED - Residential Lot - Hammocks of Seagrove Lot 21, Seagrove Beach, FL** | | | | | |
| | | | | | Value $                 **Unknown** | | | | **217,885.00** | **Unknown** |
| Account No. **xxxxxxxxxxx8080** <br><br> **GE Money Bank/funancing** <br> **332 Minnesota St Ste 610** <br> **Saint Paul, MN 55101** | | H | | | **Opened 10/01/05  Last Active  8/25/10** <br><br> **2007 Ironhorse Motorcycle 7,000+ miles VIN#5L5TH144641000128** | | | | | |
| | | | | | Value $                 **12,500.00** | | | | **13,054.00** | **554.00** |
|   **1**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **537,895.00** | **167,510.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. **xxxxxxxx0780** | | | | | Opened 6/01/06 Last Active 11/18/09 | | | | | |
| **Indymac Bank** **Attn:Bankruptcy** **Po Box 4045** **Kalamazoo, MI 49003** | | H | | | TO BE SURRENDERED - 182 Coquina Key Drive, Ormond Beach, FL 32176 | | | | | |
| | | | | | Value $ **Unknown** | | | | **788,443.00** | **Unknown** |
| Account No. **xxxxxxxxx4569** | | | | | Opened 6/01/06 Last Active 10/23/09 | | | | | |
| **Indymac Bank** **Attn:Bankruptcy** **Po Box 4045** **Kalamazoo, MI 49003** | | H | | | TO BE SURRENDERED - 182 Coquina Key Drive, Ormond Beach, FL 32176 | | | | | |
| | | | | | Value $ **Unknown** | | | | **143,200.00** | **Unknown** |
| Account No. **xxxxx5758** | | | | | Opened 7/01/08 Last Active 9/23/10 | | | | | |
| **Porsche Financial Services** **4343 Commerce Ct #300** **Lisle, IL 60532** | | J | | | 2007 Porsche Cayman - VIN# WP0AB29857U782950 30,000 miles | | | | | |
| | | | | | Value $ **31,000.00** | | | | **27,420.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **959,063.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,496,958.00** | **167,510.00** |

B6E (Official Form 6E) (4/10)

In re    **Robert A Rosetti,**                                                    Case No. _____
          **Shannon D Dey**

_____ ,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

    * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                 **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.**<br><br>**A Chaduki Salloum**<br>**14 Sugarberry Circle, #980**<br>**Ormond Beach, FL 32174** | | | | J | | | | | **Unknown** |
| **Account No.**<br><br>**ABC Financial Services Inc**<br>**c/o Katie A. Middleton, Esq**<br>**425 West Capital Ave.**<br>**Suite 3801**<br>**Little Rock, AR 72201** | | | | - | | | | | **Unknown** |
| **Account No.**<br><br>**Abigal Bugno**<br>**3734 Long Leaf Drive**<br>**Ormond Beach, FL 32174** | | | | J | | | | | **Unknown** |
| **Account No.**<br><br>**Ada Siegal**<br>**1 Soco Trail**<br>**Ormond Beach, FL 32174** | | | | J | | | | | **Unknown** |

  **292** continuation sheets attached

Subtotal
(Total of this page)      **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:37690-100405    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adam Barbaro** <br> **198 S. Lindenwood Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Adam Bruno** <br> **18 Domicilio Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Adam Silva** <br> **114 Horseshoe Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **ADP Payroll** <br> **71 Hanover Road MS 580** <br> **Florham Park, NJ 07932** | | - | | | | | **Unknown** |
| Account No. <br><br> **AFCO** <br> **1000 Muilwaukee Ave.** <br> **Glenview, IL 60025** | | - | | | | | **Unknown** |

Sheet no. __1__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                               Case No. _____
            **Shannon D Dey**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AFCO Department 7200 Los Angeles, CA 90088** | - | | | | | | **Unknown** |
| Account No. **Agnie Noralm 65 Riverside Drive Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Ahsha Hamilton 11 Red Barn Drive Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. **AJ Bandorf 1010 Indian Oaks West Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. **Ajit Dodoni 5 Volunteer Lane Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**2**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Al Provenzano** <br> **115 Fairview Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | | Unknown |
| Account No. <br><br> **Alane Patterson** <br> **1759 Tomoka Farms Rd** <br> **Port Orange, FL 32128** | | J | | | | | | Unknown |
| Account No. <br><br> **Aleksey Chernyshov** <br> **7 Fishermans Circle** <br> **Apt. 6** <br> **Ormond Beach, FL 32174** | | J | | | | | | Unknown |
| Account No. <br><br> **Alex Shoop** <br> **391 Palm Castle Drive** <br> **Port Orange, FL 32127** | | J | | | | | | Unknown |
| Account No. <br><br> **Alex Sirotin** <br> **1 Princess Kim Place** <br> **Palm Coast, FL 32164** | | J | | | | | | Unknown |

Sheet no. __3__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Alex Stone** **2 Fernwood Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Alexandra Hornback** **112 Joyelle Cir** **Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Alexis Whelan** **365 N. Tymber Creel Road** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Aliaksandra Regan** **179 Ekana Circle** **Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Alice Gerken** **121 Pine Creek Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __4__ of __292__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                              Case No. _____
          **Shannon D Dey**
          _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alina Marczewski** <br> **8 Hamlet Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Alisha Schofield** <br> **P.O. Box 730274** <br> **Ormond Beach, FL 32173** | | J | | | | | **Unknown** |
| Account No. <br><br> **Alisha Shaffer** <br> **148 Campanello Court** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **All Aboard Storage** <br> **145 North Charles Street** <br> **Daytona Beach, FL 32114** | | J | | | | | **0.00** |
| Account No. <br><br> **Allen Keller** <br> **1 Arbor Lake Park** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**5**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                                    Case No. _____
         **Shannon D Dey**
                                                                          ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allie Hill** <br> **8 Moss Point Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Allison Berry** <br> **10433 Ibis Reserve Cir** <br> **West Palm Beach, FL 33412** | | J | | | | | **Unknown** |
| Account No. <br><br> **Allison Watson** <br> **902 Derbyshire Road** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Allyson Groves** <br> **137 Pine Woods Rd** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Alvernise Gentil** <br> **1592 Montgomery Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |

Sheet no. **6** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
    **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alyn Benezette** <br> **4 Lake Isle Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Alysia Keith** <br> **182 Wall Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Alyssa Harwell** <br> **181 Perfect Drive** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br> **Amanda Sullivan** <br> **129 Notting Hill Drive** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Amanda Whittin** <br> **17 Raintree Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __7__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Amardeep Singh** **10 Aston Circle** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Amber Egierski** **674 Alcazar Avenue** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Amber Gallagher** **6 Windsail Circle** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Amber Thomas** **600 Riverview Boulevard** **Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ameira Fargally** **109 Brasswood Court** **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __**8**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                          Case No. _____
        **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **American Express** PO Box 53773 Phoenix, AZ 85072 | - | | | | | | | Unknown |
| Account No. xxxxxxxxxxxxxx8302 **American Express** c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | J | | | Opened 10/01/93 Last Active 5/01/02 CreditCard | | | | 1,648.00 |
| Account No. **Amiran Kameshidze** 21 Byreu Elliner Apt. 15 Ormond Beach, FL 32176 | J | | | | | | | Unknown |
| Account No. **Analyse Weil** 3 Lake Meadow Way Ormond Beach, FL 32174 | J | | | | | | | Unknown |
| Account No. **Anastasia Chernysheva** 128 Forest Lake Boulevard Apt. 812 Daytona Beach, FL 32119 | J | | | | | | | Unknown |

Sheet no. __9__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **1,648.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Andi Larsen**<br>**1024 Center Street**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Andre Atkinstall**<br>**204 Bauer Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No.<br><br>**Andre Carthy**<br>**153 Pine Cone Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Andrew Kim**<br>**109 Zeharias Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No.<br><br>**Andrew Parsons**<br>**P.O. Box 393**<br>**Jeffersonville, NY 12748** | | J | | | | | **Unknown** |

Sheet no. __10__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**
                                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Anette Pezza**<br>**15 Deep Woods Way**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Angel Owens**<br>**3782 Pine Cone Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Angela Balsiciano**<br>**113 Rio Way**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Angela Caldwell**<br>**31 Coquina Lake Way**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Angela Garvin**<br>**4619 Secret River Trail**<br>**Port Orange, FL 32129** | | J | | | | | | **Unknown** |

Sheet no. __11__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                  Case No. _____
         **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Angela Kruck <br> 9 Kingsgate Court <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Angela Newslow <br> 1248 Amstead Ln <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Angela Pindegayosh <br> 27 Leidel Drive <br> Palm Coast, FL 32137 | | J | | | | | Unknown |
| Account No. <br><br> Angela Yates <br> 7 Charleston Square <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Angelique Payne <br> 1982 Yellowfin Drive <br> Port Orange, FL 32128 | | J | | | | | Unknown |

Sheet no. __12__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                    Case No. _____
        **Shannon D Dey**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** Angelyn Allgaier 640 N. Nova Road, #516 Ormond Beach, FL 32174 | | J | | | | | | | **Unknown** |
| **Account No.** Angie Facchin 22 Saddlers Run Ormond Beach, FL 32174 | | J | | | | | | | **Unknown** |
| **Account No.** Ann Allen 508 Shadow Lakes Blvd Ormond Beach, FL 32174 | | J | | | | | | | **Unknown** |
| **Account No.** Ann Frances Matto 124 Mariner Drive Ormond Beach, FL 32176 | | J | | | | | | | **Unknown** |
| **Account No.** Ann Landry 1551 Crowne View Dr., #826 Ormond Beach, FL 32174 | | J | | | | | | | **Unknown** |

Sheet no. __13__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                **0.00**
                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**            Case No. _____
         **Shannon D Dey**
                                                    ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ann Matto**<br>**124 Mariners Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Annalena Charla**<br>**1312 Munster Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Anne Hornback**<br>**112 Joyelle Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Annette Chandler**<br>**820 Catherine Avenue**<br>**Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Annick Palette**<br>**885 Willow Run**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**14**__ of __**292**__ sheets attached to Schedule of        Subtotal        
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Annie Colon** <br> **13 Lamont Lane** <br> **Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br> **Annie Jorgensen** <br> **13 Lamont Ln** <br> **Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br> **Anthony Blake** <br> **1513 San Marco Drive** <br> **Apt. 208** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Anthony Caputo** <br> **153 S.Tymber Creek Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Anthony Oliva** <br> **188 Cloverdale Ct** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**15**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
        **Shannon D Dey**
                                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| Anthony Wheeler 2101 N. Atlantic Avenue Apt. 18 Daytona Beach, FL 32118 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Anthony Williams 1 S. Old Kings Road Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Antoinette Pacheco 11 Zollinger Place Palm Coast, FL 32164 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Antonia Busby 1000 St. George Road Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Antonio Bizzaro 200 St. George Road, 6B Ormond Beach, FL 32174 | | | J | | | | | | Unknown |

Sheet no. __16__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
        **Shannon D Dey**                          Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **April Donlan** <br> **41 Broadriver Rd** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **April Walton** <br> **559 Gertrude Lane** <br> **SouthDaytona, FL 32119** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ariel Silvestri** <br> **1404 Henlow Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Arthur Depette, Jr.** <br> **39 Cherokee Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Arthur Keating** <br> **1508 Oak Forest Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**17**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                  Subtotal <br> (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Arthur Kowitz** **1501-217 Ridgewood Ave.** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Arty Kessler** **42 Pebble Beach Circle** **Flagler Beach, FL 32136** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ashleey Schmidt** **50 Hibiscus Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ashley Adams** **103 Shady Branch Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ashley Lear** **29 Baywater Court** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**18**__ of __**292**__ sheets attached to Schedule of          Subtotal                    | **0.00** |
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                      Case No. _____
      **Shannon D Dey**

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ashley Lear** <br> **29 Baywater Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ashley McMillan** <br> **5833 Spruce Creek Road** <br> **Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ashley Robar** <br> **1 Arbo Lake Park** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ashley Skreland** <br> **7 Prince Walker Lane** <br> **Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br> **Association Insurance** <br> **165 S Union Blvd.** <br> **Denver, CO 80228** | | J | | | | | **Unknown** |

Sheet no. __19__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
           (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                Case No. _____

             **Shannon D Dey**

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **AT&T Advertising & Publish.** <br> **BASC PRO** <br> **Collections Dept.** <br> **PO Box 105024** <br> **Atlanta, GA 30348-5024** | - | | | | | | **Unknown** |
| **Account No.** <br><br> **Autumn Wanamakel** <br> **49 Merrywood Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| **Account No.** <br><br> **Balint Farkas** <br> **1020 Grand Hickory Circle** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| **Account No.** <br><br> **Bank of America** <br> **c/o CT Corporation Systems** <br> **1200 S. Pine Island Road** <br> **Plantation, FL 33324** | | J | | | | | **Unknown** |
| **Account No. xxxxxxxxxxxx9042** <br><br> **Bank Of America** <br> **4060 Ogletown/Stanton Rd** <br> **Newark, DE 19713** | | H | Opened 8/01/96 Last Active 10/26/09 CreditCard | | | | **27,719.00** |

Sheet no. __20__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      **27,719.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                    Case No. _____
       **Shannon D Dey**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3401**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | | J | **Opened 10/01/02  Last Active  2/09/10**<br>**CreditCard** | | | | **9,105.00** |
| Account No.<br><br>**Barbara Ballway**<br>**719 S. Beach Street**<br>**Apt. 204B**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br><br>**Barbara Burns**<br>**2120 Anastasia Drive**<br>**Daytona Beach, FL 32119** | | J | | | | | **Unknown** |
| Account No.<br><br>**Barbara Johnson**<br>**111 Northbrook Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Barbara Lambert**<br>**405 Division Street**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**21**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **9,105.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                               Case No. _____
              **Shannon D Dey**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Barbara Palmer 139 Deer Lake Circle Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Barbara Ressler 42 Coquina Lake Way Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Barbara Saucier 1221 David Drive Holly Hill, FL 32117 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Barbara Skroback 2 Laurel Ridge Break Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Barbara Tracy 89 S. Atlantic Avene Ormond Beach, FL 32176 | | | J | | | | | | Unknown |

Sheet no. __22__ of __292__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Barry Justice**<br>**1400 Hand Avenue**<br>**Suite G**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Bart Teracino**<br>**64 Oakmont Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Beatriz Dejesus**<br>**8 Brookside Cir**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Bedr Skargee**<br>**252 Perfect Drive**<br>**Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Belinda Celestin**<br>**7000 Saint George's Road**<br>**Apt. 201A**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __23__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                          Case No. _____
        **Shannon D Dey**
                                                        ,
_____
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ben Benezette** **4 Lake Isle Way** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ben Ferris** **157 Perfect Drive** **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ben Marshall** **101 Sand Dunes Dr.** **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Benyamin Yisrael** **133 Heathrow Drive** **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Bernhard Geiger** **1613 Promenade Circle** **Port Orange, FL 32129** | | J | | | | | **Unknown** |

Sheet no. __24__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                                     Case No. _____
       **Shannon D Dey**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Betty Kern** **404 Bushnell Park Court** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Beverly Perez** **436 S. Nova Road** **Lot 80** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Beverly Welsh** **502 N. Yonge Street** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bianca Myara** **28 Arbor Lake Park** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bil Commette** **931 Old Mil Run** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __25__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                   Case No. _____
        **Shannon D Dey**

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bill Arthell** <br> **2 Winchester Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Bill Baldwin** <br> **505 N. Yonge Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Bill Elias** <br> **PO Box 1051** <br> **Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. <br><br> **Bill Foley** <br> **228 Royal Dunes Blvd** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Bill Helmintoller** <br> **240 Timberline Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __26__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Bill McGee 1958 Carolina Avenue Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Bill Meadows 345 Hickory Hill Place Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Bill Navarra 224 Chippewa Cir Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Bill Parks 281 Braeburn Cir Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. **Bill Voreis 176 Heritage Circle Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __27__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Billy Ciullo**<br>**1511 Ridge Ave**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Billy Wootten**<br>**30 Meadow Ridge VW**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Binns Moss**<br>**124 Bellevue Avenue**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br><br>**Blue Water Pool Supplies**<br>**c/o Caine & Weiner**<br>**9960 Corporate Campus Dr.**<br>**Louisville, KY 40223** | | J | | | | | **Unknown** |
| Account No.<br><br>**Bob Dixon**<br>**517 Cherrywood Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __28__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Bob Gonzales** **1402 San Jose Boulevard** **Holly Hill, FL 32117** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bobbi Britt** **2945 Orchard Street** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bobby Fisher** **2727 N. Atlantic Blvd.** **Apt. 800** **Daytona Beach, FL 32118** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bonnie Payton** **500 Shadow Lakes Blvd., #182** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Bonnie Sanderson** **2440 Timberview Dr** **New Smyrna Beach, FL 32168** | | | J | | | | | | **Unknown** |

Sheet no. __29__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                              Case No. _____
       **Shannon D Dey**

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brabdi Rains** <br> **570 Micintosh Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Brad Gorntto** <br> **24 Huny Master Ct** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Brad Lewis** <br> **1 Wildwood Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Brad Lewis** <br> **1 Wildwood Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Brady Carter** <br> **1941 Nelson Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**30**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Brandi Holley 542 S. Ridgewood Avenue Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Brandon Robinson 1501 San Marco Drive Apt. 304 Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Brandon Villarreal 6 maplewood Trail Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Brenda Beasley 30 Soco Trail Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Brent Oquinn 329 Seminole Dr Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __31__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                        Case No. _____
        **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Brian Brown 10 Meadowmist Court Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Brian Dylewski 56 Spring Meadows Drive Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Brian Harris 500 Shadow Lakes Blvd. Apt. 145 Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Brian O'Keefe 56 Herringbone Way Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bridgefild Insurance 2310 Commerce Point Drive Lakeland, FL 33801-6880** | | - | | | | | | **Unknown** |

Sheet no. __32__ of __292__ sheets attached to Schedule of                        Subtotal                        **0.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bridget Ratner** <br> **3170 Ocean Shore Blvd** <br> **Apt 506** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Bridget Warnick** <br> **3401 Prancer Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Brighthouse Networks** <br> **P.O. Box 31335** <br> **Tampa, FL 33631-3335** | | - | | | | | **Unknown** |
| Account No. <br><br> **Brigitte Metzger** <br> **1573 Airport Rd** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Britiany Pilko** <br> **1000 Walker St** <br> **Lot 403** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __33__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                                                 Case No. _____
          **Shannon D Dey**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brittany Barhoo** 1355 Cadillac Drive Daytona Beach, FL 32117 | | J | | | | | **Unknown** |
| Account No. **Brittany Bostic** 312 Gatewood Court Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. **Brittany Vanacore** 9 Wild Creek Way Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. **Brooke Morris** 600 Jimmy Ann Drive Apt. 1021 Daytona Beach, FL 32114 | | J | | | | | **Unknown** |
| Account No. **Bruce Bryne** 48 River Drive Ormond Beach, FL 32176 | | J | | | | | **Unknown** |

Sheet no. __34__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bruce Piatek 4 Walmart Court Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Bryan Dylewski 56 Spring Meadows Drive Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Buddy Mckernan 889 Brentwood Drive Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. **Buddy Shacklette 55 John Anderson Drive Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. **Burns Supply 342 Second Street Daytona Beach, FL 32117** | | - | | | | | **Unknown** |

Sheet no. __**35**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                      Case No. _____
**Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Caitlin Loenn 10 Spanish Pine Way Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Cameron Loree 37 Princeton Lane Palm Coast, FL 32164 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Candace Davis 125 Greenbriar Avenue Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Candes Andre 64 Broadmoor Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Capital Insurance Companies 1600 Aspen Commons Middleton, WI 53562-4719 | | J | | | | | | Unknown |

Sheet no. __36__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**
                                                              ,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cari Kresa** **900 Riverside Drive** **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Carl Beauchamp** **1629 Espanola Avenue** **Apt. 103** **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Carl Lentz** **1191 N. Halifax Avenue** **Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Carlene Ross** **3604 Galway Ln** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Carlos Ortiz** **515 Peacock Road** **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __**37**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carls Speed Shop** <br> **384 North Beach Street** <br> **Jacksonville, FL 32214** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carmine Valerti** <br> **86 Seville Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carol Blawn** <br> **143 Zaharias Cir** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carol Ewy** <br> **436 S. Nova Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carol Gerolimatos** <br> **275 Indigo Drive** <br> **Unit 212** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __**38**__ of __**292**__ sheets attached to Schedule of                    Subtotal                      0.00
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                           Case No. _____
         **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol McKnight** <br> **11 Crescent Lake Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carol Polzella** <br> **1207 N Beach Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carole Harrington** <br> **1000 Walker St** <br> **Lot 205** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carolyn Campbell** <br> **1710 Ridge Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Carolyn Hanger** <br> **1208 Riverside Drive** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __39__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                    Case No. _____
       **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Carrie Grover** **16 Sunny Shore Drive** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Carrie Spangler** **76 Lake Bluff Drive** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Cassandra Abrams** **647 North Street** **Daytona Beach, FL 32114** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Cassandra Walker** **1119 Lakewood Park Drive** **Daytona Beach, FL 32117** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Catherine Jorgensen** **475 Hammock Lane** **GA 31274** | | | J | | | | | | **Unknown** |

Sheet no. __**40**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                            Case No. _____
          **Shannon D Dey**
          _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cathy Ashley** <br> **113 Pine Tree Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Cathy Mallar** <br> **97 Carriage Creek** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Cathy Moody** <br> **2828 N. Atlantic Avenue** <br> **Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No. <br><br> **Central Florida Pain & Spine** <br> **725 W. Granada Blvd., #22** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Chad Driggers** <br> **2148 Bent Oaks Dr** <br> **Apopka, FL 32712** | | J | | | | | **Unknown** |

Sheet no. __41__ of __292__ sheets attached to Schedule of                          Subtotal                  **0.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                    Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Chad Lemaire** **1690 Dunn Ave., Apt. 221** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No.  **Chandra Juliano** **22 Whitcock Lane** **Palm Coast, FL 32164** | | J | | | | | | **Unknown** |
| Account No.  **Charlene Maselli** **115 Fairvier Avenue** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.  **Charles Alday** **550 Sandy Oaks Blvd** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.  **Charles Demaina** **1335 Fleming Avenue** **Lot 82** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __42__ of __292__ sheets attached to Schedule of                    Subtotal                **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                         Case No. _____
        **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles Priest**<br>**250 Golden Saddle Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Charles Somers**<br>**35 Sunrise Ave**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Charles Wilson**<br>**87 Misty Falls Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Charlotte Cartey**<br>**1575 Ocean Shore Blvd**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Charlse Paschal**<br>**1240 S. Nova Road**<br>**Apt. 98**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __**43**__ of __**292**__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                    Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7920 <br><br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | J | **Opened 11/01/05  Last Active 10/26/09** <br>**CreditCard** | | | | **4,496.00** |
| Account No. <br><br>**Chase Eversole** <br>**5949 Boggs Ford Road** <br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No. <br><br>**Chase Upson** <br>**580 N. Tymber Creek Road** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Chip Wolfe** <br>**862 Brimfield Court** <br>**Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. <br><br>**Chirs Theos** <br>**82 S. Halifax Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __44__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,496.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                        Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chris Botts** **405 Flormond Avenue** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Chris Finkelstein** **1231 Berrybush St** **Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Chris Messick** **5283 Barhydt Avenue** **Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Chris MsNary** **807C 8th Street** **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Chris Schaeffer** **429 Vermont Avenue** **Daytona Beach, FL 32118** | | J | | | | | **Unknown** |

Sheet no. __45__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chris Timmerman** <br> **799 East River Oak Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christian Herodier** <br> **450 Lake Bridge Drive** <br> **Apt. 106** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christian Kane** <br> **337 Dahoon Dr.** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christin Painter** <br> **380 Chelsea Place** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christina Dann** <br> **76 Deep Woods Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**46**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
      **Shannon D Dey**
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Christina Marks** <br> **211A Loomis Avenue** <br> **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Christina Moore** <br> **1134 Indigo Road** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Christina Pritchard** <br> **37 Seaside Drive** <br> **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Christina Robb** <br> **1003 Calle Grande Street** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Christine Dunn Baker** <br> **70 S. St. Andrews Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __47__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                        Case No. _____
       **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christine Gaynor Patterson**<br>**1816 Flag Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Christine Keeler**<br>**528 Peacock Road**<br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Christine Vich**<br>**730 W. River Oak Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Christopher Bethune**<br>**602 Tomoka Road**<br>**Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Christopher Brown**<br>**1118 K. Avenue**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __48__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                     Case No. _____
           **Shannon D Dey**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Christopher Dean** <br> **10 Seville Place** <br> **Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christopher Deluca** <br> **150 Pine Cone Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christopher Meyer** <br> **264 Amberwood Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christopher Morris** <br> **880 Winchester Street** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Christy Shacklette** <br> **55 John Anderson Drive** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __49__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal                    **0.00**
                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Cici Stern 1416 Oak Forest Drive Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Cindy Elton 45 Twin Rivers Dr. Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Cindy Hubbard 4 Fair Oaks Circle Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Cindy Lescarbeau 2 Southern Trace Blvd Ormond Beach, FL 32174 | | | J | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Cindy Martin 173 Integra Breeze Lane Unit 205 Daytona Beach, FL 32117 | | | J | | | | | | Unknown |

Sheet no. __50__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                        Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cindy Sanders** <br> **10 Squadron Pl** <br> **Palm Coast, FL 32164** | | J | | | | | Unknown |
| Account No. <br><br> **Cindy Schmidt** <br> **674 S. Ridgewood Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. <br><br> **Cindy Sizemore** <br> **1785 Clyde Morris Boulevard** <br> **Daytona Beach, FL 32119** | | J | | | | | Unknown |
| Account No. <br><br> **Cintas Corporation** <br> **PO Box 11765** <br> **Daytona Beach, FL 32120** | | - | | | | | Unknown |
| Account No. <br><br> **Cisco Inc.** <br> **PO Box 1259** <br> **Oaks, PA 19456** | | - | | | | | Unknown |

Sheet no. __**51**__ of __**292**__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                            Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **City of Cocoa Beach Utilitie** **65 Stone Street** **Cocoa, FL 32922** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **City of Ormond Beach** **22 South Beach Street** **Ormond Beach, FL 32174** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Claudia Roussos** **6615 Boynton Beach Blvd.** **Apt. 32** **Boynton Beach, FL 33437** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Clifford Gold** **4 Oceans West Blvd.** **Apt. 308D** **Daytona Beach, FL 32118** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Clifford Redner** **2102 Forest Circle** **Orlando, FL 32803** | | J | | | | | | Unknown |

Sheet no. __52__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**
                             Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Clint Delaney** 13 Starling Drive Daytona Beach, FL 32117 | | J | | | | | | **Unknown** |
| Account No. **Clinton Mondsdeoca** 84 South Beach St. Apt. 203 Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. **Clinton Woods** 1936 Linda Avenue Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. **Clyde Malloy** 1329 Dovercourt Ln Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. **Coco Beach Health & Fitneww** 1355 N. Atlantic Ave. Cocoa Beach, FL 32931 | | - | | | | | | **Unknown** |

Sheet no. __53__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx7988**<br><br>**Collection**<br>**700 Longwater Driv**<br>**Norwell, MA 02061** | | | J | | **Opened  3/01/10**<br>**CollectionAttorney 11 At T Mobility** | | | | **342.00** |
| Account No.<br><br>**Colt Collins**<br>**21B Pinehurst Lane**<br>**Palm Coast, FL 32164** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Colt Ellenwood**<br>**21 Grey Dapple Way**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Connie Carlton**<br>**1850 10th Avenue**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Connie Vance**<br>**87 Hollow Branch Xing**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |

Sheet no. __**54**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**342.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                            Case No. _____
         **Shannon D Dey**
_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Conrad Hazen**<br>**77 N. St. Andrews Dr.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Constantin Perakis**<br>**831 W.Georgia Street**<br>**Tallahassee, FL 32304** | | J | | | | | **Unknown** |
| Account No.<br><br>**Coqunia Key HOA**<br>**140 Coqunia Key Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Corrinra Oakle Lisle**<br>**15 Peruvian Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Cory Helgemo**<br>**362 Golf Boulevard**<br>**Daytona Beach, FL 32118** | | J | | | | | **Unknown** |

Sheet no. __55__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                    Case No. _____
       **Shannon D Dey**
_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Courteney Howell** <br> **11 Beechwood Lane** <br> **Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br> **Courtney Davis** <br> **719 Laurel Bay Circle** <br> **New Smyrna Beach, FL 32169** | | J | | | | | **Unknown** |
| Account No. <br><br> **Courtney Derrenberry** <br> **2790 Ocean Shore Boulevard** <br> **Apt. 10N** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **Craig Buckland** <br> **1 Bridget Ter** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Craig Cross** <br> **68 Sanchez Avenue** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __**56**__ of __**292**__ sheets attached to Schedule of            Subtotal           | **0.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**              Case No. _____
         **Shannon D Dey**
                                                              ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Craig O'Banks** <br>**48 Oriole Circle** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. **xxxx4294** <br><br>**Credit Management** <br>**4200 International Pwy** <br>**Carrolton, TX 75007** | | J | Opened  6/01/10 <br>CollectionAttorney Bright House Networks | | | | **1,021.00** |
| Account No. <br><br>**Crolyn McDowell** <br>**10 Foxhollow Dr** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Crystal Christian** <br>**460 Brentwood Dr Apt 4** <br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br>**Crystal Ulrici** <br>**1132 Avenue 1** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **57** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,021.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cuong Nayen** **151 Warwick** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Curt May** **27 Riverview Drive** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Curtis Smith** **PO Box 1425** **Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Cynthia Cole** **416 Grandview Ave.** **Apt 3** **Daytona Beach, FL 32118** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Cynthia Donaldson** **100 Bent Tree Drive** **Apt. 227** **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __**58**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cynthia Durosi** <br> **PO Box 731352** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Cynthia Durost** <br> **P.O. Box 731352** <br> **Ormond Beach, FL 32173** | | J | | | | | **Unknown** |
| Account No. <br><br> **Cynthia Kisner** <br> **91 Sanchez Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Cyril Hudak** <br> **2 Sunwood Trl** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Daina Everett** <br> **221 Hemlock Drive, Apt. 13** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __59__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                     Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Daionil Miller** **601 Bill France Boulevard** **Apt. 811** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Daivd Colarusso** **99 Lorillard Pl** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Dallas Chen** **104 Astor Street** **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Damian Heighley** **2901 N. Halifax Avenue** **Apt. 215** **Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Dana Ralleo** **27 Circle Creek Way** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**60**__ of __**292**__ sheets attached to Schedule of           Subtotal                 **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                        Case No. _____
        **Shannon D Dey**
_____ ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daniel Jones** <br> **1445 Annapolis Avenue** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br> **Daniel Legault** <br> **209 10th Street** <br> **Daytona Beach, FL 32117** | | - | | | | | **Unknown** |
| Account No. <br><br> **Daniel Martin** <br> **1335 Fleming Ave., Lot 80** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Daniel Vera** <br> **317 County Road** <br> **Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. <br><br> **Daniela Kilgore** <br> **183 Black Hickory Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __61__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                             Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Danielle Bzldasaro**<br>**420 Lake Bridge Drive**<br>**Apt. 802**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Danielle McLintock**<br>**38 Ormond Parkway**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Danielle Parisi**<br>**42 Saddlers Run**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Danielle Woods**<br>**P.O. Box 731162**<br>**Ormond Beach, FL 32173** | | J | | | | | **Unknown** |
| Account No.<br><br>**Danny Lyle**<br>**104 Rio Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**62**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Danny Moon**<br>**480 N. Michigan Avenue #980**<br>**Chicago, IL 60611** | | J | | | | | **Unknown** |
| Account No.<br><br>**Darlene Green**<br>**2425 Durrance Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Darlene Morrison**<br>**3 Barcelona Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Darrell Spraragen**<br>**16606 Palm Royal Drive**<br>**Apt. 1125**<br>**Tampa, FL 33647** | | J | | | | | **Unknown** |
| Account No.<br><br>**Dave Essig**<br>**16 Blcak Water Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __63__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
         **Shannon D Dey**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David Bedard 3688 General Marshall Road Daytona Beach, FL 32124 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| David Carson 380 South Beach Street Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| David Carter 138 Opal Hill Circle Daytona Beach, FL 32124 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| David Colarusso 99 Lorillaed Pl Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| David Dachniewicz 44 Sandra Drive Ormond Beach, FL 32176 | | J | | | | | | Unknown |

Sheet no. __64__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Elger** <br>**28 Sea Trail** <br>**Ormond Beach, FL 32174** | - | | | | | | **Unknown** |
| Account No. <br><br> **David Gambrel** <br>**2727 North Avenue 210** <br>**Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No. <br><br> **David Lewis** <br>**242 Timberline Trl** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **David Meinert** <br>**195 Little Bit Lane** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **David Offutt** <br>**1002 River Knoll Lane** <br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __65__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                             Case No. _____
          **Shannon D Dey**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**David Phillips** <br>**1 Reflections Village Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. <br><br>**David Scozzafaun** <br>**1337 North Wembley Circle** <br>**Port Orange, FL 32128** | | J | | | | | Unknown |
| Account No. <br><br>**David Thompson** <br>**1600 Big Tree Road** <br>**#A1** <br>**Daytona Beach, FL 32119** | | J | | | | | Unknown |
| Account No. <br><br>**David Zalawski** <br>**5416 Isabelle Avenue** <br>**Port Orange, FL 32127** | | J | | | | | Unknown |
| Account No. <br><br>**Davie Sebastien** <br>**10 Laurel Ridge Break** <br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |

Sheet no. __66__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Davis Player**<br>**57 Benjamin Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Dawn Bianco**<br>**75 Rolling Sands Drive**<br>**Palm Coast, FL 32164** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Dawn Fairchild**<br>**1149 Bender Avenue**<br>**Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Dawn Gainey**<br>**PO Box 1105**<br>**Bunnell, FL 32110** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Dawna Rhoades**<br>**7 Springer Court**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __67__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                           Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> DB Pickles <br> 400 S. Nova Road <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Deanna McGrath <br> 72 Rockefeller Dr <br> Ormond Beach, FL 32176 | | J | | | | | Unknown |
| Account No. <br><br> Debbie Sjoblon <br> 1185 Manette Circle <br> Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Deborah Barrett <br> 1335 Fleming Avenue <br> Lot 270 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Deborah Loyd <br> 7 Rollingwood Trl <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. **68** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                    Case No. _____
       **Shannon D Dey**
                                                    ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Deborah O. Sullivan 27 Acanthus Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Debra Hopes 5 Fair Oaks Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Deepak Daswani 24 Stoney Ridge Lane Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Deirdra Robinson 1213 Charter Oaks Circle Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. Dejuan Mitchell 1528 Tuscaloosa Ave Ormond Beach, FL 32176 | | J | | | | | Unknown |

Sheet no. __69__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
     **Shannon D Dey**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Delux Business Forms** **PO Box 88042** **Chicago, IL 60680** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Denies Maglione** **546 N. Yonge Street** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Denise Card** **68 Benjamin Drive** **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Denise Harris** **815 West Victoria Circle** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Denise Hill** **8 Moss Point Drive** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __70__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Denise Mikaitis** **7 N. Landrel Creek Court** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Denise Siennicki** **26 Twelve Oaks Trail** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Denise Tyler** **Indigo Pines** **Apt. 25** **Daytona Beach, FL 32114** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Dennis Arnold** **23 Brookwood Court** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Dennis Tribble** **4 Turkey Creek Pass** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |

Sheet no. __**71**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
　　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Derek Hill** **828 Narcissus Avenue** **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Derek Olivares** **600 S. Clyde Morris Blvd.** **Apt. 14** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Derek White** **135 Wormwood Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Desiderio Carrerio** **34 Acushnet Ave** **New Bedford, MA 02744-1838** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Diana Moscoso** **115 Northborrk Lane** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __72__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Diana Neisser 1516 Kevin Lane Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Diane Harmon 3791 Pine Cone Lane Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Diane Rodriguez 10 Tiffany Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Diane Snyder 6 Berkley Road Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Dick Cheney 120 Sandpiper Ridge Dr. Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __73__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Robert A Rosetti,**                                                            Case No. _____
           **Shannon D Dey**
_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dina Medeiros**<br>**850 W. River Oak Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Domingo Rivera**<br>**57 Pickering Drive**<br>**Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No.<br><br>**Don Gonzalez**<br>**1 Wild Creek Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Don Minocchi**<br>**49 Tomoka Meadows Blvd.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Dona Simatos**<br>**107 Harvard Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __74__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
              **Shannon D Dey**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Donald Barker 189 Arborvue Trail Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Donald Coleman 47 Horseshoe Falls Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Donald Sprenkel 5000 St. Georges Road, #202 Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Donato Ricci 2 Echp Woods Way Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Donna Landry 1162 13th Street Holly Hill, FL 32117 | | J | | | | | Unknown |

Sheet no. __75__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                         ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Donna Pinto** <br> **1135 Avenue S** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Donna Ray** <br> **133 Mill Spring Place** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Donna Smith** <br> **7 E. Sovereign Lane** <br> **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Doris Antos** <br> **112 Heritage Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Dorothett Yearby** <br> **901 Alabama Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __76__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dorothy Hinkel 2047 Jason Road Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Dotti Phillips 4528 Nettle Creek Court Port Orange, FL 32127 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Douglas Barringer 39 Laurel Ridge Break Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Douglas Eckhart 1446 Annapolis Avenue Daytona Beach, FL 32124 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Earl Malcein 22 N. Fredrick Avenue Daytona Beach, FL 32114 | | J | | | | | | 0.00 |

Sheet no. __77__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ed Fields 157 Woodcock Ct Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ed Higgins 22 Aaron Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ed Rossario 77 Nicholas Court Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Edgar Stewart 1926 Oeacn  Shore Blvd Apt 301 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Edward Gregory 341 Sylvan Dr Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __**78**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                           Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Edward Johnson 1666 Espanola Avenue Holly Hill, FL 32117** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Edward Kim 109 Zeharias Circle Daytona Beach, FL 32124** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Edward Mack 3131 5th Street Trainsmeadow, NY 11370** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Edward Merchant 39 Ocean Crest Drive Ormond Beach, FL 32176** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Edwin Cosio 78 Levee Lane Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |

Sheet no. __79__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Eileen Hallberg 108 Forest Quest Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Eileen Kinley 386 Military Boulevard Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Elaine Shoemaker 216 Briarfield Court Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Elisabeth Fierro 446 Triton Road Ormond Beach, FL 32176 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Elizabeth Beasley 10 Pine Valley Circle Ormond Beach, FL 32174 | | J | | | | | | **0.00** |

Sheet no. __**80**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
　　　 **Shannon D Dey**
　　　　　　　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Elizabeth Flynn 4 Mary Ann Terrace Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Ella Brown 340 Grove Street Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Elle Hoxie 208 Deer Lake Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Ellen Back 1017 Parkwood Dr Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Ellen Lunden 1802 Willow Creek Lansing, MI 48917 | | J | | | | | Unknown |

Sheet no. __81__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                                  Case No. _____
         **Shannon D Dey**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Elvira Bazarove 228 1/2 North Beach St. Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Emelia Martyn 1218 Parkside Dr Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Emmanuel Plakotos 173 Royal Dunes Boulevard Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| ER Solutions Inc 800 SW 38th Street Renton, WA 98057 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Eric Ashley, Sr. 113 Pine Tree Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |

| Sheet no. __82__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
        **Shannon D Dey**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Eric Bell <br> PO Box 731686 <br> Ormond Beach, FL 32174 | | J | | | | | 0.00 |
| Account No. <br><br> Eric Bretz <br> 87 Kenilworth Avenue <br> Ormond Beach, FL 32126 | | J | | | | | Unknown |
| Account No. <br><br> Eric Daly <br> 23 A Pinehill Lane <br> Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. <br><br> Eric Forbes <br> 101 Magnolia Avenue <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Eric Greisdorf <br> 2200 N. Atlantic Ave. <br> Daytona Beach, FL 32118 | | J | | | | | Unknown |

Sheet no. __83__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                 Case No. _____
         **Shannon D Dey**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Eric Kastner** <br> **7 Oakwood Park** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Eric Learn** <br> **779 1/2 S. Ridgewood Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Eric Myers** <br> **2 Timer Trl** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Eric Rowers** <br> **1703 Sunwood Drive** <br> **Longwood, FL 32779** | | J | | | | | **Unknown** |
| Account No. <br><br> **Eric Tweed** <br> **125 S. Orchard St., Apt. 115** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. \_\_**84**\_\_ of \_\_**292**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal                  **0.00**
                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Erica Martin** **22 Seaside Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Erik Axelsen** **106 Bonita Place** **Ormond Beach, FL 32174** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Erik Dissinger** **45 Kenilworth Avenue** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Erika Thomas** **123 Carolina Lake Drive** **Apt. 104** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Erika Thomas** **1412 Wildwood Lane** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __85__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Estelle Pecchio 30 Blockhouse Court Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Eva Garcia 4073 Clock Tower Drive Port Orange, FL 32129** | | J | | | | | | **Unknown** |
| Account No. **Evelyn Leard Post Office Box 250828 Daytona Beach, FL 32125** | | J | | | | | | **Unknown** |
| Account No. **Evelyn Santus 1715 Ridge Avenue Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. **Evelyn Wilson 875 Willmette Way Apt 801 Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __86__ of __292__ sheets attached to Schedule of       Subtotal                **0.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
          **Shannon D Dey**
_____,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eydie Bowman**<br>**1509 San Marco DR., Apt. 106**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Faith Collins**<br>**220 Rodeo Rd**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Faye Anderson**<br>**305 Center Street**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Federal Trust Bank**<br>**1 Corporate Dr.**<br>**Suite 360**<br>**Lake Zurich, IL 66047** | | J | | | | | **Unknown** |
| Account No.<br><br>**Ferrell Gas**<br>**PO Box 1003**<br>**Liberty, MO 64069** | | - | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. **87** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                        Case No. _____
      **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Firet Sumbay** **1603 North Nova Road** **Port Orange, FL 32127** | J | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxxxx9000** | | J | | Lease | | | | |
| **First Data** **265 Broad Hollow R** **Melville, NY 11747** | | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | - | | | | | | |
| **First Data Global Leasing** **PO Box 173845** **Denver, CO 80217** | | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx0690** | | - | | HSBC | | | | |
| **First Source Advantage, LLC** **205 Bryant Woods South** **Buffalo, NY 14228** | | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | J | | | | | | |
| **Flether Crowe** **14 Glen Falls Drive** **Ormond Beach, FL 32174** | | | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __88__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
      **Shannon D Dey**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Florida Depart of Revenue** <br>**Unemployment Tax/Sales** <br>**5050 W. Tennessee Street** <br>**Tallahassee, FL 32990** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Florida Healthcare** <br>**PO Box 9910** <br>**Astor, FL 32102** | | - | | | | | | **Unknown** |
| Account No. <br><br>**Florida Power and Light Co.** <br>**P.O. Box 025576** <br>**Miami, FL 33102** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Floris Anderson** <br>**700 Espanola Avenue** <br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Fouad Daher** <br>**218 5th Street** <br>**Holly Hill, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __89__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                             Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Francene Barnes**<br>**P.O. Box 730432**<br>**Ormond Beach, FL 32173** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Francis Carroll**<br>**1208 Northside Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Francisco Guerra**<br>**81 S Arbor Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Franck Fallateuf**<br>**109 Mendoza Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Frank Capadona**<br>**9 Circle Creek Way**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. **90** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                          Case No. _____
         **Shannon D Dey**
                                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frank Ciulla** <br> **820 Catherine Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Frank Kelleher** <br> **203 S. Orchard Street** <br> **Apt. 12D** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Frank Read** <br> **11 Silver Fox Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Frank Sasso** <br> **78 Arlington Way** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **Frank Sterbling** <br> **10 Brookside Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**91**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frank Tucci**<br>**6 Poinciana Ln**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Frank Villante**<br>**37 Morning Star Ave**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Frank Villante**<br>**37 Morning Star Avenue**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**FranMiller**<br>**18 Castle Manor Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Fred Boehm**<br>**30 S. Atlantic Avenue**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __92__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fred Fox** <br> **24 Mayfield Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Fred Hockla** <br> **3816 Islamorada Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Freddi Taylor** <br> **1216 Kennedy Road** <br> **Apt. 2** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Gabriel Serrano** <br> **41 Zinnia Trail** <br> **Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br> **Gail Irvine** <br> **102 Willowbend Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __93__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                        Case No. _____
         **Shannon D Dey**

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Gail Reese**<br>**1652 Town Park Drive**<br>**Port Orange, FL 32129** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Gamma Clarke**<br>**48 Nicholas Court**<br>**Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Gapanpreet Singh**<br>**100 Seabreeze Boulevard**<br>**Apt. 220**<br>**Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Garrett Cannon**<br>**150 Coquina Ave**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Garry Taylor**<br>**15 Aston Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __94__ of __292__ sheets attached to Schedule of            Subtotal                     | **0.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Gary Byriel 102 Beau Rivage Drive Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. **Gary Fornera 5 Raintree Lane Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Gary McCarthy 251 Orange Grove Drive Unit 10 Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Gene White 208 Wall Street, Apt. 300 Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. **George Glaenzer 4 Windsail Circle Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**95**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                                    Case No. _____
        **Shannon D Dey**
_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> George Graber <br> 65 Ponce De Leon Dr <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> George King <br> 278 Cumberland Avenue <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> George Servenini <br> 24 Acanthus Circle <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> George Simpson <br> 6000 St. George's Road <br> Apt. 1078 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Georgia McCurdy <br> 29 Kingsbridge Crossing Dr. <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __96__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**  Case No. _____
       **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gerald Rhodes 384 N. Beach Street Ormond Beach, FL 32174 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Gerrtrui Peeters 8 Ironwood Ct Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Gerry Romer 12 E. Sovereign Lane Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ghada Taher 47 Caladium Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ginny Preston 12 Brookside Court Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __97__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**
                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Giovanni Cole**<br>**12000 Carolines Dove**<br>**Apt. 203**<br>**Ormond Beach, FL 32174** | | | J | | | | | **Unknown** |
| Account No.<br><br>**Gladys Burbach**<br>**25 Foxhunter Street**<br>**Ormond Beach, FL 32174** | | | J | | | | | **Unknown** |
| Account No.<br><br>**Glen Granbois**<br>**25 Braddock Lane, Apt. B**<br>**Palm Coast, FL 32137** | | | J | | | | | **Unknown** |
| Account No.<br><br>**Glen Grandbois**<br>**25 Braddock Lane**<br>**Apt. B**<br>**Palm Coast, FL 32137** | | | J | | | | | **Unknown** |
| Account No.<br><br>**Glen Harvey**<br>**126 Timberline Trail**<br>**Ormond Beach, FL 32174** | | | J | | | | | **Unknown** |

Sheet no. __98__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                      Case No. _____
         **Shannon D Dey**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Glen Yost**<br>**4 Alamanda Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**Glenn Smith**<br>**2600 Ocean Shore Blvd**<br>**Apt 204**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Glyn Boyce**<br>**5 Avalon Lane**<br>**Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br>**GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | | J | | | | | **Unknown** |
| Account No. <br><br>**Gordon Heimann**<br>**820 Park Valley Circle**<br>**Minneola, FL 34715** | | J | | | | | **Unknown** |

Sheet no. __99__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Grant Patterson** **1816 Flag Lane** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Great American Leasing** **PO Box 660831** **Dallas, TX 75266** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Greg Brousse** **1 Crooked Bridge Way** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Greg Richardson** **74 Broadmoor Circle** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Gregg Moore** **1659 Center Avenue** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __**100**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
                                                                                    ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Gregory Cudney** **19 Karote Path** **Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Gregory Snelling** **56 Windrift Court** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Gregory Soto** **703 Breckenridge Drive** **Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Gregory Wynn** **126 Sawtooth Lane** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Guardian Security** **232 S. Younge Street** **Ormond Beach, FL 32174** | | - | | | | | **Unknown** |

Sheet no. __**101**_ of _**292**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**         Case No. _____
       **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Guerlyne Bellevue<br>PO Box 9921<br>Daytona Beach, FL 32120 | | J | | | | | Unknown |
| Account No.<br><br>Gwen Tuberoso<br>300 Sylvan Drive<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>H.J. Livingston<br>185 Kimberly Drive<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Halifax Paving<br>860 Hull Road<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Harley Hoover<br>1 Arbor Lake Park<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __102__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harold Dickinson III**<br>**125 Ponce De Leon Boulevard**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br><br>**Harold Lambert**<br>**150 Standish Dr**<br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No.<br><br>**Harriet Barringer**<br>**39 Laurel Ridge Break**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Hasit Abitbol**<br>**112 Pinion Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**HBCU Inc**<br>**119 Palmetto Ave**<br>**Suite 100**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __103__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                    Case No. _____

           **Shannon D Dey**

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **HBCU, Inc.** **119 S. Palmetto Avenue** **Auite 100** **Daytona Beach, FL 32114** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Heath Debish** **5135 E 82nd Court** **Ocala, FL 34482** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Heather Anderson** **1816 Golfwood Circle** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Heather Bailey** **120 Dolphin Fleet Circle** **Apt. 109** **Daytona Beach, FL 32119** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Heather Calhoun** **5234 Wood Street** **Port Orange, FL 32127** | | | J | | | | | | **Unknown** |

Sheet no. \_\_**104**\_\_ of \_\_**292**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal                    **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
       **Shannon D Dey**

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Heather Graves<br>P.O. Box 250125<br>Daytona Beach, FL 32125** | | J | | | | | **Unknown** |
| Account No.<br><br>**Heather Jaques<br>2727 N. Atlantic Ave. #511<br>Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No.<br><br>**Heather Kennedy<br>830 Cordova Avenue<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Heather Richardson<br>34 Zebulah Trail<br>Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No.<br><br>**Heather Swank<br>1479 San Jose Boulevard<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**105**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Heather Trembley <br> 133 Pine Cone Trail <br> Apt. 25 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Heather Unklesbay <br> 1619 Valencia Avenue <br> Holly Hill, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Heather Wells <br> 2514 Yule Tree Dr <br> Edgewater, FL 32141 | | J | | | | | Unknown |
| Account No. <br><br> Heidi West <br> 20 Shadow Creek Way <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Hermann Bork <br> 209 Ashton Grande Drive <br> Daytona Beach, FL 32124 | | J | | | | | Unknown |

Sheet no. __106__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hollie Gorman** **22 Iriquois Trail** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Homberto Perez** **1625 Espanola Avenue** **Apt. 106** **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Howard Fenske** **1500 Crown Ormond Lane** **Apt. 417** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Howard Feuske** **450 Lake Bridge Drive** **Apt. 111** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Howard Seybold** **967 Smokerise Blvd** **Port Orange, FL 32127** | | J | | | | | **Unknown** |

Sheet no. __**107**__ of __**292**__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**
                                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxx3737** <br><br> **Hsbc Best Buy** <br> **Attn: Bankruptcy** <br> **Po Box 5263** <br> **Carol Stream, IL 60197** | | J | | | **Opened 9/29/02 Last Active 10/31/09** <br> **ChargeAccount** | | | | **4,683.00** |
| Account No. **xxxxxxx6236** <br><br> **Hsbc/neimn** <br> **Hscb Retail Srvs/ Attn: Bankruptcy** <br> **Po Box 5213** <br> **Carol Stream, IL 60197** | | H | | | **Opened 12/01/05 Last Active 10/23/09** <br> **ChargeAccount** | | | | **2,148.00** |
| Account No. <br><br> **I.C. System, Inc.** <br> **44 Highway 96 East** <br> **Saint Paul, MN 55164-0437** | | J | | | | | | | **Unknown** |
| Account No. <br><br> **Ina Kistner** <br> **9 Indian Springs Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Account No. <br><br> **Irina Haines** <br> **1645 Dunlawton Avenue** <br> **Apt. 524** <br> **Port Orange, FL 32127** | | J | | | | | | | **Unknown** |

Sheet no. **108** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,831.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                    Case No. _____
        **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Ismal Lopez, Jr.** **39 Lake Park Circle** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Isoanf Oasis** **PO Box 847881** **Boston, MA 02284** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Istvan Demjen** **1 Wild Olive Avenue** **Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Izabela Szestalo** **15 Lake Meadow Way** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **J.D. Chunn** **1816 Golfwood Circle** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __109__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**             Case No. _____
         **Shannon D Dey**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jack Avent, Jr.**<br>**39 Parkview Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jack Bailey**<br>**1299 Biltmore Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jack Mounteer**<br>**7 Eagle Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jack Palmora**<br>**251 Dahoon Holly Drive**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jack Patsch**<br>**7 Longfellow Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __110__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
               (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**         Case No. _____
       **Shannon D Dey**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jack R. Creel, Esq.** <br> **PO Box 801083** <br> **Houston, TX 77280** | - | | | | | | **Unknown** |
| Account No. <br><br> **Jack Taibl** <br> **1523 North Beach Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jackie Cook** <br> **329 London Rd** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jacob Bryant** <br> **1 Arbor Lake Park** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jacque Griffith** <br> **578 Reed Canal Road** <br> **South Daytona, FL 32119** | | J | | | | | **Unknown** |

Sheet no. __111__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal      **0.00**
                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
     **Shannon D Dey**
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Jacque Slote**<br>**1692 Beach Drive**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br>**Jacqueline Bessell**<br>**980 Canal View Boulevard**<br>**Apt.F5**<br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No.<br>**Jacquline Bessell**<br>**980 Canal View Boulevard**<br>**Apt. F5**<br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No.<br>**Jamarl Payton**<br>**5000 St. George's Rd., #304A**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**James Barilka**<br>**21 Birchfield Place**<br>**Palm Coast, FL 32137** | | J | | | | | **Unknown** |

Sheet no. __112__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| James Boyd c/o Patrick R. Frank, Esq. 1882 Capital Circle NE Suite 206 Tallahassee, FL 32308 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| James Dunn P.O. Box 513 Greenwood, IN 46142 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| James Ferryman 315 Sitka Court Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| James Foster 54 Seton Trail Ormond Beach, FL 32176 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| James Gibson 15 Sandpiper Lane Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __113__ of __292__ sheets attached to Schedule of                         Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**James Harbord** <br>**19 Sandpoint Circle** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**James Johnson** <br>**436 S. Nova Road** <br>**Lot 38** <br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br>**James Knauer** <br>**585 Center Street** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**James Luiso** <br>**1114 NW Turner Ave** <br>**Lake City, FL 32055** | | J | | | | | **Unknown** |
| Account No. <br><br>**James Miller** <br>**15205 140th Way SE** <br>**Apt. C304** <br>**Renton, WA 98058** | | J | | | | | **Unknown** |

Sheet no. **114** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                             Case No. _____

        **Shannon D Dey**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Moir**<br>**142 Pinion Cir**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**James Orlando**<br>**43 General Doolittle Road**<br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No.<br><br>**James Redding**<br>**834 Cordova Ave**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**James Smith**<br>**7 E. Sovereign Lane**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**James Sytko**<br>**6 Maplewood Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __115__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **James Taylor** <br> **265 N. Tymber Creek Road** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **James Young** <br> **436 South Nova Road** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Jamie Bolven** <br> **1416 Golf Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Jamie Boyan** <br> **625 N. Halifax Avenue** <br> **Apt. 12** <br> **Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Jamie Miller** <br> **483 Pinewood St** <br> **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |

Sheet no. __116__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
       **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jane Byrne 48 River Dr Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jane Sedotto 1492 Hohe Lane Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Janet Hawkins 144 Highland Avenue Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Janet Weiboldt 138 Mill Springs Place Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Janet Wieboldt 138 Mill Spring Place Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. **117** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**

Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Janice Hines Goodin 208 1st Ave Daytona Beach, FL 32114 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jarrett Kwiatek 4 Fernery Trail Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jason Collins 18 Little Tomoka Way Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jason Ekelmann 157 Integra Breeze Lane Unit 105 Daytona Beach, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jason Luj 1517 San Marco Drive Apt. 103 Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __118__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                      Case No. _____
        **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jay Martin** <br> **173 Integra Breeze Lane** <br> **Unit 205** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jay McKinney** <br> **2828 Royal Palm Drive** <br> **Edgewater, FL 32141** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jayne Singler** <br> **555 Sandy Oaks Blvd** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeannie Martin** <br> **7 Forest View Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeff Azed** <br> **791 Arroyo Pkwy** <br> **Ormond Beach, FL 32174** | | - | | | | | **Unknown** |

Sheet no. __119__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                            Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jeff French** <br> **209 S. Ridgewood Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeff Gasliardo** <br> **1440 West Granada Boulevard** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeff Green** <br> **111 Barrier Isle Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeff Helmick** <br> **2249 Arabian Trl** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jeff Hogan** <br> **1 Windsor Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __120__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                             Case No. _____
        **Shannon D Dey**
                                                                    ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Jeff Mejis** **1 Bear Claw Path** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Jeff Unson** **256 Military Boulevard** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Jeffrey Bigman** **20 Huntsman Look** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Jeffrey Carter** **1496 Vine Street** **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Jeffrey Kerswill** **111 Willow Bend Lane** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __121__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**
          **Shannon D Dey**
                                         Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jeffrey Ryan <br> 401 Windwood Place <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jenenne Lockwood <br> 131 Pinto Ln <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jenifer Sibley <br> 50 Ormond Green Boulevard <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jennifer Angell <br> 127 Carolina Lake Drive <br> Apt. 205 <br> Daytona Beach, FL 32114 | | J | | | | | Unknown |
| Account No. <br><br> Jennifer Apicella <br> 2106 N. Halifax Avenue <br> Daytona Beach, FL 32118 | | J | | | | | Unknown |

Sheet no. __122__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Jennifer Baron <br> 317 Apache Trail <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. <br><br> Jennifer Grant <br> 55 Aspen Street <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. <br><br> Jennifer Hayes <br> 20 Brookwood Drive <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. <br><br> Jennifer Hoy <br> 6075 State Road 11 <br> De Leon Springs, FL 32130 | | J | | | | | | Unknown |
| Account No. <br><br> Jennifer Lakadawala <br> 2816 Derby Srive <br> Deltona, FL 32738 | | J | | | | | | Unknown |

Sheet no. **123** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jennifer Marshall 894 Willow Run Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Jennifer Odwyer 359 John Anderson Dr Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Jennifer Pease P.O. Box 4307 Ormond Beach, FL 32175 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Jennifer Sibley 50 Ormond Green Blvd. Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Jennifer Suntich 275 Wall Avenue Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __124__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jennifer Tota <br> 157 Inegra Breeze Lane <br> Unit 211 <br> Daytona Beach, FL 32117 | | J | | | | | **Unknown** |
| Account No. <br><br> Jenny Arvidson <br> 228 N. Tymber Creek Road <br> Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. <br><br> Jenny Robinson <br> 1950 Old Tomoka Road <br> Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. <br><br> Jeremy Botello <br> 83 Ulaturn Terrace <br> Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. <br><br> Jeremy Jimenez <br> 70 Sadlers Run <br> Ormond Beach, FL 32174 | | J | | | | | **Unknown** |

Sheet no. __125__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jeremy Taylor <br> 33 Tomoka Meadows Blvd. <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jerome Fountain <br> 1132 Graham Avenue <br> Holly Hill, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Jerry Miller <br> 122 Horseshoe Trl <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jerry Pape <br> 1302 Myrtle Jo Drive <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Jerry Spencer <br> 3062 Wild Pepper <br> Deland, FL 32724 | | J | | | | | Unknown |

Sheet no. __126__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
**Shannon D Dey**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jesse Bartimoccia<br>195 Pinto Lane<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jesse Harris<br>104 Addsison Drive<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jesse Harrison<br>1120 Holly Avenue<br>Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jesse Parke<br>2 Timucuan Drive<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Jessica Castle<br>460 Fred Gable Way<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **127** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                              Case No. _____
         **Shannon D Dey**
         _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jessica Gershen** <br> **3900 Yorktowne Boulevard** <br> **Apt. 1606** <br> **Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jessica Lawrence** <br> **822 Northbrooke Drive** <br> **Ormond Beach, FL 32174** | | - | | | | | **Unknown** |
| Account No. <br><br> **Jessica McCandlen** <br> **166 Hernandez Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jessica Montalbano** <br> **404 University** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jessica Wolfelschneider** <br> **1320 Hand Ave Lot 55** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __128__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**
　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Jim Hoyt** <br> **36 Riverview Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Jimmy Helton** <br> **50 Sylvania Place** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Jimmy Hogan** <br> **2 Nottingham Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Joan Powell** <br> **2120 State Road 40** <br> **De Leon Springs, FL 32130** | | J | | | | | **Unknown** |
| Account No. <br> **Joan Sweet** <br> **527 Eagle Drive** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __129__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                             Case No. _____
       **Shannon D Dey**

                                         ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Jocelyn Augustynowski <br> 156 Orchard Lane <br> Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. <br><br> Jocelyn Daley <br> 7 Double Branch Way <br> Ormond Beach, FL 32174 | | - | | | | | | Unknown |
| Account No. <br><br> Jodi Murphy <br> 15 Soco Trail <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. <br><br> Jodie Janssen <br> 289 Hartyes Lane <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. <br><br> Joe Kearsch <br> 84 Cumberland Avenue <br> Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __130__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                                    Case No. _____
       **Shannon D Dey**

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Joe Kulik** <br>**85 Rains Court** <br>**Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. <br><br>**Joe Morosco** <br>**1118 Indigo Road** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Joe Oosinski** <br>**1227 Fernway Dr** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Joe Ventura** <br>**154 Warwick Ave** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Joel McKinney** <br>**980 Canal View Boulevard** <br>**Apt. F5** <br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |

Sheet no. __131__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                          (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**  Case No. _____
       **Shannon D Dey**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John Brannigan** <br> **1335 Fleming Ave., Lot 223** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Brown** <br> **719 Unabelle Avenue** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Cardona** <br> **141 Boysenberry Lane** <br> **Daytona Beach, FL 32124** | | J | | | | | **0.00** |
| Account No. <br><br> **John Celadon** <br> **38 Saddlers Run** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Chan** <br> **3883 Esplanade Avenue** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |

Sheet no. __132__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**               Case No. _____
       **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **John Dolan 56 Brookwood Drive Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **John Domanic 835 N. Halifax Avenue Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No. **John Famiglietti 1415 Oceanshore Drive Apt. 511 Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. **John Greco 1130 Still Road Pierson, FL 32180** | | J | | | | | | **Unknown** |
| Account No. **John Hanes 36 Peruvian Lane Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. **133** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**  Case No. _____
          **Shannon D Dey**
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**John Hebert** <br>**109 S. Washington Street** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**John Holcomb** <br>**2790 Ocean Shore Boulevard** <br>**Apt. 10N** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**John Lee** <br>**1159 Australia Ave** <br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br>**John McCarthy** <br>**62 Concord Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**John McGee** <br>**1400 S. Nova Road** <br>**Apt. 353** <br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __134__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
        **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **John Olgren 295 Riverbend Road Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **John Paulsen 1321 Daytona Avenue Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **John Purner 526 Magnolia Avenue Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **John Recceq 7 Bristol Lane Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **John Regan 179 Ekana Circle Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __135__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John Rhoades** <br> **7 Springer Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Ricciardi** <br> **1142 Ganderson Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Romano** <br> **92 River Beach Drive** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **John Schalk** <br> **80 Grove Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **John White** <br> **450 Lake Bridge Drive** <br> **Apt. 205** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**136**__ of __**292**__ sheets attached to Schedule of                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| John Wilson 162 Woodhaven Circle East Ormond Beach, FL 32174 | | J | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| John Yonkosky 901 Center Ave. Daytona Beach, FL 32117 | | J | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Johnna Costa 524 Sunnybrook Circle West Ormond Beach, FL 32174 | | J | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Johnnie James 108 Maplewood Drive Daytona Beach, FL 32117 | | J | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Johnny Fury 464 Hammock Lane Ormond Beach, FL 32174 | | J | | | | | | | Unknown |

Sheet no. __137__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Johnny Hester** <br> **1340 Continental** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. **xx7991** <br><br> **Jomax Recovery Service** <br> **20325 N 51st Ave Ste 134** <br> **Glendale, AZ 85308** | | J | Opened  6/01/10 <br> CollectionAttorney Platte River Insurance Co | | | | **595.00** |
| Account No. <br><br> **Jonathan Gebhart** <br> **1214 Arroyo Parkway** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jonathan Haas** <br> **1096 Landers St** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Jordan Clancy** <br> **1433 Alabama Avenue** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __**138**__ of __**292**__ sheets attached to Schedule of    Subtotal       | **595.00**
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
     **Shannon D Dey**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Jordan Laduke <br> 165 Nature Trail <br> Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. <br><br> Jose Rodriguez <br> 557 Collins Street <br> Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. <br><br> Joseph  Moceri <br> 16 Birchbark Lane <br> Palm Coast, FL 32137 | | - | | | | | | **Unknown** |
| Account No. <br><br> Joseph Adona <br> 2 Grey Dapple Way <br> Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. <br><br> Joseph Endara <br> 1823 Linda Avenue <br> Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |

Sheet no. __**139**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
             (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
          **Shannon D Dey**

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Giomariso**<br>**103 Horseshoe Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Joseph Kearsch**<br>**84 Cumberland Ave.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Joseph Kempf**<br>**1424 Atlanta Drive**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Joseph Pizzamonti**<br>**65 Ravenwood Court**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Joseph Smallwood**<br>**365 Apache Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**140**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                         Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Josephine Ralleo**<br>**55 Creek Bluff Way**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Josh Beesley**<br>**2703 Upper Big Chute Rd  RR1**<br>**Lot 150**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Josh Lutcza**<br>**41 Oak Ave**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Joshua Wright**<br>**50 Bronson Lane**<br>**Palm Coast, FL 32137** | | | J | | | | | | **Unknown** |
| Account No.<br><br>**Jospeh Halpin**<br>**540 Morning Sun Drive**<br>**Apt. 928**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |

Sheet no. __**141**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Joy Pratt** **4 Arborvue Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Joyce Anselow** **2 Moss Point Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **JP Morgan Chase Legal Dept.** **1191 East Newport Center Dr** **Suite 101** **Deerfield Beach, FL 33442** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Jpward Feuske** **450 Lake Bridge Drive** **Apt. 111** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Judy Vanvalkenburgh** **488 Collins St** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __142__ of __292__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**　　　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Jugdish Patel** <br> **73 Sandcastle Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Julia Starling** <br> **1824 Hope Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Julia Walsh** <br> **285 Catriona Drive** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br> **Julia Ware** <br> **109 Sawtooth Ln** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Julie Carduner** <br> **19 Lakebluff Dr.** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **143** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Julie Jackson 30 Wild Fern Lane Ormond Beach, FL 32174 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Julie McKinley 2963 Boggs Ford Road Port Orange, FL 32127 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Justin Mason 6500 NW 61st Court Ocala, FL 34482 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Justin Rodriguez 101 Loyola Drive Ormond Beach, FL 32176 | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Justin Smith P.O. Box 842 Ormond Beach, FL 32175 | | J | | | | | | **Unknown** |

Sheet no. __144__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                                  ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Justyin Grundmann 1812 Cherry Laurel Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Kaitlin McCabe 200 Rodeo Road Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Karen Hunt 107 Bay Lake Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Karen Parrish 1985 Dimmers Road Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Karen Weidner 334 Tymber Run Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __145__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert A Rosetti,__                                                Case No. _____
          __Shannon D Dey__
                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kari Brunette<br>39 Mayfield Cir<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Karla Martin<br>1441 Highridge Avenue<br>Daytona Beach, FL 32124 | | J | | | | | Unknown |
| Account No.<br><br>Karne Gokey<br>31 Nicholas Drive<br>Ormond Beach, FL 32176 | | J | | | | | Unknown |
| Account No.<br><br>Katherine Billiot<br>570 Memorial Circle<br>Ste. 150<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Katherine Davis<br>25 Oakwood Park<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __146__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Katherine Sell 24 Seacrest Drive Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. **Kathie Rojas 1706 Creekwater Boulevard Port Orange, FL 32128** | | J | | | | | **Unknown** |
| Account No. **Kathleen Huisman 1511 Poplar Drive Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Kathleen Slaughter 3126 Flower Garden Court Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Kathryn Williams 100 Bent Tree Drive Apt. 157 Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __147__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                               Case No. _____
        **Shannon D Dey**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kathy Kinner**<br>**PO Bpx 11222**<br>**Daytona Beach, FL 32120** | | J | | | | | **Unknown** |
| Account No.<br><br>**Katie Francati**<br>**21 Coquina Ridge Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Katie Hoover**<br>**35 Plaza Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Katie Nieves**<br>**2617 Anastasia Drive**<br>**S. Daytona, FL 32119** | | J | | | | | **Unknown** |
| Account No.<br><br>**Katie O'Neil**<br>**947 N. Halifax Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __148__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**
_____,
　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Katie Weigel**<br>**238 Timberline Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Kay Cannon**<br>**P.O. Box 11283**<br>**Daytona Beach, FL 32120** | | J | | | | | **Unknown** |
| Account No.<br><br>**KC Smith**<br>**283 Linden Street**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Keith Christopher**<br>**14 Kingsgate Courtq=**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Keith Keating**<br>**1508 Oak Forest Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __149__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**  
     **Shannon D Dey**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Keith Lozeau <br> 1424 Golf Avenue <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Kelli Colley <br> 1515 Sabal Palm Drive <br> Edgewater, FL 32132 | | J | | | | | Unknown |
| Account No. <br><br> Kelly Klothe <br> 1436 Golf Ave <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Kelly LeRamos <br> 6 Bulows Landing <br> Flagler Beach, FL 32136 | | J | | | | | Unknown |
| Account No. <br><br> Kelly Parks <br> 22 Choctaw Trail <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __150__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                      Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kelly Tremel 710 Daytona Avenue Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. **Kelton Rahusen 6 Fox Cliff Way Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Ken Hayes 7 Circle Creek Way Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Ken Hougham 1475 None Lane Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Ken Kuhar 112 Ocean Grove Dr. Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __151__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Ken Kuhar** **112 Ocean Grove Drive** **Ormond Beach, FL 32174** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ken Rothert** **28 Sterling Cir** **Ormond Beach, FL 32174** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ken Workowski** **116 Catriona Drive** **Daytona Beach, FL 32114** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kenneth Barkley** **PO Box 106** **Iliamna, AK 99606** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kenneth Barr** **12 Raintree Court** **Ormond Beach, FL 32174** | J | | | | | | | **Unknown** |

Sheet no. __152__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**          Case No. _____
       **Shannon D Dey**

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Kenneth Busch**<br>**1520 Poplar Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Kenneth Glass**<br>**528**<br>**Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Kenneth Klein**<br>**45 Circle Creek Way**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Kenneth Meierjurgen**<br>**157 Integra Brook**<br>**Apt. B105**<br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Kenneth Richmond**<br>**25 Magnolia Street**<br>**Flagler Beach, FL 32136** | | J | | | | | | **Unknown** |

Sheet no. **153** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kenneth Taus**<br>**785 Magnolia Ave**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kerri Leiper**<br>**939 Northbrook Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kevin Jones**<br>**2041 NW 13th Street**<br>**Crystal River, FL 34428** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kevin Robbins**<br>**1200 Floral Springs Blvd.**<br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kevin Veitch**<br>**1335 Fleming Avenue**<br>**Lot 64**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __154__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                           Case No. _____
       **Shannon D Dey**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Khristi Klonaris** **194 Boysenberry Lane** **Daytona Beach, FL 32124** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kim Bannister** **24 Stratford Place** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kim Bell** **P.O. Box 731686** **Ormond Beach, FL 32173** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kim Cromartie** **612 Main Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kim Fruda** **835 N. Ridgewood Avenue** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __155__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**        Case No. _____
       **Shannon D Dey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kim Hodges** <br>**94 Ridge Field Place** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kim Whitaker** <br>**1 Timberline Trail** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kimberly Barrett** <br>**P.O. Box 732011** <br>**Ormond Beach, FL 32173** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kimberly Raymond** <br>**3225 County Road 305** <br>**Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. <br><br>**Kimberly Terry** <br>**41 High Ridge Road** <br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __156__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                              Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Kimberly Timmons** **10 Reflections Village Dr** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kimberly Wilson** **28 Queen Anne Court** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kira Chatterton** **228 Timberline Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Kirit Bhalani** **680 John Anderson Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Komal Dsouza** **157 Integra Breeze Lane** **Unit 211** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __**157**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                     Case No. _____
         **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Korynne Turner** <br> **618 Ash Avenue** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Kosta Christoforkis** <br> **3729 Paige Street** <br> **Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. <br><br> **Kostas Gerolimatos** <br> **275 Indigo Drive** <br> **Unit 212** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Kraig Parker** <br> **908 Jeffrey Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Kris Stockhammer** <br> **15 Avon Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. _**158**_ of _**292**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
            **Shannon D Dey**
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kristen Myerscough** **41 Sunset Blvd** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Kristene Rhoades** **1505 San Marco Drive** **Apt. 108** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Kristie Fisher** **23269 Palue Castle Drive** **Port Orange, FL 32127** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Kristin Harold** **1965 Red Cedar Circle** **Daytona Beach, FL 32119** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Kristina Moses** **707 S. Atlantic Avenue** **Apt. 231** **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __159__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                          Case No. _____
         **Shannon D Dey**

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Kristy Tyrrel** <br> **185 Woodhaven Circle W.** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Krisztina Revesz** <br> **475 Lambert Avenue** <br> **Flagler Beach, FL 32136** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Kurt Glaenzer** <br> **481 Hammock Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Kurt Schaeuble** <br> **400 Clyde Morris Boulevard** <br> **Suite B** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Kyle Canfield** <br> **153 S. Tymber Creek Road** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __160__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**  Case No. _____
       **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kyle Nichols**<br>**101 Timberlake Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. <br><br>**Kym Zurstadt**<br>**1391 John Anderson Dr.**<br>**Daytona Beach, FL 32126** | | J | | | | | Unknown |
| Account No. <br><br>**Lance Gilbert**<br>**3572 Ocean Shore Boulevard**<br>**Ormond Beach, FL 32176** | | J | | | | | Unknown |
| Account No. <br><br>**Larry Adams**<br>**395 S Atlantic Ave.**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. <br><br>**Larry Bartlett**<br>**016 N. Saint Andrews Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |

Sheet no. **161** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**　　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Larry Cline 200 Riverbend Road Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Larry Griggs 1027 Bellair Drive Daytona Beach, FL 32118 | | J | | | | | Unknown |
| Account No. Larry Hopper 11 Fox Hollow Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Larry Poulton 40 Choctaw Trail Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Larseivind Soyland 600 Jimmy Ann Drive Apt. 2028 Daytona Beach, FL 32114 | | J | | | | | Unknown |

Sheet no. **162** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lashawnia Sheppard** **15920 Carolines Cove** **Apt 201** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Latashia Van** **100 Winners Circle Drive** **Apt. 303** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Latonia Eagles** **120 Winners Ciecle Drive** **Apt. 304** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Latoya Cayler** **10 Selene Place** **Palm Coast, FL 32164** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lauren Echemendia** **32 Black Hickory Way** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no.  **163**  of  **292**  sheets attached to Schedule of                                      Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lauren Nasser** <br> **915 Essex Road** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Lauren Rominger** <br> **265 Lexington Drive** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Lauren Young** <br> **11 Treetop Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Lawrence Woods** <br> **178 Coquina Key Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Lee Apperson, Jr.** <br> **55 Windrift Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **164** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
           (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                        Case No. _____
        **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Leen Deridder 5 Aztec Trail Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Leesa Taylor 1220 13th Street Daytona Beach, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Legacy Foods P.O. Box 730837 Ormond Beach, FL 32173 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Leonard Purdy 9 Aaron Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Lesa Moore 744 Candlewood Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __165__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Lesley Corya**<br>**6 Cobblestone Trail**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Leslie Milos**<br>**784 S. Ridgewood Avenue**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Lester Cuby**<br>**7 Fox Hollow Drive**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Levi Leduc**<br>**731 Santa Ana Ave**<br>**Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Liam Levings**<br>**4214 Gull Cove**<br>**New Smyrna Beach, FL 32169** | | | J | | | | | | **Unknown** |

Sheet no. __166__ of __292__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Linda From 1335 Fleming Avenue Lot 254 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Linda Miller 355 Oakridge Road Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Linda Russell Vogel 108 Powell Boulevard Apt. 2013 Daytona Beach, FL 32114 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Lindsay Brummer 33 Shadow Creek Way Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Lindsay Driggers 1864 Pioneer Trail New Smyrna Beach, FL 32168 | | J | | | | | | Unknown |

Sheet no. __167__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lindsay Frey** <br>**139 Cedar Creek Way** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lindsay Holton** <br>**11646 Highway 11** <br>**Bunnell, FL 32110** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lindsay Investments** <br>**c/o Michael Burton** <br>**645 S. Atlantic Ave.** <br>**Cocoa Beach, FL 32391** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lisa Adam** <br>**80 Grove Street** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lisa Gonzalez** <br>**1304 Sunland Road** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |

Sheet no. __168__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                               Case No. _____
      **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lisa Kelley 856 Quail Run Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Lisa Pettis 1308 Par Avenue Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Lisa Rhodes 380 Seminole Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Lister Swanski 50 Canterbury Woods Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Living Waters 1116 Sunland Road Daytona Beach, FL 32114 | | - | | | | | Unknown |

Sheet no. **169** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Lona Serafin**<br>**835 Valencia Road**<br>**South Daytona, FL 32119** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Lonestar Distribution**<br>**11350 Pagemill Road**<br>**Dallas, TX 75243** | - | | | | | | | **Unknown** |
| Account No.<br><br>**Lorelei Henderson**<br>**28 Cypress Grove Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Loretta Clark**<br>**222 Greenwood Avenue**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Lori Bosset**<br>**230 Golden Saddle Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __170__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lori Reynolds** **36 Soco Trail** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lorraine Hernandez** **44 Londonderry Drive** **Palm Coast, FL 32137** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Louis Bifulco** **842 N. Halifax Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Louise Smith** **18 Boulder Rock Drive** **Palm Coast, FL 32137** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Loverso Walker** **1119 Lakewood Park Drive** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __**171**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                      Case No. _____
      **Shannon D Dey**

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lucia Vanhoof** <br>**130 Rosewood Avenue** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lucila Maldanado** <br>**1 Aton Circle** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Luis Del Castillo** <br>**3 Bird Tree Place** <br>**Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br>**Luke Gonzalez Barillas** <br>**246 Wedgewood Circle** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**Lydia Marks** <br>**8000 Saint Georges Road** <br>**Apt 102A** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __172__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal         **0.00**
                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                    Case No. _____
        **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Lydia Marks** **8000 St. George** | | | J | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **Lynda Bonnick** **49 Colonial Cir** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Lynn Thompson** **18 Fernmeadow Ln.** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Lynn Wilson** **388 Brown Pelican Drive** **Daytona Beach, FL 32119** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Lynne Moss** **786 Bendett Road** **South Dayton, FL 32119** | | | J | | | | | | **Unknown** |

Sheet no. **173** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Madina Sanon** <br> **1412 Florida Street** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Magie Holmes** <br> **70 Nightengale Lane** <br> **Ormond Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Main Street Bank** <br> **PO Box 5799** <br> **Kingwood, TX 77325** | | J | | | | | **Unknown** |
| Account No. <br><br> **Malama Bumb** <br> **1006 Calle Grande Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Maleticia Mendez** <br> **257 Brainbridge Avenue** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __174__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                               Case No. _____
               **Shannon D Dey**

                                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Mandy Scruggs** **1401 S. Palmetto Avenue** **Apt. 607** **Daytona Beach, FL 32114** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Mannssah Bailey** **932 Essex Road** **Daytona Beach, FL 32117** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Manuel Castillo** **45 Westmoreland Drive** **Palm Coast, FL 32164** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Maranda Palmer** **608 Riverview Road** **Flagler Beach, FL 32136** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Marcia Pizzimenti** **63 Ravenwood Court** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Sheet no. _**175**_ of _**292**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
       **Shannon D Dey**

_____,
                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marcia Taylor** <br> **1668 Beach Drive** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Marcin Michel** <br> **1 John Anderson Drive** <br> **Apt. 216** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **Margaret Garlock** <br> **788 Knollview Ave** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Margaret Little** <br> **1625 Montgomery Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Margaret Little** <br> **1625 Montgomery Avenue** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __176__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                           Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Margaret Scanlon 2 Aston Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Margaret Suleiman 72 Coquina Ridge Way Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Maria Aquino Relection Village Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Maria Vides 65 Zephyr Lily Trail Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Marie Cusak 235 Ashford Court Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __177__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
                                                              ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Marie Velasquez 321 Clifton Avenue Apt. 105 Holly Hill, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marietha Lomakoski 152 Sea Pines Cicle Daytona Beach, FL 32114 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marijo Dean 10 Seville Place Palm Coast, FL 32164 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marilee Collins 40 Tomoka Meadows Boulevard Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marilyn Likness 504 Sunnyborrk Circle West Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __178__ of __292__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)             **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mario Scorpio** <br> **9 Deerskin Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Marion Navarrette** <br> **116 Boysenberry Lane** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Alani** <br> **120 Birkdale Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Cummings** <br> **420 Lakebridge Plaza Dr.** <br> **Ap[t. 13** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Groover** <br> **1045 Stone Lake Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __**179**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark Jorgensen** <br> **49 Sea Front Trail** <br> **Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Miller** <br> **151 Greenwood Ave** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Missaggia** <br> **7 Birchwood Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Rubin** <br> **891 North Beach Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mark Walczyk** <br> **14 Cliffside Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __180__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　**Shannon D Dey**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marlitt Boettcher**<br>**28 Marjorie Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Marlo Martin**<br>**456 Mcintosh Road**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Marlo Walker**<br>**149 Pine Cone Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Marsha Peterbell**<br>**131 Horseshoe Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Marshall Kaplan**<br>**7 Choctaw Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __181__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                                    Case No. _____
**Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Martha Leorza 1118 San Jose Boulevard Holly Hill, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Martin Rader 420 Lakebridge Plaza Dr Apt 613 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Maruke Vandegoor 21 Queen Ann Court Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marvin Miller 40 Riverside Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mary Essue 540 Morning Star Drive #926 481-8663 Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __182_ of __292_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                                Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mary Burke** **45 Greenwood Avenue** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mary Dauber** **110 Colina Place** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mary Gardner** **420 Lakebridge, Apt. 902** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mary Henderson** **119 Jasmin Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mary Jo Arciom** **5671 S.Eaton Terrace** **Inverness, FL 34452** | | J | | | | | | **Unknown** |

Sheet no. __**183**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                              Case No. _____
       **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mary Lyle** <br> **104 Rio Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mary Pletz Benedict** <br> **171 Highland Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mary Zarkowski** <br> **121 Three Bears Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Marya Lyn Cromwell** <br> **86 Brookwood Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Maryann Henderson** <br> **119 Jasmine Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __184__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
       **Shannon D Dey**

_____,
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Maryanne Allen 534 sandy Oaks Boulevard Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Marylane Rajevic 200 SW 5th Place, #D103 Renton, WA 98057 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mather Davidson 28 Cypress Circle, Apt. C Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mathias Hansen 68 Caladium Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Matt Bailey 1299 Biltmore Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __185__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                 
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                         Case No. _____
      **Shannon D Dey**

_____,
                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Matt Melton** <br> **119 Flamingo Avenue** <br> **Apt. 3** <br> **Daytona Beach, FL 32118** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Matt Williams** <br> **1638 NE 15th Terrace** <br> **Ocala, FL 34470** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Matther Bulavko** <br> **2 Slowdrift Turn** <br> **Palm Coast, FL 32164** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Matthew Dixon** <br> **417 Bostrom Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Matthew Fenrich** <br> **241 Woodhaven** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. **186** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**            Case No. _____
        **Shannon D Dey**

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Matthew Green**<br>**1409 Mira Linda Point**<br>**Apt. 512**<br>**Colorado Springs, CO 80920** | | J | | | | | **Unknown** |
| Account No.<br>**Matthew Miller**<br>**100 Powell Blvd**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br>**Matthew Stancil**<br>**2557 Coral Way W**<br>**Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No.<br>**Matthew Teeter**<br>**735 Northfield Court**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**Maureen Clark**<br>**246 Pinto Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **187** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Maurine Evans** <br> **1702 Palm Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Maurizio Triani** <br> **7 Linos Head Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **May Locke** <br> **2506 Sunset Drive** <br> **New Smyrna Beach, FL 32168** | | J | | | | | **Unknown** |
| Account No. <br><br> **Megan Barnes** <br> **1400 Hancock Boulevard** <br> **Apt. 1110** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Megan Milks** <br> **41 Robinson Drive** <br> **Palm Coast, FL 32164** | | J | | | | | **Unknown** |

Sheet no. __188__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
　　　　**Shannon D Dey**

Case No. _____

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Megan Schepis** <br>**1567 Hancock Lane** <br>**Holly Hill, FL 32117** | - | | | | | | **Unknown** |
| Account No. <br><br>**Meghan Crandall** <br>**500 Crowne Loop** <br>**Apt. 135** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Meghan McShane** <br>**2889 John Anderson Drive** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**Meghan Trent** <br>**732 Pelican Bay Drive** <br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br>**Melinda Brooks** <br>**1506 San Marco Drive** <br>**Apt. 302** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **189** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
　　　　**Shannon D Dey**
                                                                                      ,
　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Meliss Wilhite**<br>**14 Seacres Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Melissa Adjeman**<br>**610 Center Lane**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Melissa Adjemian**<br>**610 Center Lane**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Melissa Cargile**<br>**11 Glen Arbor Park**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Melissa Cosgrove**<br>**204 Bauer Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |

Sheet no. __190__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                          Case No. _____
       **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Melissa Marcinkiawicz 232 Deer Lake Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Melissa Melonas 54 Seton Trail Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Melissa Montour 1504 San Marco Dr. #104 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Melissa Royal 19 Sounders Trail Cir Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Melissa Van Billard 1474 John Anderson Dr. Ormond Beach, FL 32176 | | - | | | | | | Unknown |

Sheet no. __191__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                             Case No. _____
       **Shannon D Dey**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Melonie Donnally** <br> **611 Main Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Merie Reaves** <br> **1501B Hammock Drive** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Miah Warren** <br> **93 Shadow Creek Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Mian Street Bank** <br> **PO Box 5799** <br> **Kingwood, TX 77325** | | - | | | | | **Unknown** |
| Account No. <br><br> **Michael Boss** <br> **25 Stratford Pl** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __192_ of __292_ sheets attached to Schedule of                                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Michael Carini 5000 St. George's Road Apt. 207B Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Michael Coburn 354 NE 432 Avenue Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Michael Dodson 314 Fir Street Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Michael Dodson 314 Fir Street Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Michael Elkins 145 Arroyo Parkway Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __193__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                               Case No. _____
           **Shannon D Dey**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Michael Frierson** <br> **1136 Whitehall Court** <br> **Port Orange, FL 32129** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Michael Gilmore** <br> **36 Aspen Street** <br> **Daytona Beach, FL 32124** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Michael Guglielmo** <br> **1508 San Marco Drive** <br> **Apt. 202** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Michael Karlin** <br> **725 Parque Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Michael Kerr** <br> **1724 Montgomery Drive** <br> **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |

Sheet no. __194__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal                **0.00**
                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Laplante**<br>**69 Highrighe Road**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Michael Libby**<br>**54 Westridge Lane**<br>**Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No.<br><br>**Michael Mancinelli**<br>**19 Birchwood Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Michael Marques**<br>**72 Sunny Shore Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Michael McClure**<br>**1299 Arroyo Pkwy**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __195__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
         **Shannon D Dey**
         _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Michael Mowrey <br> 500 Shadow Lakes Boulevard <br> Apt. 168 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Michael Panarello <br> 168 Inecyua Shores Drive <br> Apt. 100 <br> Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Michael Pilcher <br> 10 Cotton Mill Court <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Michael Thomas <br> 2930 Lantern Dr <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Michael Yesalusky <br> 170 Limewood Pl <br> Unit 7 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __196__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                                    Case No. _____
        **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Michael Zinna** **202 Emerson Pl** **Valley Stream, NY 11580** | | J | | | | | | **Unknown** |
| Account No. **Michale Kilgore** **1004 Indian Oaks West** **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. **Michelle Garrison** **22 Village Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Michelle Jabluszewski** **58 Saddlers Run** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. **Michelle McShane** **2889 John Anderson Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |

Sheet no. **197** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Shannon D Dey**

　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Michelle Myers 17 San Jose Dr. Ormond Beach, FL 32176 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Michelle Slimak 311 Center Street Ormond Beach, FL 32174 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Michelle Soppet 5481 Saint Regis Way Port Orange, FL 32128 | J | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Michelle Thompson 18 Fern Meadow Lane Ormond Beach, FL 32174 | J | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Microflex, Inc. 1800 N. US Highway 1 Ormond Beach, FL 32174 | J | | | | | | | Unknown |

Sheet no. __198__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Miguel Norat** **220 Brasswood Ct** **Daytona Beach, FL 32117** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mike Barrell** **909 Tracy St.** **Daytona Beach, FL 32117** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mike Bradbury** **126 Hand Avenue** **Ormond Beach, FL 32174** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mike Coats** **1 Kingsgate Court** **Ormond Beach, FL 32174** | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mike Farhat** **117 Sawtooth Lane** **Ormond Beach, FL 32174** | J | | | | | | | **0.00** |

Sheet no. __**199**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
         **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Mike Holland** **1701 Valencia Avenue** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Mike Mackersie** **830 Cordova Avenue** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Mike Nealy** **11 Queen Anne Court** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Mike Russell** **488 Bryant Street** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Mike Smorto** **5 Marjorie Trl** **Ormond Beach, FL 32174** | | J | | | | | | | **Unknown** |

Sheet no. __200_ of _292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                      Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mike Way** <br> **26 Carriage Creek Way** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Milke Barrell** <br> **909 Tracy Court** <br> **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Milton Cunningham** <br> **188 Windward Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Mimi Nealy** <br> **11 Queen Anne Court** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Mina Khazraee** <br> **4 Laurel Ridge Break** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __201__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mina Zahedi**<br>**21 Tomoka Cove Way**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No.<br><br>**Miranda Joyner**<br>**621 Easy Street**<br>**Daytona Beach, FL 32117** | | J | | | | | Unknown |
| Account No.<br><br>**Miranda Phifer**<br>**1517 San Marco Dr.**<br>**Ormond Beach, FL 32174** | | - | | | | | Unknown |
| Account No.<br><br>**Mitch Dobbins**<br>**3636 Christa Court**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No.<br><br>**Mitch Gordon**<br>**3968 S Chinook Ln**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |

Sheet no. __202__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**                                                    Case No. _____

                                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Monica Brain <br> 1025 S. Beach Street <br> pt. 85 <br> Daytona Beach, FL 32114 | | J | | | | | Unknown |
| Account No. <br><br> Muhammed Anwer <br> 78 Coquina Ridge Way <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Mykalann Martin <br> 67 Saddlers Run <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Myra Daniels <br> 1193 Dal Maso Drive <br> Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Myra Doran <br> 5945 Shady Creek Lane <br> Port Orange, FL 32128 | | J | | | | | Unknown |

Sheet no. **203** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert A Rosetti,**                                          Case No. _____
          **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nadia Mazey** <br> **3080 John Anderson Dr** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **Nadine Abrams** <br> **241 Riverside Dr., Unit 407** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Nan Dalton** <br> **624 Marina Point Dr.** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Nan Dalton** <br> **624 Marina Point Dr** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Nancy Garrett** <br> **1317 North Beach Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __204__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                  Case No. _____
        **Shannon D Dey**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Nancy Newman 31 Hunt Master Court Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **Nancy Rodriguez 116 Imperial Heights Drive Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **Nancy Sanchez 1320 Hand Avenue Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **Nancy Spencer 1924 Sunny Palm Drive Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **Naomie Qualmann 108 Carolina Lake Dr Apt 106 Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |

Sheet no. __205__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Natalie Bennett** **3439 Graveson Court** **Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Nationwide Recovery Services** **2304 Tarpley Dr. #134** **Carrollton, TX 75006** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Navjeet Thind** **10 Aston Circle** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **NCO Financial System Inc** **P.O. Box 15740** **Wilmington, DE 19850-5740** | | J | | | | | **Unknown** |
| Account No. **xxxxx5939** | | | Opened  8/01/10 CollectionAttorney 08 Suntrust Bank | | | | |
| **Nco Financial Systems** **507 Prudential Rd** **Horsham, PA 19044** | | J | | | | | **169.00** |

Sheet no. __206__ of __292__ sheets attached to Schedule of          Subtotal          **169.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                         Case No. _____
      **Shannon D Dey**

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8029**<br><br>**Nco Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | J | **08 Suntrust Bank** | | | | **169.00** |
| Account No.<br><br>**Neiman Marcus**<br>**PP Box 5235**<br>**Carol Stream, IL 60197** | | J | | | | | **Unknown** |
| Account No.<br><br>**Nestor Ferreiro**<br>**9 Lakewood Park Drive**<br>**32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Neva Hammond**<br>**1514 Oak Forest Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Nicholas Abbott**<br>**92  Saint Andrews Dr.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **207** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal                  **169.00**
                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                    Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nicholas Rostanzo <br> 51 Reynolds Drive <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Nichole Dominguez <br> 364 Putnam Avenue <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Nichole Mitchell <br> 1531 Mobile Ave <br> Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. <br><br> Nick Sotirin <br> 2900 N. Atlantic Drive <br> Daytona Beach, FL 32118 | | J | | | | | Unknown |
| Account No. <br><br> Niki Solimene <br> 420 Lakebridge Plaza Drive <br> Apt. 13 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __208__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Nikki Ludwin 711 Orchard Avenue Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Nina O'Neill 433 Silver Beach Drive Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Norman Daley 7 Double Branch Way Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Nova Casualty Company 726 Exchange Street Suite 1020 Buffalo, NY 14210** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Oceana Guest 26 Ribbon Falls Drive Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __209__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**
                                                                      ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Office Depot** PO Box 689020 Des Moines, IA 50368 | - | | | | | | Unknown |
| Account No. **Oleksiy Bogdan** 7 Pittwick Lane Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. **Oliver Winn** 278 S Old Kings Road Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. **Omar Rodriguez** 400 Bochelle Drive Unit 2D New Smyrna Beach, FL 32169 | | J | | | | | Unknown |
| Account No. **One West Bank FSB** c/o Gilbert McGrotty Group 3200 Henderson Blvd. Suite 100 Tampa, FL 33609 | | J | | | | | Unknown |

Sheet no. __210__ of __292__ sheets attached to Schedule of          Subtotal                     0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Orestes Gispert**<br>**640 Florida Avenue**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Ot Powell**<br>**6275 Williamson Blvd**<br>**Apt 1138**<br>**Port Orange, FL 32128** | | J | | | | | **Unknown** |
| Account No.<br><br>**Otto Hoover**<br>**35 Plaza Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Otto Hoover**<br>**35 Plaza Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**P.W. Mabry**<br>**420 Chelsea Place Avenue**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __211__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                              Case No. _____
        **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pam Hanna** <br> **13 Lost Creek Ln** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Pam Netterville** <br> **776 South Ridgewood Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Pam Quick** <br> **105 Appaloosa Lane** <br> **Daytona Beach, FL 32119** | | J | | | | | **Unknown** |
| Account No. <br><br> **Pamela Cooper** <br> **151 Putnam Ave** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Pamela Cudlin** <br> **226 Pine Cone Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __212__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                                        Case No. _____
         **Shannon D Dey**
                                                                        ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pamela Daniels 2058 Brian Avenue South Dayton, FL 32119 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Pamela Dipietro PO Box 384 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Pamela McGrath 44 Wild Cat Lane Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Pamela Means 55 Arroyo Pkwy Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Patricia Harkines 11 Lakeview Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __213_ of _292_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                         Case No. _____
         **Shannon D Dey**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Patrick Seeley**<br>**1312 Oak Forest Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Patrick Thompson**<br>**2 Fox Run Trail**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Patti Beinhard**<br>**40 Laurel Oaks Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Pattie Baird**<br>**1311 Derbyshire Road**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Patty Harris**<br>**410 Auburn Drive**<br>**Apt. 6**<br>**Daytona Beach, FL 32118** | | J | | | | | **Unknown** |

Sheet no. __214_ of __292_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                           Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Patty Stout** **41 Hibiscus Drive** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Paul Andrea** **14 Fisherman;s Landing** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Paul Marianetti** **10 Heather Lane** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Paul Tchiloyans** **12 Linshead Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Paula Ochsman** **49 Canterbury Woods** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**215**__ of __**292**__ sheets attached to Schedule of                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**
                                                            ,
_____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Pauline Beaulien 134 Deer Run Lake Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Paulo Dos Santos 1 West Rock Lane Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. Pete Drolet 35 Valhalla Avenue Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Peter Beaudet 24 Jolynn Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. Peter Cotton 20 Meadow Ridge Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. **216** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                    Case No. _____
     **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Peter Medeiros 16 Laguna Forest Trail Palm Coast, FL 32164 | | J | | | | | | Unknown |
| Account No. Peter Russo 681 Wellington Station Blvd. Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Phil Berquist 1503 San Marco Drive Apt. 306 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Phil Haley 174 View Way Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. Philip Koelker 5047 Cherrywood Dr Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __217_ of __292_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
          **Shannon D Dey**

_____,
                                                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Philip Watson** <br>**32 Llama Trail** <br>**Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br>**Phillip Mozingo** <br>**39 General Doolittle Road** <br>**Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br>**Phillip Young** <br>**1242 Hempstead Lane** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Phuoc Nguyen** <br>**500 W. Granada Blvd. Apt. 2** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Phylicia Lewis** <br>**108 Powell Boulevard** <br>**Apt. 2203** <br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __218__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
    **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Phyllis Frederick** **939 Norhtbrook Drive** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Phyllis Taylor** **15 Aston Circle** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Platte River Insurance Comp.** **4610 University Ave.** **PO Box 5900** **Madison, WI 53705-0900** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Preston Edden** **1922 North Broch** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Rachael Gilbert** **473 Palm Avenue** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __219__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                 Case No. _____
        **Shannon D Dey**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rachael Mitchell <br> 30 Riverdale Lane <br> Palm Coast, FL 32164 | | J | | | | | Unknown |
| Account No. <br><br> Rachel Rhodes <br> 5 Riverridge Trail <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Radek Hubl <br> 1805 N. Atlantic Avenue <br> Unit 2 <br> Daytona Beach, FL 32118 | | J | | | | | Unknown |
| Account No. <br><br> Rafael Rauvoli <br> 9 Burning Tree Place <br> Palm Coast, FL 32137 | | J | | | | | Unknown |
| Account No. <br><br> Rafael Rivera, Jr. <br> 39 Lake Park Circle <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __220__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                        Case No. _____
         **Shannon D Dey**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Raj Harman 1297 Arroyo Parkway Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Rajat Arora 18 Zither Court Palm Coast, FL 32164 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ralph Hottle 28 Coquina Ridge Way Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ralph Little 1625 Montgomery Avenue Holly Hill, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Ralston Adams 12 Kaufman Place Palm Coast, FL 32164 | | J | | | | | | Unknown |

Sheet no. __221__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**   Case No. _____
      **Shannon D Dey**
                                    ,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Randy Christian**<br>**1583 Anniston Avenue**<br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br>**Randy Falls**<br>**1250 Scottsdale Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**Randy Hudak**<br>**4205 Zacary Lane**<br>**Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No.<br>**Raquel Levy**<br>**33 San Jose Circle**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br>**Ray and Son AC**<br>**PO Box 862**<br>**Nashville, GA 31639** | | - | | | | | **Unknown** |

Sheet no. __222__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
       **Shannon D Dey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ray Kaufman <br> 12 Freeland Lane <br> Palm Coast, FL 32137 | | J | | | | | Unknown |
| Account No. <br><br> Raymond Panas <br> 351 Old South Dixie Hwy. <br> Bunnell, FL 32110 | | J | | | | | Unknown |
| Account No. <br><br> RBC Bank <br> PO Box 862 <br> Charlotte, NC 28201 | | - | | | | | Unknown |
| Account No. <br><br> RBM <br> 907 W International Speedway <br> Daytona Beach, FL 32114 | | - | | | | | Unknown |
| Account No. <br><br> Rebecca McKneely <br> 29 Azalea Drive <br> Ormond Beach, FL 32176 | | J | | | | | Unknown |

Sheet no. __223__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**
                                                          Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Rebecca Merriman 500 S. Beach Street Apt 5 Daytona Beach, FL 32114 | - | | | | | | | Unknown |
| Account No. Rebecca Skelly 792 E. Victoria Circle Ormond Beach, FL 32174 | | | J | | | | | Unknown |
| Account No. Renee Ward PO Box 547 Bunnell, FL 32110 | | | J | | | | | Unknown |
| Account No. Richard Bahmann 415 Oak Park Cir Ormond Beach, FL 32174 | | | J | | | | | Unknown |
| Account No. Richard Glosser 30 South Orchard Street Ormond Beach, FL 32174 | | | J | | | | | Unknown |

Sheet no. __224__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                                                 Case No. _____
           **Shannon D Dey**

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Richard Maselli** <br> **1306 Parkside Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Richard Nelson** <br> **180 Blue Heron Lake Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Richard Preston** <br> **22 Indian Head Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Richard Rivera** <br> **418 Black Oak Ln** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Richard Sedotto** <br> **1492 Hohe Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __225__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**  
       **Shannon D Dey**

Case No. _____

_____,  
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Richard Upson<br>857 Quail Run<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Richard Warnock<br>15 Acanthus Circle<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Richard Young<br>30 Dormer Drive<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Richie Klimuszko<br>50 Secretary Trail<br>Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. <br><br>**Rick Joyce, III<br>1450 Iona Court<br>Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __226__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                   Case No. _____

               **Shannon D Dey**

_____,

                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Rick Kalfaian** <br> **152 Pine Cove Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Rick Mock** <br> **1750 Carolina Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Rick Singer** <br> **491 Leeway Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Rick Singer** <br> **4941 Leewat Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Rick Wickman** <br> **620 Mulberry Street** <br> **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |

Sheet no. __227_ of _292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
      (Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                             Case No. _____
       **Shannon D Dey**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ricky Bergeron**<br>**5283 Barhydt Avenue**<br>**Port Orange, FL 32127** | | J | | | | | Unknown |
| Account No.<br><br>**Rita D'Angelo**<br>**134 S. Old Kings Road**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No.<br><br>**Rita Sala**<br>**109 Mendoza Circle**<br>**Daytona Beach, FL 32124** | | J | | | | | Unknown |
| Account No.<br><br>**Rob Durling**<br>**35 Greenvale Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No.<br><br>**Robert Arnold**<br>**2 Spiveys Ct**<br>**Ormond Beach, FL 32174** | | J | | | | | Unknown |

Sheet no. __228__ of __292__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Bixler**<br>**875 Derbyshire Road**<br>**Apt 189**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Cromartie**<br>**236 John Anderson Dr**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Dennis**<br>**2508 Citrus Avenue**<br>**S. Daytona, FL 32119** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Eckensberger**<br>**26 Ribbon Falls Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Elger**<br>**28 Sea Trail**<br>**Ormond Beach, FL 32174** | | - | | | | | **Unknown** |

Sheet no. **229** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                            Case No. _____
       **Shannon D Dey**
       _____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Gordon** <br> **1302 Myrtle Jo Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Robert Graham** <br> **1117 Mary McLoed Bethune Blv** <br> **Daytona Beach, FL 32114** | | J | | | | | **0.00** |
| Account No. <br><br> **Robert Hall** <br> **46 River Ridge Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Robert Johns** <br> **1555 Delaney Dr., Apt. 1709** <br> **Tallahassee, FL 32304** | | J | | | | | **Unknown** |
| Account No. <br><br> **Robert Ledbetter** <br> **116 Mendoza Circle** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |

Sheet no. __230__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                 Case No. _____

         **Shannon D Dey**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Robert Lingelle 418 Andrews Street Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Robert Mazur 2508 Citrus Ave. Daytona Beach, FL 32119 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Robert Mirisola 5500 Ocean Shore Boulevard Apt. 30 Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Robert Perri 102 Millow Bend Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Robert Rush 128 Secretary Trail Palm Coast, FL 32164 | | J | | | | | | Unknown |

Sheet no. __231__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Saum**<br>**2 Indian Springs Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Taylor**<br>**120 Limewood Place**<br>**Unit 4**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Turi**<br>**63 Wilmette Avenue**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robert Wichmann**<br>**1100 S Riverside Dr**<br>**New Smyrna Beach, FL 32168** | | J | | | | | **Unknown** |
| Account No.<br><br>**Robin Kennedy**<br>**948 Northbrook Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __232__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                          Case No. _____
           **Shannon D Dey**

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Robin Warren** <br> **199 Black Hickory Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Rod Andrews** <br> **37 Pineview Lake Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Rod Kimberley** <br> **14 Cedarwood Court** <br> **Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br> **Rodney Kinley** <br> **284 South Orchard Street** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br> **Roger Ashley** <br> **10 Woodgate Court** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __233__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                      Case No. _____
         **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Roger Cain 5909 Wishing Well Drive Port Orange, FL 32127 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Roger Edwards 1501 San Marco Drive Apt. 205 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Roger Holt 509 Cherrywood Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Roger Schmidt P.O. Box 341 New Smyrna Beach, FL 32170 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Roger Stude 109 Longview Way Palm Coast, FL 32137 | | J | | | | | | Unknown |

Sheet no. __234__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rohan Giri**<br>**82 Zither Court**<br>**Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No.<br><br>**Romino Ludovico**<br>**720 Colfax Drive**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br><br>**Ron Johnson**<br>**84 S Saint Andrews Dr.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Ron Trout**<br>**3 Cliffwood Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Ronald Dillard**<br>**436 S. Nova Road, Apt. 85A**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __235__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
       **Shannon D Dey**
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ronald Garrision** <br> **1410 Dolph Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ronald McDaniel** <br> **125 S Orchard St** <br> **Apt 103** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Ronald Sebastian** <br> **12 Cliffside Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Rosa Venzor** <br> **918 Jasmine Avenue** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Rosana Colev** <br> **640 Nl. Nova Road** <br> **Apt. 417** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __236__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                        Case No. _____
      **Shannon D Dey**
                                         ,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Rose Cazarea**<br>**5000 St. George's Road**<br>**Apt. 304**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**Russ Crane**<br>**3 Pheasant Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**Russell Campbell**<br>**36 Sea Breeze Trail**<br>**Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No.<br>**Russell Lachapelle**<br>**P.O Box 451**<br>**Lake Como, FL 32157** | | J | | | | | **Unknown** |
| Account No.<br>**Russell Milcent**<br>**720 N Flamingo Dr**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |

Sheet no. __237__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**                                                    Case No. _____

                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ruth Kangethe** 1400 S. Nova Road Apt. 271 Daytona Beach, FL 32114 | | J | | | | | **Unknown** |
| Account No. **Ruth Pellicer** 1016 6th Street Daytona Beach, FL 32117 | | J | | | | | **Unknown** |
| Account No. **Ruth Travers** 6 Paradise Falls Circle Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. **Ryab Chrisley** 2041 Schulter Avenue Daytona Beach, FL 32118 | | J | | | | | **Unknown** |
| Account No. **Ryan Deising** 112 Willow Bend Lane Ormond Beach, FL 32174 | | J | | | | | **Unknown** |

Sheet no. __238__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**              Case No. _____
        **Shannon D Dey**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ryan Heise**<br>**7 Cresent Lake Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Ryan Moser**<br>**226 North Nova Road**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Sabine Molok**<br>**80 Tomoka Avenue**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Sabita Somaroo**<br>**136 Gala Circle**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Safe Leasing LLC**<br>**PO Box 660831**<br>**Dallas, TX 75266** | | - | | | | | **Unknown** |

Sheet no. __239__ of __292__ sheets attached to Schedule of       Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**  Case No. _____
**Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sally Cunningham** **6 Karanda Place** **Palm Coast, FL 32164** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Salman Ahmed** **28 Kingbridge Crossing Drive** **Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Salvatore Alfano** **132 Green Forest Drive** **Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Sam Amoruso** **1608 Avenue C** **Ormond Beach, FL 32174** | | J | | | | | Unknown |
| Account No. | | | | | | | |
| **Sam Black** **728 Pelican Bay Drive** **Daytona Beach, FL 32119** | | J | | | | | Unknown |

Sheet no. __240_ of __292_ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)          **0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Samantha Smith 5 Archangel Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Samantha Sproul 22 Wild Fern Lane Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sammy Butler, Sr. 1754 Carolina Avenue Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Samual Acquaro, Jr. 901 Boyte Street Port Orange, FL 32127 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Samuel Martin 1000 Walker Street Lot 154 Holly Hill, FL 32117 | | J | | | | | | Unknown |

Sheet no. __241__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
      **Shannon D Dey**
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sandford Kinne<br>3 Willow Court<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Sandi Bloomfield<br>46 Capistrano Dr<br>Ormond Beach, FL 32176 | | J | | | | | Unknown |
| Account No.<br><br>Sandra Brelo<br>1503 San Marco Drive<br>Apt. 204<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No.<br><br>Sandra Gosch<br>34 Seabridge Drive<br>Ormond Beach, FL 32176 | | J | | | | | Unknown |
| Account No.<br><br>Sandra Gosch<br>34 Seabridge Drive<br>Ormond Beach, FL 32176 | | J | | | | | Unknown |

Sheet no. __242__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                         Case No. _____
         **Shannon D Dey**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sandy Kauffman** 11 Lakewood Park Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. **Sang Do** 282 Bayridge Court Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. **Sarah Buckley** 232 Chipewa Circle Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. **Sarah Gonsalves** 3674 Needles Drive Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. **Sarah Gralnick** 5 Whipper Fn Court Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __243__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sarah King 715 John Anderson Drive Ormond Beach, FL 32176 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sarah Kiser 7 Fishermans Circle Apt. 6 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sarah Orman 115 Powell Boulevard Daytona Beach, FL 32114 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sarah Pujol 1090 Rainbow Lake Lane Pierson, FL 32180 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sarah Smiley 1600 Big Tree Road Apt. G5 S. Daytona, FL 32119 | | J | | | | | | Unknown |

Sheet no. __244__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                 Case No. _____
         **Shannon D Dey**

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sarah Thurman**<br>**110 Fiesta Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Scott Cornelius**<br>**297 Warwick Avenue**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Scott Gaston**<br>**3 Dorado Beach Ct.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Scott Harris**<br>**275 Linden Street**<br>**Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No.<br><br>**Scott Jenkins**<br>**4C Bluebird Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __245__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

_____ ,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Scott Lawson**<br>**23 Canterbury Woods**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Scott Reid**<br>**60 Spanish Oak Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Scott Saycier**<br>**367 Evergreen Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Scott Spooner**<br>**364 Tropical Lane**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Sean Donnelly**<br>**45 Knollwood Estates Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __246__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
    **Shannon D Dey**
                                                        ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sean Harver 1124 Edith Drive Daytona Beach, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sean Higgins 23 Roundtable Lane Palm Coast, FL 32164 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sean Kelly 1517 San Marco Drive Apt. 202 Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sean Vigh 84 North Timbercreek Road Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sean Wilcox 145 Springwood Drive Daytona Beach, FL 32119 | | J | | | | | | Unknown |

| Sheet no. __247_ of _292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　**Shannon D Dey**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Seba Taha** <br> **120 Birkdale Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Serena Surrency** <br> **P.O. Box 11142** <br> **Daytona Beach, FL 32120** | | J | | | | | **Unknown** |
| Account No. <br><br> **Serina Denkins** <br> **119 Dawn Drive** <br> **Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br> **Seth Gibson** <br> **116 Boysenberry Lane** <br> **Daytona Beach, FL 32124** | | J | | | | | **Unknown** |
| Account No. <br><br> **Shafanta Dugree** <br> **100 Winners Circle Drive** <br> **Apt. 303** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |

Sheet no. __248__ of __292__ sheets attached to Schedule of 　　　　　　　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims 　　　　　　　　　　　　(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
         **Shannon D Dey**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shamally Ortiz**<br>**516 Peacock Rd.**<br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No.<br><br>**Shana Gallagher**<br>**44 Ormond Green Blvd.**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Shana Prestigiacomo**<br>**113 Grey Dapple Way**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Shana Sasso**<br>**78 Arlington Way**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Shandrea Odums**<br>**5217 Huncrest Pl. SW**<br>**Mableton, GA 30126** | | J | | | | | **Unknown** |

Sheet no. __249__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                    Case No. _____
       **Shannon D Dey**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Shanee Pratt** <br> **1025 S. Beach Street** <br> **Apt. 216** <br> **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Shannok Yunick** <br> **1 Manderley Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Shannon Abraham** <br> **108 Black Duck Circle** <br> **Daytona Beach, FL 32119** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Shannon Kenahan** <br> **P.O. Box 730692** <br> **Ormond Beach, FL 32173** | | J | | | | | | **Unknown** |
| Account No. <br><br> **Shannon Kennedy** <br> **1714 Palm Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __**250**__ of __**292**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                                    Case No. _____
**Shannon D Dey**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Shannon Rovner 426 Andrews Street Ormond Beach, FL 32174 | | | | J | | | | | Unknown |
| Account No. | | | | | | | | | |
| Sharda Mohammed 831 Angelina Court Port Orange, FL 32127 | | | | J | | | | | Unknown |
| Account No. | | | | | | | | | |
| Sharon Muller 460 Collins Street Ormond Beach, FL 32174 | | | | J | | | | | Unknown |
| Account No. | | | | | | | | | |
| Shavon Bailey 139 Arroyo Parkway Ormond Beach, FL 32174 | | | | J | | | | | Unknown |
| Account No. | | | | | | | | | |
| Shawn Blouin 265 Hartford Avenue Daytona Beach, FL 32118 | | | | J | | | | | Unknown |

Sheet no. __251__ of __292__ sheets attached to Schedule of              Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                                Case No. _____
        **Shannon D Dey**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Shawn Cowman 202 Chippewa Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Shawn Kelly 940 15th Street apt. 101 Daytona Beach, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Shawn Kleoteer 202 Seabreeze Boulevard Apt. 413 Daytona Beach, FL 32118 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sheila Dicks 339 Thaelary Road Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Sheila McCarthy 700 Saint George's Road Apt. 303A Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __252_ of _292_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**  
**Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Sheila Priester** <br>**2 Oeacn Side Dr** <br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Sheldon London** <br>**357 Apache Trl** <br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Shelia Scherer** <br>**1146 Robert Street** <br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Shelley Mayo** <br>**1010 Indian Oaks East** <br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Sherif Saad** <br>**4 Highwood Ridge Trail** <br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __253__ of __292__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                Case No. _____
             **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shon Stanley** <br> **1965 Charleston House** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sibel Guelseren** <br> **23 Tomoka Meadows Boulevard** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sigal Gonska** <br> **108 Bluestem Cir** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sigfred Matson** <br> **148 Ormond Shores Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sindy Caridi** <br> **27 Southern Pine Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __254__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                              Case No. _____
       **Shannon D Dey**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sini Summerlin** **105 North Arbor Drive** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Sohail Kakezai** **5 Coquina Ridge Way** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Sonny Faircloth** **470 North Tymber Creek Road** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Sonya Matthews** **600 N. Yonge Street** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Southeastern Neon** **374 Fentress Blvd.** **Daytona Beach, FL 32114** | | - | | | | | **Unknown** |

Sheet no. __255__ of __292__ sheets attached to Schedule of          Subtotal                          **0.00**
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
      **Shannon D Dey**
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stacey Herrlich** <br>**1710 Maryland Avenue** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stacey Johnson** <br>**84 Oak Avenue** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stacey Kwiat Shearer** <br>**1235 Scottsdale Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stacey Work** <br>**70 Foxhall Lane** <br>**Palm Coast, FL 32137** | | J | | | | | **Unknown** |
| Account No. <br><br>**Staci Rosamnilia** <br>**73 Mcalister Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no.  **256**  of  **292**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stan Klezos** <br>**1315 Westwood Drive** <br>**Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stanley Chmiel** <br>**15 Flowertree Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stephanie Bratcher** <br>**561 10th Street** <br>**Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stephanie Pace** <br>**204 Lynnhurst Drive** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**Stephanie Roberts** <br>**129A Brunswick Lane** <br>**Palm Coast, FL 32137** | | J | | | | | **Unknown** |

Sheet no. **257** of **292** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
        **Shannon D Dey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stephanie Seragin**<br>**835 Valencia Road**<br>**South Daytona, FL 32119** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Stephen Campbell**<br>**678 S Ridgewood Ave**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Stevan & Carmen Simmons**<br>**6 Ligustrum Circle**<br>**Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Steve Clement**<br>**1409 Wildrose Lane**<br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Steve Durrance**<br>**22 Slumber Meadow Trail**<br>**Palm Coast, FL 32164** | | J | | | | | | **Unknown** |

Sheet no. __**258**__ of __**292**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**

_____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steve Eckman** <br> **20 Spanish Oak Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Steve Hampton** <br> **1307 Pakside Dr.** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Steve Mackey** <br> **89 S. Atlantic Avenue** <br> **Apt. 1501** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Steve Makris** <br> **788 E. Victoria Circle** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Steve Xynidis** <br> **1 South Old Kings Road** <br> **Ormond Beach, FL 32174** | | - | | | | | **Unknown** |

Sheet no. __259__ of __292__ sheets attached to Schedule of                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                              Case No. _____
        **Shannon D Dey**
                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stocker, Judi** <br> **141 Old Mill Run** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sue Peters** <br> **7 Rollingwood Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Summer Shedd** <br> **44 Canterbury Woods** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Summer Sinclair** <br> **107 Powell Boulevard** <br> **Apt. 3105** <br> **Daytona Beach, FL 32114** | | J | | | | | **Unknown** |
| Account No. <br><br> **Sunny Gallman** <br> **217 Cherokee Road** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __260__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                                 Case No. _____
       **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sunny Gunter** 340 Coquina Avenue Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. **Suntrust Bank** PO Box 4928 Orlando, FL 32802 | | - | | | | | **Unknown** |
| Account No. **Susan Abel** 5 Beartooth Path Ormond Beach, FL 32174 | | J | | | | | **Unknown** |
| Account No. **Susan Anderson** 4 Ocean Dunes Drive Ormond Beach, FL 32176 | | J | | | | | **Unknown** |
| Account No. **Susan Coleman** 24 Huntsman Look Ormond Beach, FL 32174 | | J | | | | | **Unknown** |

Sheet no. __261__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                          Case No. _____
     **Shannon D Dey**

_____,
                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Susan Crane** <br> **3 Pheasant Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Susan Davis** <br> **39 Cherokee Trail** <br> **FL 32194** | | J | | | | | **Unknown** |
| Account No. <br><br> **Susan Horton** <br> **1580 Old Kings Road** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Susan Neff** <br> **2 King Edward Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Susan Ralleo** <br> **27 Circle Creek Way** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __262__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                  (Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
**Shannon D Dey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Susan Rebozo <br> 164 Summerhill Court <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Susy Reynolds <br> 420 Lakebridge Plaza Drive <br> Apt. 10 <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Suzanne Schinina <br> 71 Tomoka Meadows Boulevard <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Svetlana Ekubova <br> 625 N. Halifax Avenue <br> Apt. 24 <br> Daytona Beach, FL 32118 | | J | | | | | Unknown |
| Account No. <br><br> Swanie Dickinson <br> 125 Ponce De Leon Blvd <br> Daytona Beach, FL 32114 | | J | | | | | Unknown |

Sheet no. __263__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                                      Case No. _____
       **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Swayne Strickland 17 Maple Street Flagler Beach, FL 32136 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Talisa Mulligan 1717 Mason Ave., #1434 Holly Hill, FL 32117 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tammie Wireman 1100 N. Halifax Avenue Daytona Beach, FL 32118 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tammy Dailey 15 Sounders Trail Circle Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tammy Martin 559 Cameo Dr Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __264__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                            Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Tammy Saucier 367 Evergreen Lane Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tanner St. James 4 Fox Hollow Ormond Beach, FL 32174 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tanner St. James 100 Bend Tree Apt. 40 Daytona Beach, FL 32114 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tanya Brown 39 General Doolittle Road Daytona Beach, FL 32124 | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tanya Sterling 1505 San marco Drive Ormond Beach, FL 32174 | | J | | | | | | Unknown |

Sheet no. __265__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**                                  Case No. _____
        **Shannon D Dey**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tara Okhovatian** <br>**140 Boynton Boulevard** <br>**Daytona Beach, FL 32118** | | J | | | | | **Unknown** |
| Account No. <br><br>**Tara Schooley** <br>**65 Seton Trail** <br>**Apt. 6** <br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. <br><br>**Taylor Hoehn** <br>**10 Spanish Pine Way** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Taylor Metts** <br>**1131 Roberts Street** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Telcyn Smith** <br>**1530 Crowne Street** <br>**Apt. 512** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __266__ of __292__ sheets attached to Schedule of            Subtotal                   **0.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
       **Shannon D Dey**
                                             ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Teresa Tull**<br>**104 Loyola Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br><br>**Teresa Washington**<br>**640 N. Nova Rd., Apt. 415**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Terri Zacaria**<br>**4 Lionshead Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Terry  Jones**<br>**962 Torchwood Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br><br>**Terry Bourcy**<br>**500 Shadow Lakes Boulevard**<br>**Apt. 181**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __267__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Terry Shannon** **731 Greenway Place** **Daytona Beach, FL 32114** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **The Hammocks HOA** **215 Grand Blvd #200** **Miramar Beach, FL 32550** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Thomas Flaherty** **67 N. St. Andrews Drive** **Ormond Beach, FL 32174** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Thomas Garcia** **32 Silk Oaks Drive** **Ormond Beach, FL 32176** | | J | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Thomas Grounds** **1015 Cherokee Ranch Road** **Holly Hill, FL 32117** | | J | | | | | | Unknown |

Sheet no. __268__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
     **Shannon D Dey**
                                     ,
                     Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thomas Laura** <br> **3907 Cree Dr** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Thomas Lechowicz** <br> **P.O. Box 217** <br> **Farmingville, NY 11738** | | J | | | | | **Unknown** |
| Account No. <br><br> **Thomas McQuoid** <br> **1642 Cordova Ave.** <br> **Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Thomas Owen** <br> **299 S. Ridgewood Avenue** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Thomas Savone** <br> **10 Cloverdale Ct N** <br> **Palm Coast, FL 32137** | | J | | | | | **Unknown** |

Sheet no. __269__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thomas Scherer** <br> **125 Shady Branch Trail** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Tia Harmon** <br> **1297 Arroyo Parkway** <br> **Ormond Beach, FL 32174** | | J | | | | | **0.00** |
| Account No. <br><br> **Tiffanee Cook** <br> **690 W. Lisbon Parkway** <br> **Deland, FL 32720** | | J | | | | | **Unknown** |
| Account No. <br><br> **Tiffany Billings** <br> **1245 Fernway Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Tiffany Chadbourne** <br> **5 Tara Place** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __270_ of _292_ sheets attached to Schedule of                                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                        Case No. _____
         **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Tiffany Newton** **1957 Yellowfin Dr** **Port Orange, FL 32128** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tiffany Steele** **100 Bent Tree Apt 47** **Daytona Beach, FL 32114** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tim Collins** **PO Box 2532** **Daytona Beach, FL 32115** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tim Graff** **52 S. St. Anrews Dr.** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tim Martin** **4000 Saint George's Road** **Apt. 205B** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __271__ of __292__ sheets attached to Schedule of          Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
         **Shannon D Dey**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Tim Slater**<br>**1689 State Avenue**<br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Time Schwab**<br>**1509 Carmen Ave**<br>**Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Timoth Machleid**<br>**6 Queen Anne Court**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Tina Carlyle**<br>**P.O. Box 730002**<br>**Ormond Beach, FL 32173** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Tina Nyaigoti**<br>**1515 San Marco Drive**<br>**Apt. 103**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |

Sheet no. __272__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                 Case No. _____
           **Shannon D Dey**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Tina Parker**<br>**59 Seaside Dr**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br>**Tina Stewart**<br>**35 Country Club Drive**<br>**Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No.<br>**Title Town Health & Fitness**<br>**1711 Norman Drive**<br>**Valdosta, GA 31601-3575** | | - | | | | | **Unknown** |
| Account No.<br>**Todd Hayes**<br>**2485 Arabian Trl**<br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No.<br>**Todd Lynch**<br>**PO Box 265642**<br>**Daytona Beach, FL 32126** | | J | | | | | **Unknown** |

Sheet no. __273__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Tom Leiper** **939 Northbrook Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tom Naddy** **56 Bear Creek Drive** **Hilton Head Island, SC 29926** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tom Ward** **1446 Dolph Circle** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Toni Savidge** **1219 Vanderbilt Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tony Broxton** **412 Wilson Avenue** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |

Sheet no. __274__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**                                                   Case No. _____
        **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tony Delasandro 520 Crowne Loop Apt. 216 Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Tony Larcom 378 Collins Street Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Traci Dos Santos 3 Cottonwood Flat Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Traci Navin 25 Seamanship Trail Palm Coast, FL 32164** | | J | | | | | **Unknown** |
| Account No. **Tracy Logan 25 Autumnwood Trail Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. **275** of **292** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                                    Case No. _____
       **Shannon D Dey**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Tracy Vancore** **40 Tomoka Meadows Blvd.** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Travis Reynolds** **420 Lakebridge Plaza Drive** **Apt. 10** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Tray Ralph** **15 Riverrigde Trail** **Ormond Beach, FL 32174** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Tri Luong** **100 Berg Court** **Daytona Beach, FL 32124** | | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Trish McGetrick** **1720 Raleigh Ave** **Daytona Beach, FL 32117** | | | J | | | | | | **Unknown** |

Sheet no. __276__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                     Case No. _____
          **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tristin Mounteer <br> 75 N. St. Andrews Drive <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Troy Maisel <br> 6420 Zekan Lane <br> Springfield, VA 22150 | | J | | | | | Unknown |
| Account No. <br><br> Troy Parker <br> 365 Tropical Lane <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Tyler Edwards <br> 2440 Lipizzan Trail <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br> Tyler Unson <br> 256 Military Boulevard <br> Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __277_ of _292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
**Shannon D Dey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tyrone Filer** <br>**108 Mableberry Court** <br>**Daytona Beach, FL 32124** | | J | | | | | Unknown |
| Account No. <br><br>**United Recovery Service** <br>**PO Box 722929** <br>**Houston, TX 77272** | | - | | | | | Unknown |
| Account No. <br><br>**United States Dept. of Labor** <br>**Wage & Hour Division** <br>**Attn: Rod Lowery** <br>**1635 S. Ridgewood Ave. #221** <br>**Daytona Beach, FL 32119** | | - | | | | | Unknown |
| Account No. <br><br>**US Bank** <br>**1450 Channel Parkway** <br>**Marshall, MN 56258** | | - | | | | | Unknown |
| Account No. <br><br>**US Bank** <br>**Mainifest Funding Services** <br>**1450 Channel Parkway** <br>**Marshall, MN 56258** | | - | | | | | Unknown |

Sheet no. __278__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
         _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Us Bank Manifest 1450 Child Parkway Marshall, MN 56258** | | J | | | | | **Unknown** |
| Account No. **Valdrena Yisrael 133 Heathrow Drive Daytona Beach, FL 32117** | | J | | | | | **Unknown** |
| Account No. **Valerie Harlan PO Box 731741 Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Valerie Koolen 21 Rivocean Drive Ormond Beach, FL 32176** | | J | | | | | **Unknown** |
| Account No. **Vamid Kasilvala 12000 Carolines CV, #206B Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __279__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
      **Shannon D Dey**
      
Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Vanessa Benitez<br>228 Bauer Circle<br>Daytona Beach, FL 32124 | | J | | | | | Unknown |
| Account No. <br><br>Vanessa Benitez<br>228 Bauer Circle<br>Daytona Beach, FL 32124 | | J | | | | | Unknown |
| Account No. <br><br>Vanessa Windfelder<br>1945 Nelson Avenue<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br>Veronica Edwards<br>214 Pine Cone Trail<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. <br><br>Vetrenda Brooks<br>8000 Saint Road<br>Apt. 108B<br>Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __280__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**             Case No. _____
       **Shannon D Dey**
                                                          ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vicki McNeel** <br>**44 Charleston Square** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Vicki O'Donnell** <br>**25 Laurel Ridge Break** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Victor Guerra** <br>**9 Cantilever Court** <br>**Ormond Beach, FL 32174** | | - | | | | | **0.00** |
| Account No. <br><br>**Victor Lohman** <br>**31 Pebble Beach Dr** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br>**Victor Samaan** <br>**6 King Edward Drive** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __281__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Victoria Baird** <br> **1580 Birmingham Avenue** <br> **Holly Hill, FL 32117** | | J | | | | | **Unknown** |
| Account No. <br><br> **Victoria Harper** <br> **7 Eagle Drive** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. <br><br> **Victoria Leshley** <br> **3750 S. Atlantic Avenue** <br> **Port Orange, FL 32129** | | J | | | | | **Unknown** |
| Account No. <br><br> **Victory Real Estate** <br> **240 Brookstone Centre Pkwy** <br> **Columbus, GA 31904-2974** | | - | | | | | **Unknown** |
| Account No. <br><br> **Vincent Brady** <br> **17 Buckskin Lane** <br> **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __282__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert A Rosetti,**
        **Shannon D Dey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Vincent Kraus 253 Bridle Path lane Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Viola Paluzzi 101 Bent Tree Drive Apt. 15 Daytona Beach, FL 32114 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Viola Xavier 1225 Powers Avenue Holly Hill, FL 32117 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| VIP Cleaning 1267 Vanderbilt Dr. Ormond Beach, FL 32174 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Vipasha Patel 1690 Dunn Avenue Apt. 710 Ormond Beach, FL 32174 | | J | | | | | Unknown |

Sheet no. __283__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**　　　　　　　　　　　　　　　　Case No. _____
　　　　　**Shannon D Dey**
_____,
　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Virgina Tedesco 128 Campanello Court Daytona Beach, FL 32117 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Virginia Greco 4 Springwood Trail Ormond Beach, FL 32174 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Vishy Broumand 93 Island Estates Parkway Palm Coast, FL 32137 | | J | | | | | Unknown |
| Account No. | | | | | | | |
| Vision Financial Corp 11960 Westline Indistrial Dr Suite 100 Saint Louis, MO 63146 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Vvian Roy 26 Seabridge Drive Ormond Beach, FL 32176 | | J | | | | | Unknown |

Sheet no. __284_ of __292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A Rosetti,**                                            Case No. _____
         **Shannon D Dey**

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Walker Roofing** **P.O. Box 7306** **Daytona Beach, FL 32116** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Walter Henderson** **717 Boston Avenue** **South Daytona, FL 32119** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Warren Miller** **18 Castle Manor Dr** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Wayne Onago** **4415 SW 160th Court** **Apt. 205** **Miami, FL 33185** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Wayne Wilson** **28 Queen Anne Ct** **Ormond Beach, FL 32174** | | J | | | | | **Unknown** |

Sheet no. __285__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Wendy Arcuri Mara** **13 Nottingham Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wendy Mieszalski** **820 Avondale Drive** **Daytona Beach, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Wesley Bagwell** **500 Dorothy Avenue** **Holly Hill, FL 32117** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Weslie Harden** **6 Berkley Road** **Ormond Beach, FL 32174** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Will Clarke** **1420 New Bellevue Avenue** **Apt. 2001** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |

Sheet no. __286__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                              Case No. _____
         **Shannon D Dey**
                                                                    ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Will Osteen** **1088 Shockney Drive** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **William Arnau** **112 Willow Bend Ln** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **William Arsenault** **616 S. Atlantic Avenue** **Ormond Beach, FL 32176** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **William Bartee** **17 Talaquah Boulevard** **Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **William Bischoff** **1324 Verona Street** **Daytona Beach, FL 32114** | | J | | | | | | **Unknown** |

Sheet no. __287__ of __292__ sheets attached to Schedule of                      Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**
         **Shannon D Dey**
                                                                 Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William Bock** <br> **2700 Ocean Shore Boulevard** <br> **Apt. 413** <br> **Ormond Beach, FL 32176** | | J | | | | | 0.00 |
| Account No. <br><br> **William Ciullo** <br> **1511 Ridge Ave.** <br> **Daytona Beach, FL 32117** | | J | | | | | Unknown |
| Account No. <br><br> **William Donnelly** <br> **1700 Lambert Avenue** <br> **Flagler Beach, FL 32136** | | J | | | | | Unknown |
| Account No. <br><br> **William Eggert** <br> **46905 Carnegie Bay Road** <br> **Alexandria Bay, NY 13607** | | J | | | | | Unknown |
| Account No. <br><br> **William Joyce** <br> **1450 Ioni Court** <br> **Ormond Beach, FL 32174** | | J | | | | | Unknown |

Sheet no. __288__ of __292__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                      Case No. _____
         **Shannon D Dey**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **William Lee 1 Fernmeadow Lane Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **William Walters 270 Military Blvd Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **William Warren 93 Shadow Creek Way Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. **Willie Groff 661 Pelican Bay Dr Daytona Beach, FL 32119** | | J | | | | | **Unknown** |
| Account No. **Willis Ring 2315 N. Oleander Avenue Daytona Beach, FL 32118** | | J | | | | | **Unknown** |

Sheet no. __289__ of __292__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**    Case No. _____
            **Shannon D Dey**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Willy Groff** <br> **661 Pelican Bay Drive** <br> **Daytona Beach, FL 32119** | | J | | | | | | | **Unknown** |
| Account No. <br><br> **XM Radio** <br> **PO Box 567** <br> **Norwell, MA 02061** | | J | | | | | | | **Unknown** |
| Account No. <br><br> **Yana Maxwell** <br> **720 Palm Circle** <br> **Port Orange, FL 32129** | | - | | | | | | | **Unknown** |
| Account No. <br><br> **Yari De Los Santos** <br> **1313 N. Shangrila Dr.** <br> **Daytona Beach, FL 32119** | | J | | | | | | | **Unknown** |
| Account No. <br><br> **Yates Farris** <br> **112 Bardmoor Cir.** <br> **Daytona Beach, FL 32114** | | J | | | | | | | **Unknown** |

Sheet no. __290__ of __292__ sheets attached to Schedule of        Subtotal        **0.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert A Rosetti,**                                                    Case No. _____
         **Shannon D Dey**
                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Yolanda Wallace**<br>**203 S. Orchard Street**<br>**Apt. 108**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Zach Wooten**<br>**512 Sandy Oaks Boulevard**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Zack Rickert**<br>**4000 St. George's Road**<br>**Apt. 304A**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Zack Rowles**<br>**1017 Parkwood Drive**<br>**Ormond Beach, FL 32174** | | J | | | | | | **Unknown** |
| Account No.<br><br>**Zina Jiad**<br>**P.O. Box 730895**<br>**Ormond Beach, FL 32173** | | J | | | | | | **Unknown** |

Sheet no. __291_ of _292_ sheets attached to Schedule of                                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A Rosetti,**
     **Shannon D Dey**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zuzana Segev** <br>**132 Black Hickory Way** <br>**Ormond Beach, FL 32174** | | J | | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __292_ of __292_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Total
(Report on Summary of Schedules)      **52,095.00**

B6G (Official Form 6G) (12/07)

In re    **Robert A Rosetti,**                                     Case No. _____

         **Shannon D Dey**

                                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | **Lease - 2007 Cadillac Esclade** |
| **Rofine LLC**<br>**435 S. Ridgewood Ave.**<br>**Suite 200**<br>**Daytona Beach, FL 32114** | **Commercial Lease - 408 Seabreeze Blvd., Daytona**<br>**Beach, FL 32118** |
| **Us Bank Manifest**<br>**1450 Child Parkway**<br>**Marshall, MN 56258** | **Acct# 6000060973**<br>**Opened Opened  3/01/07  Last Active 12/28/09**<br>**Bombshell Fitness LLC - LEASED EQUPMENT** |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **Robert A Rosetti,**                                                        Case No. _____

 **Shannon D Dey**
_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Robert A Rosetti**
         **Shannon D Dey**                                              Case No.
         _____                                   _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **owner** | **owner** |
| Name of Employer | **Bombshell Fitness/Coquina Publishing** | **Bombshell Fitness/Coquina Publishing** |
| How long employed | **2006** | **2006** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,750.00** | $ | **3,000.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **2,750.00** | $ | **3,000.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **412.00** | $ | **450.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **412.00** | $ | **450.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,338.00** | $ | **2,550.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,338.00** | $ | **2,550.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **4,888.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re      **Robert A Rosetti**
     **Shannon D Dey**                                            Case No.
                                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,700.00 |
|    a. Are real estate taxes included? | Yes ___ | No **X** | |
|    b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 175.00 |
|           b. Water and sewer | | $ | 75.00 |
|           c. Telephone | | $ | 0.00 |
|           d. Other   **cable** | | $ | 212.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 15.00 |
| 7. Medical and dental expenses | | $ | 40.00 |
| 8. Transportation (not including car payments) | | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|           a. Homeowner's or renter's | | $ | 0.00 |
|           b. Life | | $ | 0.00 |
|           c. Health | | $ | 0.00 |
|           d. Auto | | $ | 185.00 |
|           e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|           (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|           a. Auto | | $ | 856.00 |
|           b. Other   **Motorcycle payment** | | $ | 396.00 |
|           c. Other   **second mortgage** | | $ | 400.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **pet (vet, food, grooming)** | | $ | 100.00 |
|     Other   **hair care and grooming** | | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,904.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,888.00 |
| b.   Average monthly expenses from Line 18 above | $ | 4,904.00 |
| c.   Monthly net income (a. minus b.) | $ | -16.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Robert A Rosetti**
         **Shannon D Dey**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **308** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 29, 2010**          Signature    **/s/ Robert A Rosetti**
                                                    **Robert A Rosetti**
                                                    Debtor

Date    **October 29, 2010**          Signature    **/s/ Shannon D Dey**
                                                    **Shannon D Dey**
                                                    Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Robert A Rosetti**
          **Shannon D Dey**

                                       Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,000.00** | **2009: Employment Income** |
| **$67,596.00** | **2009: Business Income** |
| **$129,937.00** | **2008: Business Income** |
| **$55,000.00** | **2010 YTD: Bombshell Fitness/Coquina Publishing** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank vs Shannon Dey Case # 2010 31290 COCI** | **Collection** | **Volusia County Florida** | **Pending** |
| **Steve Xynidis vs Club Boom Inc. Case # 2010 31285 CICI** | **Collection** | **Volusia County Florida** | **Pending** |
| **James Boyd vs Robert Rosetti Case #2009-33654-CICI** | **Collection** | **Volusia County Florida** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cintas Corporation No 2 vs Club Boom, Inc.**<br>**Case #2010 31749 CICI** | **Collection** | **Volusia County Florida** | **Pending** |
| **Federal Trust Bank vs Robert A. Rosetti**<br>**Case#10 CA 000773** | **Collection** | **Walton County Florida** | **Pending** |
| **One West Bank vs Robert A. Rosetti**<br>**Case # 2010 30856 CICI** | **Foreclosure** | **Volusia County Florida** | **Pending** |
| **ABC Financial Services, Inc. vs Club Boom of Ormond Beach and Shannon Dey**<br>**Case # 10-3294** | **Collection** | **Pulaski County Arkansas** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Avie Meshbesher Croce, P.L.**<br>**1301 Beville Road**<br>**Suite 8**<br>**Daytona Beach, FL 32119** | | **$1,750.00** |

**10. Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Sunshine State Community Bank** | **Business Account** | **Closed 3/31/2010** |

### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **182 Coquina Key Drive, Ormond Beach, FL 32176** | | **2006 - 2010** |

### 16.  Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bombshell Fitness LLC** | **208307916** | **408 Seabreeze Blvd. Daytona Beach, FL 32118** | **Personal Training** | **2007 - current** |
| **Coquina Publishing** | **26-0554089** | | **Magazine Publishing** | **2006 - current** |
| **Blaze Star LLC** | **None** | | | **8/22/2008 - 9/25/2009** |
| **Rosey Dey LLC** | **26-3290390** | | | **8/22/2008 - 7/30/2010** |
| **Club Boom Inc.** | **71-0971476** | | | **9/22/2004 - 9/25/2009** |

7

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                           ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                           DATES SERVICES RENDERED

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR             DOLLAR AMOUNT OF INVENTORY
                                                               (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                              RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

8

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **October 29, 2010**     Signature   **/s/ Robert A Rosetti**
                                                      **Robert A Rosetti**
                                                      Debtor

Date   **October 29, 2010**     Signature   **/s/ Shannon D Dey**
                                                      **Shannon D Dey**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Robert A Rosetti**
     **Shannon D Dey**

                 Debtor(s)

Case No. _____

Chapter    **7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Bac Home Loans Servicing** | Describe Property Securing Debt:<br>**215 Ocean Terrace, Ormond Beach, FL 32176** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Bac Home Loans Servicing** | Describe Property Securing Debt:<br>**215 Ocean Terrace, Ormond Beach, FL 32176** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 2

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Federal Trust Bank** | **Describe Property Securing Debt:**<br>**TO BE SURRENDERED - Residential Lot - Hammocks of**<br>**Seagrove Lot 21, Seagrove Beach, FL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GE Money Bank/funancing** | **Describe Property Securing Debt:**<br>**2007 Ironhorse Motorcycle 7,000+ miles**<br>**VIN#5L5TH144641000128** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                        ☐ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Indymac Bank** | **Describe Property Securing Debt:**<br>**TO BE SURRENDERED - 182 Coquina Key Drive, Ormond**<br>**Beach, FL 32176** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                              Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Indymac Bank** | **Describe Property Securing Debt:**<br>**TO BE SURRENDERED - 182 Coquina Key Drive, Ormond Beach, FL 32176** |

Property will be (check one):
- ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt             ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Porsche Financial Services** | **Describe Property Securing Debt:**<br>**2007 Porsche Cayman - VIN# WP0AB29857U782950 30,000 miles** |

Property will be (check one):

    ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):

    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

    ■ Claimed as Exempt                      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Ally Financial** | **Describe Leased Property:**<br>**Lease - 2007 Cadillac Esclade** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Rofine LLC** | **Describe Leased Property:**<br>**Commercial Lease - 408 Seabreeze Blvd., Daytona Beach, FL 32118** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Us Bank Manifest** | **Describe Leased Property:**<br>**Acct# 6000060973**<br>**Opened Opened  3/01/07  Last Active 12/28/09**<br>**Bombshell Fitness LLC - LEASED EQUPMENT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| Date | **October 29, 2010** | Signature | **/s/ Robert A Rosetti** |
| | | | **Robert A Rosetti** |
| | | | Debtor |

| | | | |
|---|---|---|---|
| Date | **October 29, 2010** | Signature | **/s/ Shannon D Dey** |
| | | | **Shannon D Dey** |
| | | | Joint Debtor |

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Robert A Rosetti**
       **Shannon D Dey**                                    Case No.
                                        Debtor(s)             Chapter     **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Robert A Rosetti** | X **/s/ Robert A Rosetti** | **October 29, 2010** |
| **Shannon D Dey** | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | | |
| | X **/s/ Shannon D Dey** | **October 29, 2010** |
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **Robert A Rosetti**
          **Shannon D Dey**                            Case No.
                                 Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **October 29, 2010**                 **/s/ Robert A Rosetti**
                                           **Robert A Rosetti**
                                           Signature of Debtor

Date:    **October 29, 2010**                 **/s/ Shannon D Dey**
                                           **Shannon D Dey**
                                           Signature of Debtor

Robert A Rosetti
215 Ocean Terrace
Ormond Beach, FL 32176

Adam Bruno
18 Domicilio Avenue
Ormond Beach, FL 32174

Al Provenzano
115 Fairview Avenue
Ormond Beach, FL 32174

Shannon D Dey
215 Ocean Terrace
Ormond Beach, FL 32176

Adam Silva
114 Horseshoe Trail
Ormond Beach, FL 32174

Alane Patterson
1759 Tomoka Farms Rd
Port Orange, FL 32128

Avie Meshbesher Croce
Avie Meshbesher Croce, P.L.
1301 Beville Road
Suite 8
Daytona Beach, FL 32119

ADP Payroll
71 Hanover Road MS 580
Florham Park, NJ 07932

Aleksey Chernyshov
7 Fishermans Circle
Apt. 6
Ormond Beach, FL 32174

A Chaduki Salloum
14 Sugarberry Circle, #980
Ormond Beach, FL 32174

AFCO
1000 Muilwaukee Ave.
Glenview, IL 60025

Alex Shoop
391 Palm Castle Drive
Port Orange, FL 32127

ABC Financial
PO Box 6800
North Little Rock, AR 72124

AFCO
Department 7200
Los Angeles, CA 90088

Alex Sirotin
1 Princess Kim Place
Palm Coast, FL 32164

ABC Financial Services Inc
c/o Katie A. Middleton, Esq
425 West Capital Ave.
Suite 3801
Little Rock, AR 72201

Agnie Noralm
65 Riverside Drive
Ormond Beach, FL 32174

Alex Stone
2 Fernwood Trail
Ormond Beach, FL 32174

Abigal Bugno
3734 Long Leaf Drive
Ormond Beach, FL 32174

Ahsha Hamilton
11 Red Barn Drive
Palm Coast, FL 32164

Alexandra Hornback
112 Joyelle Cir
Daytona Beach, FL 32124

Ada Siegal
1 Soco Trail
Ormond Beach, FL 32174

AJ Bandorf
1010 Indian Oaks West
Holly Hill, FL 32117

Alexis Whelan
365 N. Tymber Creel Road
Ormond Beach, FL 32174

Adam Barbaro
198 S. Lindenwood Circle
Ormond Beach, FL 32174

Ajit Dodoni
5 Volunteer Lane
Ormond Beach, FL 32174

Aliaksandra Regan
179 Ekana Circle
Daytona Beach, FL 32124

Alice Gerken
121 Pine Creek Trail
Ormond Beach, FL 32174

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Amber Egierski
674 Alcazar Avenue
Ormond Beach, FL 32174

Alina Marczewski
8 Hamlet Circle
Ormond Beach, FL 32174

Allyson Groves
137 Pine Woods Rd
Ormond Beach, FL 32174

Amber Gallagher
6 Windsail Circle
Ormond Beach, FL 32174

Alisha Schofield
P.O. Box 730274
Ormond Beach, FL 32173

Alvernise Gentil
1592 Montgomery Avenue
Holly Hill, FL 32117

Amber Thomas
600 Riverview Boulevard
Daytona Beach, FL 32118

Alisha Shaffer
148 Campanello Court
Daytona Beach, FL 32117

Alyn Benezette
4 Lake Isle Way
Ormond Beach, FL 32174

Ameira Fargally
109 Brasswood Court
Daytona Beach, FL 32117

All Aboard Storage
145 North Charles Street
Daytona Beach, FL 32114

Alysia Keith
182 Wall Avenue
Ormond Beach, FL 32174

American Express
PO Box 53773
Phoenix, AZ 85072

Allen Keller
1 Arbor Lake Park
Ormond Beach, FL 32174

Alyssa Harwell
181 Perfect Drive
Daytona Beach, FL 32124

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

Allie Hill
8 Moss Point Drive
Ormond Beach, FL 32174

Amanda Sullivan
129 Notting Hill Drive
Daytona Beach, FL 32117

Amiran Kameshidze
21 Byreu Elliner
Apt. 15
Ormond Beach, FL 32176

Allison Berry
10433 Ibis Reserve Cir
West Palm Beach, FL 33412

Amanda Whittin
17 Raintree Court
Ormond Beach, FL 32174

Analyse Weil
3 Lake Meadow Way
Ormond Beach, FL 32174

Allison Watson
902 Derbyshire Road
Daytona Beach, FL 32117

Amardeep Singh
10 Aston Circle
Ormond Beach, FL 32174

Anastasia Chernysheva
128 Forest Lake Boulevard
Apt. 812
Daytona Beach, FL 32119

Andi Larsen
1024 Center Street
Holly Hill, FL 32117

Angela Garvin
4619 Secret River Trail
Port Orange, FL 32129

Ann Frances Matto
124 Mariner Drive
Ormond Beach, FL 32176

Andre Atkinstall
204 Bauer Circle
Daytona Beach, FL 32124

Angela Kruck
9 Kingsgate Court
Ormond Beach, FL 32174

Ann Landry
1551 Crowne View Dr., #826
Ormond Beach, FL 32174

Andre Carthy
153 Pine Cone Trail
Ormond Beach, FL 32174

Angela Newslow
1248 Amstead Ln
Ormond Beach, FL 32174

Ann Matto
124 Mariners Drive
Ormond Beach, FL 32176

Andrew Kim
109 Zeharias Circle
Daytona Beach, FL 32124

Angela Pindegayosh
27 Leidel Drive
Palm Coast, FL 32137

Annalena Charla
1312 Munster Circle
Ormond Beach, FL 32174

Andrew Parsons
P.O. Box 393
Jeffersonville, NY 12748

Angela Yates
7 Charleston Square
Ormond Beach, FL 32174

Anne Hornback
112 Joyelle Circle
Daytona Beach, FL 32124

Anette Pezza
15 Deep Woods Way
Ormond Beach, FL 32174

Angelique Payne
1982 Yellowfin Drive
Port Orange, FL 32128

Annette Chandler
820 Catherine Avenue
Holly Hill, FL 32117

Angel Owens
3782 Pine Cone Lane
Ormond Beach, FL 32174

Angelyn Allgaier
640 N. Nova Road, #516
Ormond Beach, FL 32174

Annick Palette
885 Willow Run
Ormond Beach, FL 32174

Angela Balsiciano
113 Rio Way
Ormond Beach, FL 32174

Angie Facchin
22 Saddlers Run
Ormond Beach, FL 32174

Annie Colon
13 Lamont Lane
Palm Coast, FL 32137

Angela Caldwell
31 Coquina Lake Way
Ormond Beach, FL 32174

Ann Allen
508 Shadow Lakes Blvd
Ormond Beach, FL 32174

Annie Jorgensen
13 Lamont Ln
Palm Coast, FL 32137

Anthony Blake
1513 San Marco Drive
Apt. 208
Ormond Beach, FL 32174

April Walton
559 Gertrude Lane
SouthDaytona, FL 32119

Ashley McMillan
5833 Spruce Creek Road
Port Orange, FL 32127

Anthony Caputo
153 S.Tymber Creek Road
Ormond Beach, FL 32174

Ariel Silvestri
1404 Henlow Lane
Ormond Beach, FL 32174

Ashley Robar
1 Arbo Lake Park
Ormond Beach, FL 32174

Anthony Oliva
188 Cloverdale Ct
Ormond Beach, FL 32174

Arthur Depette, Jr.
39 Cherokee Trail
Ormond Beach, FL 32174

Ashley Skreland
7 Prince Walker Lane
Palm Coast, FL 32164

Anthony Wheeler
2101 N. Atlantic Avenue
Apt. 18
Daytona Beach, FL 32118

Arthur Keating
1508 Oak Forest Drive
Ormond Beach, FL 32174

Association Insurance
165 S Union Blvd.
Denver, CO 80228

Anthony Williams
1 S. Old Kings Road
Ormond Beach, FL 32174

Arthur Kowitz
1501-217 Ridgewood Ave.
Daytona Beach, FL 32117

AT&T Advertising & Publish.
BASC PRO
Collections Dept.
PO Box 105024
Atlanta, GA 30348-5024

Antoinette Pacheco
11 Zollinger Place
Palm Coast, FL 32164

Arty Kessler
42 Pebble Beach Circle
Flagler Beach, FL 32136

Autumn Wanamakel
49 Merrywood Circle
Ormond Beach, FL 32174

Antonia Busby
1000 St. George Road
Ormond Beach, FL 32174

Ashleey Schmidt
50 Hibiscus Drive
Ormond Beach, FL 32176

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Antonio Bizzaro
200 St. George Road, 6B
Ormond Beach, FL 32174

Ashley Adams
103 Shady Branch Trail
Ormond Beach, FL 32174

Balint Farkas
1020 Grand Hickory Circle
Holly Hill, FL 32117

April Donlan
41 Broadriver Rd
Ormond Beach, FL 32174

Ashley Lear
29 Baywater Court
Ormond Beach, FL 32174

Bank of America
c/o CT Corporation Systems
1200 S. Pine Island Road
Plantation, FL 33324

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Barbara Saucier
1221 David Drive
Holly Hill, FL 32117

Ben Ferris
157 Perfect Drive
Daytona Beach, FL 32124

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Barbara Skroback
2 Laurel Ridge Break
Ormond Beach, FL 32174

Ben Marshall
101 Sand Dunes Dr.
Ormond Beach, FL 32176

Bank of America
PO Box 851001
Dallas, TX 75284

Barbara Tracy
89 S. Atlantic Avene
Ormond Beach, FL 32176

Benyamin Yisrael
133 Heathrow Drive
Daytona Beach, FL 32117

Barbara Ballway
719 S. Beach Street
Apt. 204B
Daytona Beach, FL 32114

Barry Justice
1400 Hand Avenue
Suite G
Ormond Beach, FL 32174

Bernhard Geiger
1613 Promenade Circle
Port Orange, FL 32129

Barbara Burns
2120 Anastasia Drive
Daytona Beach, FL 32119

Bart Teracino
64 Oakmont Circle
Ormond Beach, FL 32174

Betty Kern
404 Bushnell Park Court
Ormond Beach, FL 32174

Barbara Johnson
111 Northbrook Lane
Ormond Beach, FL 32174

Beatriz Dejesus
8 Brookside Cir
Ormond Beach, FL 32174

Beverly Perez
436 S. Nova Road
Lot 80
Ormond Beach, FL 32174

Barbara Lambert
405 Division Street
Ormond Beach, FL 32174

Bedr Skargee
252 Perfect Drive
Daytona Beach, FL 32124

Beverly Welsh
502 N. Yonge Street
Ormond Beach, FL 32174

Barbara Palmer
139 Deer Lake Circle
Ormond Beach, FL 32174

Belinda Celestin
7000 Saint George's Road
Apt. 201A
Ormond Beach, FL 32174

Bianca Myara
28 Arbor Lake Park
Ormond Beach, FL 32174

Barbara Ressler
42 Coquina Lake Way
Ormond Beach, FL 32174

Ben Benezette
4 Lake Isle Way
Ormond Beach, FL 32174

Bil Commette
931 Old Mil Run
Ormond Beach, FL 32174

Bill Arthell
2 Winchester Road
Ormond Beach, FL 32174

Bill Voreis
176 Heritage Circle
Ormond Beach, FL 32174

Bonnie Payton
500 Shadow Lakes Blvd., #182
Ormond Beach, FL 32174

Bill Baldwin
505 N. Yonge Street
Ormond Beach, FL 32174

Billy Ciullo
1511 Ridge Ave
Daytona Beach, FL 32117

Bonnie Sanderson
2440 Timberview Dr
New Smyrna Beach, FL 32168

Bill Elias
PO Box 1051
Bunnell, FL 32110

Billy Wootten
30 Meadow Ridge VW
Ormond Beach, FL 32174

Brabdi Rains
570 Micintosh Road
Ormond Beach, FL 32174

Bill Foley
228 Royal Dunes Blvd
Ormond Beach, FL 32174

Binns Moss
124 Bellevue Avenue
Daytona Beach, FL 32114

Brad Gorntto
24 Huny Master Ct
Ormond Beach, FL 32174

Bill Helmintoller
240 Timberline Trail
Ormond Beach, FL 32174

Blue Water Pool Supplies
c/o Caine & Weiner
9960 Corporate Campus Dr.
Louisville, KY 40223

Brad Lewis
1 Wildwood Trail
Ormond Beach, FL 32174

Bill McGee
1958 Carolina Avenue
Ormond Beach, FL 32174

Bob Dixon
517 Cherrywood Drive
Ormond Beach, FL 32174

Brady Carter
1941 Nelson Avenue
Ormond Beach, FL 32174

Bill Meadows
345 Hickory Hill Place
Ormond Beach, FL 32174

Bob Gonzales
1402 San Jose Boulevard
Holly Hill, FL 32117

Brandi Holley
542 S. Ridgewood Avenue
Ormond Beach, FL 32174

Bill Navarra
224 Chippewa Cir
Ormond Beach, FL 32174

Bobbi Britt
2945 Orchard Street
Ormond Beach, FL 32174

Brandon Robinson
1501 San Marco Drive
Apt. 304
Palm Coast, FL 32164

Bill Parks
281 Braeburn Cir
Daytona Beach, FL 32114

Bobby Fisher
2727 N. Atlantic Blvd.
Apt. 800
Daytona Beach, FL 32118

Brandon Villarreal
6 maplewood Trail
Ormond Beach, FL 32174

Brenda Beasley
30 Soco Trail
Ormond Beach, FL 32174

Brent Oquinn
329 Seminole Dr
Ormond Beach, FL 32174

Brian Brown
10 Meadowmist Court
Ormond Beach, FL 32174

Brian Dylewski
56 Spring Meadows Drive
Ormond Beach, FL 32174

Brian Harris
500 Shadow Lakes Blvd.
Apt. 145
Ormond Beach, FL 32174

Brian O'Keefe
56 Herringbone Way
Ormond Beach, FL 32174

Bridgefirld Insurance
2310 Commerce Point Drive
Lakeland, FL 33801-6880

Bridget Ratner
3170 Ocean Shore Blvd
Apt 506
Ormond Beach, FL 32174

Bridget Warnick
3401 Prancer Lane
Ormond Beach, FL 32174

Brighthouse Networks
P.O. Box 31335
Tampa, FL 33631-3335

Brighthouse Networks
333 W. Granada Blvd.
Suite 100
Ormond Beach, FL 32174

Brighthouse Networks
1655 State Road 472
Box 6001
Deland, FL 32721

Brigitte Metzger
1573 Airport Rd
Ormond Beach, FL 32174

Britiany Pilko
1000 Walker St
Lot 403
Daytona Beach, FL 32117

Brittany Barhoo
1355 Cadillac Drive
Daytona Beach, FL 32117

Brittany Bostic
312 Gatewood Court
Ormond Beach, FL 32174

Brittany Vanacore
9 Wild Creek Way
Ormond Beach, FL 32174

Brooke Morris
600 Jimmy Ann Drive
Apt. 1021
Daytona Beach, FL 32114

Bruce Bryne
48 River Drive
Ormond Beach, FL 32176

Bruce Piatek
4 Walmart Court
Ormond Beach, FL 32174

Bryan Dylewski
56 Spring Meadows Drive
Ormond Beach, FL 32174

Buddy Mckernan
889 Brentwood Drive
Daytona Beach, FL 32117

Buddy Shacklette
55 John Anderson Drive
Ormond Beach, FL 32176

Burns Supply
342 Second Street
Daytona Beach, FL 32117

Caitlin Loenn
10 Spanish Pine Way
Ormond Beach, FL 32174

Cameron Loree
37 Princeton Lane
Palm Coast, FL 32164

Candace Davis
125 Greenbriar Avenue
Ormond Beach, FL 32174

Candes Andre
64 Broadmoor Circle
Ormond Beach, FL 32174

Carmine Valerti
86 Seville Street
Ormond Beach, FL 32174

Carrie Grover
16 Sunny Shore Drive
Ormond Beach, FL 32174

Capital Insurance Companies
1600 Aspen Commons
Middleton, WI 53562-4719

Carol Blawn
143 Zaharias Cir
Daytona Beach, FL 32124

Carrie Spangler
76 Lake Bluff Drive
Ormond Beach, FL 32174

Capital Insurance Companies
PO Box 5900
Madison, WI 53705-0900

Carol Ewy
436 S. Nova Road
Ormond Beach, FL 32174

Cassandra Abrams
647 North Street
Daytona Beach, FL 32114

Cari Kresa
900 Riverside Drive
Holly Hill, FL 32117

Carol Gerolimatos
275 Indigo Drive
Unit 212
Daytona Beach, FL 32114

Cassandra Walker
1119 Lakewood Park Drive
Daytona Beach, FL 32117

Carl Beauchamp
1629 Espanola Avenue
Apt. 103
Holly Hill, FL 32117

Carol McKnight
11 Crescent Lake Way
Ormond Beach, FL 32174

Catherine Jorgensen
475 Hammock Lane
GA 31274

Carl Lentz
1191 N. Halifax Avenue
Daytona Beach, FL 32118

Carol Polzella
1207 N Beach Street
Ormond Beach, FL 32174

Cathy Ashley
113 Pine Tree Dr
Ormond Beach, FL 32174

Carlene Ross
3604 Galway Ln
Ormond Beach, FL 32174

Carole Harrington
1000 Walker St
Lot 205
Daytona Beach, FL 32117

Cathy Mallar
97 Carriage Creek
Ormond Beach, FL 32174

Carlos Ortiz
515 Peacock Road
Daytona Beach, FL 32117

Carolyn Campbell
1710 Ridge Avenue
Holly Hill, FL 32117

Cathy Moody
2828 N. Atlantic Avenue
Daytona Beach, FL 32118

Carls Speed Shop
384 North Beach Street
Jacksonville, FL 32214

Carolyn Hanger
1208 Riverside Drive
Holly Hill, FL 32117

Central Florida Pain & Spine
725 W. Granada Blvd., #22
Ormond Beach, FL 32174

Chad Driggers
2148 Bent Oaks Dr
Apopka, FL 32712

Chad Lemaire
1690 Dunn Ave., Apt. 221
Daytona Beach, FL 32114

Chandra Juliano
22 Whitcock Lane
Palm Coast, FL 32164

Charlene Maselli
115 Fairvier Avenue
Ormond Beach, FL 32174

Charles Alday
550 Sandy Oaks Blvd
Ormond Beach, FL 32174

Charles Demaina
1335 Fleming Avenue
Lot 82
Ormond Beach, FL 32174

Charles Priest
250 Golden Saddle Lane
Ormond Beach, FL 32174

Charles Somers
35 Sunrise Ave
Ormond Beach, FL 32176

Charles Wilson
87 Misty Falls Dr
Ormond Beach, FL 32174

Charlotte Cartey
1575 Ocean Shore Blvd
Ormond Beach, FL 32174

Charlse Paschal
1240 S. Nova Road
Apt. 98
Daytona Beach, FL 32114

Chase
Po Box 15298
Wilmington, DE 19850

Chase Eversole
5949 Boggs Ford Road
Port Orange, FL 32129

Chase Upson
580 N. Tymber Creek Road
Ormond Beach, FL 32174

Chip Wolfe
862 Brimfield Court
Port Orange, FL 32127

Chirs Theos
82 S. Halifax Drive
Ormond Beach, FL 32174

Chris Botts
405 Flormond Avenue
Ormond Beach, FL 32174

Chris Finkelstein
1231 Berrybush St
Bunnell, FL 32110

Chris Messick
5283 Barhydt Avenue
Port Orange, FL 32127

Chris MsNary
807C 8th Street
Holly Hill, FL 32117

Chris Schaeffer
429 Vermont Avenue
Daytona Beach, FL 32118

Chris Timmerman
799 East River Oak Drive
Ormond Beach, FL 32174

Christian Herodier
450 Lake Bridge Drive
Apt. 106
Ormond Beach, FL 32174

Christian Kane
337 Dahoon Dr.
Daytona Beach, FL 32117

Christin Painter
380 Chelsea Place
Ormond Beach, FL 32174

Christina Dann
76 Deep Woods Way
Ormond Beach, FL 32174

Christina Marks
211A Loomis Avenue
Daytona Beach, FL 32114

Christina Moore
1134 Indigo Road
Ormond Beach, FL 32174

Christina Pritchard
37 Seaside Drive
Ormond Beach, FL 32176

Christina Robb
1003 Calle Grande Street
Ormond Beach, FL 32174

Christine Dunn Baker
70 S. St. Andrews Drive
Ormond Beach, FL 32174

Christine Gaynor Patterson
1816 Flag Lane
Ormond Beach, FL 32174

Christine Keeler
528 Peacock Road
Daytona Beach, FL 32117

Christine Vich
730 W. River Oak Drive
Ormond Beach, FL 32174

Christopher Bethune
602 Tomoka Road
Daytona Beach, FL 32114

Christopher Brown
1118 K. Avenue
Ormond Beach, FL 32174

Christopher Dean
10 Seville Place
Palm Coast, FL 32164

Christopher Deluca
150 Pine Cone Trail
Ormond Beach, FL 32174

Christopher Meyer
264 Amberwood Court
Ormond Beach, FL 32174

Christopher Morris
880 Winchester Street
Daytona Beach, FL 32114

Christy Shacklette
55 John Anderson Drive
Ormond Beach, FL 32176

Cici Stern
1416 Oak Forest Drive
Ormond Beach, FL 32174

Cindy Elton
45 Twin Rivers Dr.
Ormond Beach, FL 32174

Cindy Hubbard
4 Fair Oaks Circle
Ormond Beach, FL 32174

Cindy Lescarbeau
2 Southern Trace Blvd
Ormond Beach, FL 32174

Cindy Martin
173 Integra Breeze Lane
Unit 205
Daytona Beach, FL 32117

Cindy Sanders
10 Squadron Pl
Palm Coast, FL 32164

Cindy Schmidt
674 S. Ridgewood Avenue
Ormond Beach, FL 32174

Cindy Sizemore
1785 Clyde Morris Boulevard
Daytona Beach, FL 32119

Cintas Corporation
PO Box 11765
Daytona Beach, FL 32120

Cintas Corporation
c/o Michael P. Bennett, Esq.
25 Southeast Second Ave.
Suite 808
Miami, FL 33131

Cisco Inc.
PO Box 1259
Oaks, PA 19456

City of Cocoa Beach Utilitie
65 Stone Street
Cocoa, FL 32922

City of Ormond Beach
22 South Beach Street
Ormond Beach, FL 32174

Claudia Roussos
6615 Boynton Beach Blvd.
Apt. 32
Boynton Beach, FL 33437

Clifford Gold
4 Oceans West Blvd.
Apt. 308D
Daytona Beach, FL 32118

Clifford Redner
2102 Forest Circle
Orlando, FL 32803

Clint Delaney
13 Starling Drive
Daytona Beach, FL 32117

Clinton Mondsdeoca
84 South Beach St.
Apt. 203
Ormond Beach, FL 32174

Clinton Woods
1936 Linda Avenue
Ormond Beach, FL 32174

Clyde Malloy
1329 Dovercourt Ln
Ormond Beach, FL 32174

Coco Beach Health & Fitneww
1355 N. Atlantic Ave.
Cocoa Beach, FL 32931

Collection
700 Longwater Driv
Norwell, MA 02061

Colt Collins
21B Pinehurst Lane
Palm Coast, FL 32164

Colt Ellenwood
21 Grey Dapple Way
Ormond Beach, FL 32174

Compliance Support Process
PO Box 5139
Tallahassee, FL 32314-5139

Connie Carlton
1850 10th Avenue
Ormond Beach, FL 32174

Connie Vance
87 Hollow Branch Xing
Ormond Beach, FL 32174

Conrad Hazen
77 N. St. Andrews Dr.
Ormond Beach, FL 32174

Constantin Perakis
831 W.Georgia Street
Tallahassee, FL 32304

Coqunia Key HOA
140 Coqunia Key Drive
Ormond Beach, FL 32176

Corrinra Oakle Lisle
15 Peruvian Lane
Ormond Beach, FL 32174

Cory Helgemo
362 Golf Boulevard
Daytona Beach, FL 32118

Courteney Howell
11 Beechwood Lane
Palm Coast, FL 32137

Courtney Davis
719 Laurel Bay Circle
New Smyrna Beach, FL 32169

Courtney Derrenberry
2790 Ocean Shore Boulevard
Apt. 10N
Ormond Beach, FL 32176

Craig Buckland
1 Bridget Ter
Ormond Beach, FL 32174

Craig Cross
68 Sanchez Avenue
Ormond Beach, FL 32176

Craig O'Banks
48 Oriole Circle
Ormond Beach, FL 32176

Credit Management
4200 International Pwy
Carrolton, TX 75007

Crolyn McDowell
10 Foxhollow Dr
Ormond Beach, FL 32174

Crystal Christian
460 Brentwood Dr Apt 4
Daytona Beach, FL 32117

Crystal Ulrici
1132 Avenue 1
Ormond Beach, FL 32174

Cuong Nayen
151 Warwick
Ormond Beach, FL 32174

Curt May
27 Riverview Drive
Ormond Beach, FL 32174

Curtis Smith
PO Box 1425
Bunnell, FL 32110

Cynthia Cole
416 Grandview Ave.
Apt 3
Daytona Beach, FL 32118

Cynthia Donaldson
100 Bent Tree Drive
Apt. 227
Daytona Beach, FL 32114

Cynthia Durosi
PO Box 731352
Ormond Beach, FL 32174

Cynthia Durost
P.O. Box 731352
Ormond Beach, FL 32173

Cynthia Kisner
91 Sanchez Avenue
Ormond Beach, FL 32174

Cyril Hudak
2 Sunwood Trl
Ormond Beach, FL 32174

Daina Everett
221 Hemlock Drive, Apt. 13
Ormond Beach, FL 32174

Daionil Miller
601 Bill France Boulevard
Apt. 811
Daytona Beach, FL 32114

Daivd Colarusso
99 Lorillard Pl
Ormond Beach, FL 32174

Dallas Chen
104 Astor Street
Holly Hill, FL 32117

Damian Heighley
2901 N. Halifax Avenue
Apt. 215
Daytona Beach, FL 32118

Dana Ralleo
27 Circle Creek Way
Ormond Beach, FL 32174

Daniel Jones
1445 Annapolis Avenue
Daytona Beach, FL 32124

Daniel Legault
209 10th Street
Daytona Beach, FL 32117

Daniel Martin
1335 Fleming Ave., Lot 80
Ormond Beach, FL 32174

Daniel Vera
317 County Road
Bunnell, FL 32110

Daniela Kilgore
183 Black Hickory Way
Ormond Beach, FL 32174

Danielle Bzldasaro
420 Lake Bridge Drive
Apt. 802
Ormond Beach, FL 32174

Danielle McLintock
38 Ormond Parkway
Ormond Beach, FL 32176

Danielle Parisi
42 Saddlers Run
Ormond Beach, FL 32174

Danielle Woods
P.O. Box 731162
Ormond Beach, FL 32173

Danny Lyle
104 Rio Way
Ormond Beach, FL 32174

Danny Moon
480 N. Michigan Avenue #980
Chicago, IL 60611

David Dachniewicz
44 Sandra Drive
Ormond Beach, FL 32176

David Zalawski
5416 Isabelle Avenue
Port Orange, FL 32127

Darlene Green
2425 Durrance Lane
Ormond Beach, FL 32174

David Elger
28 Sea Trail
Ormond Beach, FL 32174

Davie Sebastien
10 Laurel Ridge Break
Ormond Beach, FL 32174

Darlene Morrison
3 Barcelona Trail
Ormond Beach, FL 32174

David Gambrel
2727 North Avenue 210
Daytona Beach, FL 32118

Davis Player
57 Benjamin Dr
Ormond Beach, FL 32174

Darrell Spraragen
16606 Palm Royal Drive
Apt. 1125
Tampa, FL 33647

David Lewis
242 Timberline Trl
Ormond Beach, FL 32174

Dawn Bianco
75 Rolling Sands Drive
Palm Coast, FL 32164

Dave Essig
16 Blcak Water Way
Ormond Beach, FL 32174

David Meinert
195 Little Bit Lane
Ormond Beach, FL 32174

Dawn Fairchild
1149 Bender Avenue
Holly Hill, FL 32117

David Bedard
3688 General Marshall Road
Daytona Beach, FL 32124

David Offutt
1002 River Knoll Lane
Holly Hill, FL 32117

Dawn Gainey
PO Box 1105
Bunnell, FL 32110

David Carson
380 South Beach Street
Ormond Beach, FL 32174

David Phillips
1 Reflections Village Drive
Ormond Beach, FL 32174

Dawna Rhoades
7 Springer Court
Ormond Beach, FL 32174

David Carter
138 Opal Hill Circle
Daytona Beach, FL 32124

David Scozzafaun
1337 North Wembley Circle
Port Orange, FL 32128

DB Pickles
400 S. Nova Road
Ormond Beach, FL 32174

David Colarusso
99 Lorillaed Pl
Ormond Beach, FL 32174

David Thompson
1600 Big Tree Road
#A1
Daytona Beach, FL 32119

Deanna McGrath
72 Rockefeller Dr
Ormond Beach, FL 32176

Debbie Sjoblon
1185 Manette Circle
Daytona Beach, FL 32117

Denies Maglione
546 N. Yonge Street
Ormond Beach, FL 32174

Derek Hill
828 Narcissus Avenue
Holly Hill, FL 32117

Deborah Barrett
1335 Fleming Avenue
Lot 270
Ormond Beach, FL 32174

Denise Card
68 Benjamin Drive
Ormond Beach, FL 32176

Derek Olivares
600 S. Clyde Morris Blvd.
Apt. 14
Daytona Beach, FL 32114

Deborah Loyd
7 Rollingwood Trl
Ormond Beach, FL 32174

Denise Harris
815 West Victoria Circle
Ormond Beach, FL 32174

Derek White
135 Wormwood Drive
Ormond Beach, FL 32176

Deborah O. Sullivan
27 Acanthus Circle
Ormond Beach, FL 32174

Denise Hill
8 Moss Point Drive
Ormond Beach, FL 32174

Desiderio Carrerio
34 Acushnet Ave
New Bedford, MA 02744-1838

Debra Hopes
5 Fair Oaks Circle
Ormond Beach, FL 32174

Denise Mikaitis
7 N. Landrel Creek Court
Ormond Beach, FL 32174

Diana Moscoso
115 Northborrk Lane
Ormond Beach, FL 32174

Deepak Daswani
24 Stoney Ridge Lane
Ormond Beach, FL 32174

Denise Siennicki
26 Twelve Oaks Trail
Ormond Beach, FL 32174

Diana Neisser
1516 Kevin Lane
Ormond Beach, FL 32174

Deirdra Robinson
1213 Charter Oaks Circle
Daytona Beach, FL 32117

Denise Tyler
Indigo Pines
Apt. 25
Daytona Beach, FL 32114

Diane Harmon
3791 Pine Cone Lane
Ormond Beach, FL 32174

Dejuan Mitchell
1528 Tuscaloosa Ave
Ormond Beach, FL 32176

Dennis Arnold
23 Brookwood Court
Ormond Beach, FL 32174

Diane Rodriguez
10 Tiffany Circle
Ormond Beach, FL 32174

Delux Business Forms
PO Box 88042
Chicago, IL 60680

Dennis Tribble
4 Turkey Creek Pass
Ormond Beach, FL 32174

Diane Snyder
6 Berkley Road
Ormond Beach, FL 32174

Dick  Cheney
120 Sandpiper Ridge Dr.
Ormond Beach, FL 32174

Donato  Ricci
2 Echp Woods Way
Ormond Beach, FL 32174

Douglas  Barringer
39 Laurel Ridge Break
Ormond Beach, FL 32174

Dina  Medeiros
850 W. River Oak Drive
Ormond Beach, FL 32174

Donna  Landry
1162 13th Street
Holly Hill, FL 32117

Douglas  Eckhart
1446 Annapolis Avenue
Daytona Beach, FL 32124

Domingo  Rivera
57 Pickering Drive
Palm Coast, FL 32164

Donna  Pinto
1135 Avenue S
Ormond Beach, FL 32174

Earl  Malcein
22 N. Fredrick Avenue
Daytona Beach, FL 32114

Don  Gonzalez
1 Wild Creek Way
Ormond Beach, FL 32174

Donna  Ray
133 Mill Spring Place
Ormond Beach, FL 32174

Ed  Fields
157 Woodcock Ct
Ormond Beach, FL 32174

Don  Minocchi
49 Tomoka Meadows Blvd.
Ormond Beach, FL 32174

Donna  Smith
7 E. Sovereign Lane
Ormond Beach, FL 32176

Ed  Higgins
22 Aaron Circle
Ormond Beach, FL 32174

Dona  Simatos
107 Harvard Drive
Ormond Beach, FL 32176

Doris  Antos
112 Heritage Circle
Ormond Beach, FL 32174

Ed  Rossario
77 Nicholas Court
Ormond Beach, FL 32174

Donald  Barker
189 Arborvue Trail
Ormond Beach, FL 32174

Dorothett  Yearby
901 Alabama Avenue
Holly Hill, FL 32117

Edgar  Stewart
1926 Oeacn  Shore Blvd
Apt 301
Ormond Beach, FL 32174

Donald  Coleman
47 Horseshoe Falls Drive
Ormond Beach, FL 32174

Dorothy  Hinkel
2047 Jason Road
Ormond Beach, FL 32174

Edward  Gregory
341 Sylvan Dr
Ormond Beach, FL 32174

Donald  Sprenkel
5000 St. Georges Road, #202
Ormond Beach, FL 32174

Dotti  Phillips
4528 Nettle Creek Court
Port Orange, FL 32127

Edward  Johnson
1666 Espanola Avenue
Holly Hill, FL 32117

Edward Kim
109 Zeharias Circle
Daytona Beach, FL 32124

Elizabeth Flynn
4 Mary Ann Terrace
Ormond Beach, FL 32174

Eric Ashley, Sr.
113 Pine Tree Drive
Ormond Beach, FL 32174

Edward Mack
3131 5th Street
Trainsmeadow, NY 11370

Ella Brown
340 Grove Street
Ormond Beach, FL 32174

Eric Bell
PO Box 731686
Ormond Beach, FL 32174

Edward Merchant
39 Ocean Crest Drive
Ormond Beach, FL 32176

Elle Hoxie
208 Deer Lake Circle
Ormond Beach, FL 32174

Eric Bretz
87 Kenilworth Avenue
Ormond Beach, FL 32126

Edwin Cosio
78 Levee Lane
Ormond Beach, FL 32174

Ellen Back
1017 Parkwood Dr
Ormond Beach, FL 32174

Eric Daly
23 A Pinehill Lane
Palm Coast, FL 32164

Eileen Hallberg
108 Forest Quest
Ormond Beach, FL 32174

Ellen Lunden
1802 Willow Creek
Lansing, MI 48917

Eric Forbes
101 Magnolia Avenue
Ormond Beach, FL 32174

Eileen Kinley
386 Military Boulevard
Ormond Beach, FL 32174

Elvira Bazarove
228 1/2 North Beach St.
Ormond Beach, FL 32174

Eric Greisdorf
2200 N. Atlantic Ave.
Daytona Beach, FL 32118

Elaine Shoemaker
216 Briarfield Court
Ormond Beach, FL 32174

Emelia Martyn
1218 Parkside Dr
Ormond Beach, FL 32174

Eric Kastner
7 Oakwood Park
Ormond Beach, FL 32174

Elisabeth Fierro
446 Triton Road
Ormond Beach, FL 32176

Emmanuel Plakotos
173 Royal Dunes Boulevard
Ormond Beach, FL 32176

Eric Learn
779 1/2 S. Ridgewood Avenue
Ormond Beach, FL 32174

Elizabeth Beasley
10 Pine Valley Circle
Ormond Beach, FL 32174

ER Solutions Inc
800 SW 38th Street
Renton, WA 98057

Eric Myers
2 Timer Trl
Ormond Beach, FL 32174

Eric Rowers
1703 Sunwood Drive
Longwood, FL 32779

Evelyn Leard
Post Office Box 250828
Daytona Beach, FL 32125

Ferrell Gas
PO Box 1003
Liberty, MO 64069

Eric Tweed
125 S. Orchard St., Apt. 115
Ormond Beach, FL 32174

Evelyn Santus
1715 Ridge Avenue
Holly Hill, FL 32117

Firet Sumbay
1603 North Nova Road
Port Orange, FL 32127

Erica Martin
22 Seaside Drive
Ormond Beach, FL 32176

Evelyn Wilson
875 Willmette Way
Apt 801
Ormond Beach, FL 32174

First Data
265 Broad Hollow R
Melville, NY 11747

Erik Axelsen
106 Bonita Place
Ormond Beach, FL 32174

Eydie Bowman
1509 San Marco DR., Apt. 106
Ormond Beach, FL 32174

First Data Global Leasing
PO Box 173845
Denver, CO 80217

Erik Dissinger
45 Kenilworth Avenue
Ormond Beach, FL 32174

Faith Collins
220 Rodeo Rd
Ormond Beach, FL 32174

First Source Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

Erika Thomas
123 Carolina Lake Drive
Apt. 104
Daytona Beach, FL 32114

Faye Anderson
305 Center Street
Ormond Beach, FL 32174

Flether Crowe
14 Glen Falls Drive
Ormond Beach, FL 32174

Erika Thomas
1412 Wildwood Lane
Daytona Beach, FL 32117

Federal Trust Bank
1 Corporate Dr.
Suite 360
Lake Zurich, IL 66047

Florida Depart of Revenue
Unemployment Tax/Sales
5050 W. Tennessee Street
Tallahassee, FL 32990

Estelle Pecchio
30 Blockhouse Court
Ormond Beach, FL 32174

Federal Trust Bank
1 Corporate Dr Ste 360
Lake Zurich, IL 60047

Florida Healthcare
PO Box 9910
Astor, FL 32102

Eva Garcia
4073 Clock Tower Drive
Port Orange, FL 32129

Federal Trust Bank
c/o Gladstone Law Group PA
1499 W. Palmetto Park Road
Suite 300
Boca Raton, FL 33486

Florida Power and Light Co.
P.O. Box 025576
Miami, FL 33102

Floris Anderson
700 Espanola Avenue
Ormond Beach, FL 32174

Frank Read
11 Silver Fox Trail
Ormond Beach, FL 32174

Fred Hockla
3816 Islamorada Dr
Ormond Beach, FL 32174

Fouad Daher
218 5th Street
Holly Hill, FL 32117

Frank Sasso
78 Arlington Way
Ormond Beach, FL 32176

Freddi Taylor
1216 Kennedy Road
Apt. 2
Daytona Beach, FL 32117

Francene Barnes
P.O. Box 730432
Ormond Beach, FL 32173

Frank Sterbling
10 Brookside Circle
Ormond Beach, FL 32174

Gabriel Serrano
41 Zinnia Trail
Palm Coast, FL 32164

Francis Carroll
1208 Northside Drive
Ormond Beach, FL 32174

Frank Tucci
6 Poinciana Ln
Ormond Beach, FL 32174

Gail Irvine
102 Willowbend Lane
Ormond Beach, FL 32174

Francisco Guerra
81 S Arbor Dr
Ormond Beach, FL 32174

Frank Villante
37 Morning Star Ave
Ormond Beach, FL 32174

Gail Reese
1652 Town Park Drive
Port Orange, FL 32129

Franck Fallateuf
109 Mendoza Circle
Daytona Beach, FL 32124

Frank Villante
37 Morning Star Avenue
Ormond Beach, FL 32176

Gamma Clarke
48 Nicholas Court
Ormond Beach, FL 32176

Frank Capadona
9 Circle Creek Way
Ormond Beach, FL 32174

FranMiller
18 Castle Manor Dr
Ormond Beach, FL 32174

Gapanpreet Singh
100 Seabreeze Boulevard
Apt. 220
Daytona Beach, FL 32118

Frank Ciulla
820 Catherine Avenue
Holly Hill, FL 32117

Fred Boehm
30 S. Atlantic Avenue
Ormond Beach, FL 32176

Garrett Cannon
150 Coqunia Ave
Ormond Beach, FL 32174

Frank Kelleher
203 S. Orchard Street
Apt. 12D
Ormond Beach, FL 32174

Fred Fox
24 Mayfield Circle
Ormond Beach, FL 32174

Garry Taylor
15 Aston Circle
Ormond Beach, FL 32174

Gary Byriel
102 Beau Rivage Drive
Ormond Beach, FL 32176

George Simpson
6000 St. George's Road
Apt. 1078
Ormond Beach, FL 32174

Glen Granbois
25 Braddock Lane, Apt. B
Palm Coast, FL 32137

Gary Fornera
5 Raintree Lane
Ormond Beach, FL 32174

Georgia McCurdy
29 Kingsbridge Crossing Dr.
Ormond Beach, FL 32174

Glen Grandbois
25 Braddock Lane
Apt. B
Palm Coast, FL 32137

Gary McCarthy
251 Orange Grove Drive
Unit 10
Ormond Beach, FL 32174

Gerald Rhodes
384 N. Beach Street
Ormond Beach, FL 32174

Glen Harvey
126 Timberline Trail
Ormond Beach, FL 32174

GE Money Bank/funancing
332 Minnesota St Ste 610
Saint Paul, MN 55101

Gerrtrui Peeters
8 Ironwood Ct
Ormond Beach, FL 32174

Glen Yost
4 Alamanda Drive
Ormond Beach, FL 32176

Gene White
208 Wall Street, Apt. 300
Daytona Beach, FL 32114

Gerry Romer
12 E. Sovereign Lane
Ormond Beach, FL 32176

Glenn Smith
2600 Ocean Shore Blvd
Apt 204
Ormond Beach, FL 32174

George Glaenzer
4 Windsail Circle
Ormond Beach, FL 32174

Ghada Taher
47 Caladium Drive
Ormond Beach, FL 32174

Glyn Boyce
5 Avalon Lane
Palm Coast, FL 32137

George Graber
65 Ponce De Leon Dr
Ormond Beach, FL 32174

Ginny Preston
12 Brookside Court
Ormond Beach, FL 32174

GMAC
PO Box 78234
Phoenix, AZ 85062

George King
278 Cumberland Avenue
Ormond Beach, FL 32174

Giovanni Cole
12000 Carolines Dove
Apt. 203
Ormond Beach, FL 32174

Gordon Heimann
820 Park Valley Circle
Minneola, FL 34715

George Servenini
24 Acanthus Circle
Ormond Beach, FL 32174

Gladys Burbach
25 Foxhunter Street
Ormond Beach, FL 32174

Grant Patterson
1816 Flag Lane
Ormond Beach, FL 32174

Great American Leasing
PO Box 660831
Dallas, TX 75266

Guerlyne Bellevue
PO Box 9921
Daytona Beach, FL 32120

HBCU Inc
119 Palmetto Ave
Suite 100
Daytona Beach, FL 32114

Greg Brousse
1 Crooked Bridge Way
Ormond Beach, FL 32174

Gwen Tuberoso
300 Sylvan Drive
Ormond Beach, FL 32174

HBCU, Inc.
119 S. Palmetto Avenue
Auite 100
Daytona Beach, FL 32114

Greg Richardson
74 Broadmoor Circle
Ormond Beach, FL 32174

H.J. Livingston
185 Kimberly Drive
Ormond Beach, FL 32174

Heath Debish
5135 E 82nd Court
Ocala, FL 34482

Gregg Moore
1659 Center Avenue
Daytona Beach, FL 32117

Halifax Paving
860 Hull Road
Ormond Beach, FL 32174

Heather Anderson
1816 Golfwood Circle
Ormond Beach, FL 32174

Gregory Cudney
19 Karote Path
Palm Coast, FL 32164

Harley Hoover
1 Arbor Lake Park
Ormond Beach, FL 32174

Heather Bailey
120 Dolphin Fleet Circle
Apt. 109
Daytona Beach, FL 32119

Gregory Snelling
56 Windrift Court
Ormond Beach, FL 32174

Harold Dickinson III
125 Ponce De Leon Boulevard
Daytona Beach, FL 32114

Heather Calhoun
5234 Wood Street
Port Orange, FL 32127

Gregory Soto
703 Breckenridge Drive
Port Orange, FL 32127

Harold Lambert
150 Standish Dr
Daytona Beach, FL 32124

Heather Graves
P.O. Box 250125
Daytona Beach, FL 32125

Gregory Wynn
126 Sawtooth Lane
Ormond Beach, FL 32174

Harriet Barringer
39 Laurel Ridge Break
Ormond Beach, FL 32174

Heather Jaques
2727 N. Atlantic Ave. #511
Daytona Beach, FL 32118

Guardian Security
232 S. Younge Street
Ormond Beach, FL 32174

Hasit Abitbol
112 Pinion Circle
Ormond Beach, FL 32174

Heather Kennedy
830 Cordova Avenue
Ormond Beach, FL 32174

Heather  Richardson
34 Zebulah Trail
Palm Coast, FL 32164

Heather Swank
1479 San Jose Boulevard
Ormond Beach, FL 32174

Heather  Trembley
133 Pine Cone Trail
Apt. 25
Ormond Beach, FL 32174

Heather Unklesbay
1619 Valencia Avenue
Holly Hill, FL 32117

Heather Wells
2514 Yule Tree Dr
Edgewater, FL 32141

Heidi West
20 Shadow Creek Way
Ormond Beach, FL 32174

Hermann Bork
209 Ashton Grande Drive
Daytona Beach, FL 32124

Hollie Gorman
22 Iriquois Trail
Ormond Beach, FL 32174

Homberto Perez
1625 Espanola Avenue
Apt. 106
Holly Hill, FL 32117

Howard Fenske
1500 Crown Ormond Lane
Apt. 417
Ormond Beach, FL 32174

Howard Feuske
450 Lake Bridge Drive
Apt. 111
Ormond Beach, FL 32174

Howard Seybold
967 Smokerise Blvd
Port Orange, FL 32127

Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

Hsbc/neimn
Hscb Retail Srvs/ Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

I.C. System, Inc.
44 Highway 96 East
Saint Paul, MN 55164-0437

Ina Kistner
9 Indian Springs Drive
Ormond Beach, FL 32174

Indymac Bank
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Irina Haines
1645 Dunlawton Avenue
Apt. 524
Port Orange, FL 32127

Ismal Lopez, Jr.
39 Lake Park Circle
Ormond Beach, FL 32174

Isoanf Oasis
PO Box 847881
Boston, MA 02284

Istvan Demjen
1 Wild Olive Avenue
Daytona Beach, FL 32118

Izabela Szestalo
15 Lake Meadow Way
Ormond Beach, FL 32174

J.D. Chunn
1816 Golfwood Circle
Ormond Beach, FL 32174

Jack Avent, Jr.
39 Parkview Lane
Ormond Beach, FL 32174

Jack Bailey
1299 Biltmore Drive
Ormond Beach, FL 32174

Jack Mounteer
7 Eagle Drive
Ormond Beach, FL 32174

Jack Palmora
251 Dahoon Holly Drive
Daytona Beach, FL 32117

Jack Patsch
7 Longfellow Circle
Ormond Beach, FL 32174

Jamarl Payton
5000 St. George's Rd., #304A
Ormond Beach, FL 32174

James Knauer
585 Center Street
Ormond Beach, FL 32174

Jack R. Creel, Esq.
PO Box 801083
Houston, TX 77280

James Barilka
21 Birchfield Place
Palm Coast, FL 32137

James Luiso
1114 NW Turner Ave
Lake City, FL 32055

Jack Taibl
1523 North Beach Street
Ormond Beach, FL 32174

James Boyd
c/o Patrick R. Frank, Esq.
1882 Capital Circle NE
Suite 206
Tallahassee, FL 32308

James Miller
15205 140th Way SE
Apt. C304
Renton, WA 98058

Jackie Cook
329 London Rd
Daytona Beach, FL 32117

James Dunn
P.O. Box 513
Greenwood, IN 46142

James Moir
142 Pinion Cir
Ormond Beach, FL 32174

Jacob Bryant
1 Arbor Lake Park
Ormond Beach, FL 32174

James Ferryman
315 Sitka Court
Ormond Beach, FL 32174

James Orlando
43 General Doolittle Road
Daytona Beach, FL 32124

Jacque Griffith
578 Reed Canal Road
South Daytona, FL 32119

James Foster
54 Seton Trail
Ormond Beach, FL 32176

James Redding
834 Cordova Ave
Ormond Beach, FL 32174

Jacque Slote
1692 Beach Drive
Daytona Beach, FL 32117

James Gibson
15 Sandpiper Lane
Ormond Beach, FL 32174

James Smith
7 E. Sovereign Lane
Ormond Beach, FL 32176

Jacqueline Bessell
980 Canal View Boulevard
Apt.F5
Port Orange, FL 32129

James Harbord
19 Sandpoint Circle
Ormond Beach, FL 32174

James Sytko
6 Maplewood Trail
Ormond Beach, FL 32174

Jacquline Bessell
980 Canal View Boulevard
Apt. F5
Port Orange, FL 32129

James Johnson
436 S. Nova Road
Lot 38
Daytona Beach, FL 32114

James Taylor
265 N. Tymber Creek Road
Ormond Beach, FL 32174

James Young
436 South Nova Road
Ormond Beach, FL 32174

Janice Hines Goodin
208 1st Ave
Daytona Beach, FL 32114

Jeff Azed
791 Arroyo Pkwy
Ormond Beach, FL 32174

Jamie Bolven
1416 Golf Avenue
Ormond Beach, FL 32174

Jarrett Kwiatek
4 Fernery Trail
Ormond Beach, FL 32174

Jeff French
209 S. Ridgewood Avenue
Ormond Beach, FL 32174

Jamie Boyan
625 N. Halifax Avenue
Apt. 12
Daytona Beach, FL 32118

Jason Collins
18 Little Tomoka Way
Ormond Beach, FL 32174

Jeff Gasliardo
1440 West Granada Boulevard
Ormond Beach, FL 32174

Jamie Miller
483 Pinewood St
Ormond Beach, FL 32176

Jason Ekelmann
157 Integra Breeze Lane
Unit 105
Daytona Beach, FL 32117

Jeff Green
111 Barrier Isle Drive
Ormond Beach, FL 32174

Jane Byrne
48 River Dr
Ormond Beach, FL 32174

Jason Luj
1517 San Marco Drive
Apt. 103
Ormond Beach, FL 32174

Jeff Helmick
2249 Arabian Trl
Ormond Beach, FL 32174

Jane Sedotto
1492 Hohe Lane
Ormond Beach, FL 32174

Jay Martin
173 Integra Breeze Lane
Unit 205
Daytona Beach, FL 32117

Jeff Hogan
1 Windsor Drive
Ormond Beach, FL 32174

Janet Hawkins
144 Highland Avenue
Ormond Beach, FL 32174

Jay McKinney
2828 Royal Palm Drive
Edgewater, FL 32141

Jeff Mejis
1 Bear Claw Path
Ormond Beach, FL 32174

Janet Weiboldt
138 Mill Springs Place
Ormond Beach, FL 32174

Jayne Singler
555 Sandy Oaks Blvd
Ormond Beach, FL 32174

Jeff Unson
256 Military Boulevard
Ormond Beach, FL 32174

Janet Wieboldt
138 Mill Spring Place
Ormond Beach, FL 32174

Jeannie Martin
7 Forest View Way
Ormond Beach, FL 32174

Jeffrey Bigman
20 Huntsman Look
Ormond Beach, FL 32174

Jeffrey Carter
1496 Vine Street
Daytona Beach, FL 32117

Jennifer Hayes
20 Brookwood Drive
Ormond Beach, FL 32174

Jenny Arvidson
228 N. Tymber Creek Road
Ormond Beach, FL 32174

Jeffrey Kerswill
111 Willow Bend Lane
Ormond Beach, FL 32174

Jennifer Hoy
6075 State Road 11
De Leon Springs, FL 32130

Jenny Robinson
1950 Old Tomoka Road
Ormond Beach, FL 32174

Jeffrey Ryan
401 Windwood Place
Ormond Beach, FL 32174

Jennifer Lakadawala
2816 Derby Srive
Deltona, FL 32738

Jeremy Botello
83 Ulaturn Terrace
Ormond Beach, FL 32174

Jenenne Lockwood
131 Pinto Ln
Ormond Beach, FL 32174

Jennifer Marshall
894 Willow Run
Ormond Beach, FL 32174

Jeremy Jimenez
70 Sadlers Run
Ormond Beach, FL 32174

Jenifer Sibley
50 Ormond Green Boulevard
Ormond Beach, FL 32174

Jennifer Odwyer
359 John Anderson Dr
Ormond Beach, FL 32174

Jeremy Taylor
33 Tomoka Meadows Blvd.
Ormond Beach, FL 32174

Jennifer Angell
127 Carolina Lake Drive
Apt. 205
Daytona Beach, FL 32114

Jennifer Pease
P.O. Box 4307
Ormond Beach, FL 32175

Jerome Fountain
1132 Graham Avenue
Holly Hill, FL 32117

Jennifer Apicella
2106 N. Halifax Avenue
Daytona Beach, FL 32118

Jennifer Sibley
50 Ormond Green Blvd.
Ormond Beach, FL 32174

Jerry Miller
122 Horseshoe Trl
Ormond Beach, FL 32174

Jennifer Baron
317 Apache Trail
Ormond Beach, FL 32174

Jennifer Suntich
275 Wall Avenue
Ormond Beach, FL 32174

Jerry Pape
1302 Myrtle Jo Drive
Ormond Beach, FL 32174

Jennifer Grant
55 Aspen Street
Ormond Beach, FL 32174

Jennifer Tota
157 Inegra Breeze Lane
Unit 211
Daytona Beach, FL 32117

Jerry Spencer
3062 Wild Pepper
Deland, FL 32724

Jesse Bartimoccia
195 Pinto Lane
Ormond Beach, FL 32174

Jessica Wolfelschneider
1320 Hand Ave Lot 55
Ormond Beach, FL 32174

Jodie Janssen
289 Hartyes Lane
Ormond Beach, FL 32174

Jesse Harris
104 Addsison Drive
Ormond Beach, FL 32174

Jim Hoyt
36 Riverview Dr
Ormond Beach, FL 32174

Joe Kearsch
84 Cumberland Avenue
Ormond Beach, FL 32174

Jesse Harrison
1120 Holly Avenue
Holly Hill, FL 32117

Jimmy Helton
50 Sylvania Place
Ormond Beach, FL 32174

Joe Kulik
85 Rains Court
Port Orange, FL 32127

Jesse Parke
2 Timucuan Drive
Ormond Beach, FL 32174

Jimmy Hogan
2 Nottingham Drive
Ormond Beach, FL 32174

Joe Morosco
1118 Indigo Road
Ormond Beach, FL 32174

Jessica Castle
460 Fred Gable Way
Ormond Beach, FL 32174

Joan Powell
2120 State Road 40
De Leon Springs, FL 32130

Joe Oosinski
1227 Fernway Dr
Ormond Beach, FL 32174

Jessica Gershen
3900 Yorktowne Boulevard
Apt. 1606
Port Orange, FL 32129

Joan Sweet
527 Eagle Drive
Daytona Beach, FL 32117

Joe Ventura
154 Warwick Ave
Ormond Beach, FL 32174

Jessica Lawrence
822 Northbrooke Drive
Ormond Beach, FL 32174

Jocelyn Augustynowski
156 Orchard Lane
Ormond Beach, FL 32176

Joel McKinney
980 Canal View Boulevard
Apt. F5
Port Orange, FL 32129

Jessica McCandlen
166 Hernandez Avenue
Ormond Beach, FL 32174

Jocelyn Daley
7 Double Branch Way
Ormond Beach, FL 32174

John Brannigan
1335 Fleming Ave., Lot 223
Ormond Beach, FL 32174

Jessica Montalbano
404 University
Daytona Beach, FL 32114

Jodi Murphy
15 Soco Trail
Ormond Beach, FL 32174

John Brown
719 Unabelle Avenue
Daytona Beach, FL 32117

John Cardona
141 Boysenberry Lane
Daytona Beach, FL 32124

John Holcomb
2790 Ocean Shore Boulevard
Apt. 10N
Ormond Beach, FL 32176

John Rhoades
7 Springer Court
Ormond Beach, FL 32174

John Celadon
38 Saddlers Run
Ormond Beach, FL 32174

John Lee
1159 Australia Ave
Daytona Beach, FL 32114

John Ricciardi
1142 Ganderson Street
Ormond Beach, FL 32174

John Chan
3883 Esplanade Avenue
Daytona Beach, FL 32124

John McCarthy
62 Concord Drive
Ormond Beach, FL 32174

John Romano
92 River Beach Drive
Ormond Beach, FL 32176

John Dolan
56 Brookwood Drive
Ormond Beach, FL 32174

John McGee
1400 S. Nova Road
Apt. 353
Daytona Beach, FL 32114

John Schalk
80 Grove Street
Ormond Beach, FL 32174

John Domanic
835 N. Halifax Avenue
Daytona Beach, FL 32118

John Olgren
295 Riverbend Road
Ormond Beach, FL 32174

John White
450 Lake Bridge Drive
Apt. 205
Ormond Beach, FL 32174

John Famiglietti
1415 Oceanshore Drive
Apt. 511
Ormond Beach, FL 32176

John Paulsen
1321 Daytona Avenue
Holly Hill, FL 32117

John Wilson
162 Woodhaven Circle East
Ormond Beach, FL 32174

John Greco
1130 Still Road
Pierson, FL 32180

John Purner
526 Magnolia Avenue
Daytona Beach, FL 32114

John Yonkosky
901 Center Ave.
Daytona Beach, FL 32117

John Hanes
36 Peruvian Lane
Ormond Beach, FL 32174

John Recceq
7 Bristol Lane
Ormond Beach, FL 32176

Johnna Costa
524 Sunnybrook Circle West
Ormond Beach, FL 32174

John Hebert
109 S. Washington Street
Ormond Beach, FL 32174

John Regan
179 Ekana Circle
Daytona Beach, FL 32114

Johnnie James
108 Maplewood Drive
Daytona Beach, FL 32117

Johnny Fury
464 Hammock Lane
Ormond Beach, FL 32174

Johnny Hester
1340 Continental
Daytona Beach, FL 32117

Jomax Recovery Service
20325 N 51st Ave Ste 134
Glendale, AZ 85308

JoMax Recovery Services
20325 N. 51st Ave.
Suite 134
Glendale, AZ 85308

Jonathan Gebhart
1214 Arroyo Parkway
Ormond Beach, FL 32174

Jonathan Haas
1096 Landers St
Ormond Beach, FL 32174

Jordan Clancy
1433 Alabama Avenue
Daytona Beach, FL 32114

Jordan Laduke
165 Nature Trail
Ormond Beach, FL 32174

Jose Rodriguez
557 Collins Street
Ormond Beach, FL 32174

Joseph  Moceri
16 Birchbark Lane
Palm Coast, FL 32137

Joseph Adona
2 Grey Dapple Way
Ormond Beach, FL 32174

Joseph Endara
1823 Linda Avenue
Ormond Beach, FL 32174

Joseph Giomariso
103 Horseshoe Trail
Ormond Beach, FL 32174

Joseph Kearsch
84 Cumberland Ave.
Ormond Beach, FL 32174

Joseph Kempf
1424 Atlanta Drive
Daytona Beach, FL 32117

Joseph Pizzamonti
65 Ravenwood Court
Ormond Beach, FL 32174

Joseph Smallwood
365 Apache Trail
Ormond Beach, FL 32174

Josephine Ralleo
55 Creek Bluff Way
Ormond Beach, FL 32174

Josh Beesley
2703 Upper Big Chute Rd  RR1
Lot 150
Ormond Beach, FL 32174

Josh Lutcza
41 Oak Ave
Ormond Beach, FL 32174

Joshua Wright
50 Bronson Lane
Palm Coast, FL 32137

Jospeh Halpin
540 Morning Sun Drive
Apt. 928
Ormond Beach, FL 32174

Joy Pratt
4 Arborvue Trail
Ormond Beach, FL 32174

Joyce Anselow
2 Moss Point Drive
Ormond Beach, FL 32174

JP Morgan Chase Legal Dept.
1191 East Newport Center Dr
Suite 101
Deerfield Beach, FL 33442

JP Morgan Chase Legal Dept.
PO Boc 9622
Deerfield Beach, FL 33442

Jpward Feuske
450 Lake Bridge Drive
Apt. 111
Ormond Beach, FL 32174

Judy Vanvalkenburgh
488 Collins St
Ormond Beach, FL 32174

Jugdish Patel
73 Sandcastle Dr
Ormond Beach, FL 32174

Julia Starling
1824 Hope Drive
Ormond Beach, FL 32174

Julia Walsh
285 Catriona Drive
Daytona Beach, FL 32124

Julia Ware
109 Sawtooth Ln
Ormond Beach, FL 32174

Julie Carduner
19 Lakebluff Dr.
Ormond Beach, FL 32174

Julie Jackson
30 Wild Fern Lane
Ormond Beach, FL 32174

Julie McKinley
2963 Boggs Ford Road
Port Orange, FL 32127

Justin Mason
6500 NW 61st Court
Ocala, FL 34482

Justin Rodriguez
101 Loyola Drive
Ormond Beach, FL 32176

Justin Smith
P.O. Box 842
Ormond Beach, FL 32175

Justyin Grundmann
1812 Cherry Laurel Drive
Ormond Beach, FL 32174

Kaitlin McCabe
200 Rodeo Road
Ormond Beach, FL 32174

Karen Hunt
107 Bay Lake Drive
Ormond Beach, FL 32174

Karen Parrish
1985 Dimmers Road
Ormond Beach, FL 32174

Karen Weidner
334 Tymber Run
Ormond Beach, FL 32174

Kari Brunette
39 Mayfield Cir
Ormond Beach, FL 32174

Karla Martin
1441 Highridge Avenue
Daytona Beach, FL 32124

Karne Gokey
31 Nicholas Drive
Ormond Beach, FL 32176

Katherine Billiot
570 Memorial Circle
Ste. 150
Ormond Beach, FL 32174

Katherine Davis
25 Oakwood Park
Ormond Beach, FL 32174

Katherine Sell
24 Seacrest Drive
Ormond Beach, FL 32176

Kathie Rojas
1706 Creekwater Boulevard
Port Orange, FL 32128

Kathleen Huisman
1511 Poplar Drive
Ormond Beach, FL 32174

Kathleen Slaughter
3126 Flower Garden Court
Ormond Beach, FL 32174

Kathryn Williams
100 Bent Tree Drive
Apt. 157
Daytona Beach, FL 32114

Kathy Kinner
PO Bpx 11222
Daytona Beach, FL 32120

Katie  Francati
21 Coquina Ridge Way
Ormond Beach, FL 32174

Keith  Lozeau
1424 Golf Avenue
Ormond Beach, FL 32174

Ken  Kuhar
112 Ocean Grove Dr.
Ormond Beach, FL 32176

Katie  Hoover
35 Plaza Drive
Ormond Beach, FL 32176

Kelli  Colley
1515 Sabal Palm Drive
Edgewater, FL 32132

Ken  Kuhar
112 Ocean Grove Drive
Ormond Beach, FL 32174

Katie  Nieves
2617 Anastasia Drive
S. Daytona, FL 32119

Kelly  Klothe
1436 Golf Ave
Ormond Beach, FL 32174

Ken  Rothert
28 Sterling Cir
Ormond Beach, FL 32174

Katie  O'Neil
947 N. Halifax Drive
Ormond Beach, FL 32176

Kelly  LeRamos
6 Bulows Landing
Flagler Beach, FL 32136

Ken  Workowski
116 Catriona Drive
Daytona Beach, FL 32114

Katie  Weigel
238 Timberline Trail
Ormond Beach, FL 32174

Kelly  Parks
22 Choctaw Trail
Ormond Beach, FL 32174

Kenneth  Barkley
PO Box 106
Iliamna, AK 99606

Kay  Cannon
P.O. Box 11283
Daytona Beach, FL 32120

Kelly  Tremel
710 Daytona Avenue
Holly Hill, FL 32117

Kenneth  Barr
12 Raintree Court
Ormond Beach, FL 32174

KC  Smith
283 Linden Street
Ormond Beach, FL 32174

Kelton  Rahusen
6 Fox Cliff Way
Ormond Beach, FL 32174

Kenneth  Busch
1520 Poplar Drive
Ormond Beach, FL 32174

Keith  Christopher
14 Kingsgate Courtq=
Ormond Beach, FL 32174

Ken  Hayes
7 Circle Creek Way
Ormond Beach, FL 32174

Kenneth  Glass
528
Daytona Beach, FL 32114

Keith  Keating
1508 Oak Forest Drive
Ormond Beach, FL 32174

Ken  Hougham
1475 None Lane
Ormond Beach, FL 32174

Kenneth  Klein
45 Circle Creek Way
Ormond Beach, FL 32174

Kenneth Meierjurgen
157 Integra Brook
Apt. B105
Daytona Beach, FL 32117

Kim Bell
P.O. Box 731686
Ormond Beach, FL 32173

Kimberly Wilson
28 Queen Anne Court
Ormond Beach, FL 32174

Kenneth Richmond
25 Magnolia Street
Flagler Beach, FL 32136

Kim Cromartie
612 Main Trail
Ormond Beach, FL 32174

Kira Chatterton
228 Timberline Trail
Ormond Beach, FL 32174

Kenneth Taus
785 Magnolia Ave
Daytona Beach, FL 32117

Kim Fruda
835 N. Ridgewood Avenue
Ormond Beach, FL 32174

Kirit Bhalani
680 John Anderson Drive
Ormond Beach, FL 32176

Kerri Leiper
939 Northbrook Drive
Ormond Beach, FL 32174

Kim Hodges
94 Ridge Field Place
Ormond Beach, FL 32174

Komal Dsouza
157 Integra Breeze Lane
Unit 211
Daytona Beach, FL 32117

Kevin Jones
2041 NW 13th Street
Crystal River, FL 34428

Kim Whitaker
1 Timberline Trail
Ormond Beach, FL 32174

Korynne Turner
618 Ash Avenue
Daytona Beach, FL 32117

Kevin Robbins
1200 Floral Springs Blvd.
Port Orange, FL 32129

Kimberly Barrett
P.O. Box 732011
Ormond Beach, FL 32173

Kosta Christoforkis
3729 Paige Street
Port Orange, FL 32127

Kevin Veitch
1335 Fleming Avenue
Lot 64
Ormond Beach, FL 32174

Kimberly Raymond
3225 County Road 305
Bunnell, FL 32110

Kostas Gerolimatos
275 Indigo Drive
Unit 212
Daytona Beach, FL 32114

Khristi Klonaris
194 Boysenberry Lane
Daytona Beach, FL 32124

Kimberly Terry
41 High Ridge Road
Holly Hill, FL 32117

Kraig Parker
908 Jeffrey Street
Ormond Beach, FL 32174

Kim Bannister
24 Stratford Place
Ormond Beach, FL 32174

Kimberly Timmons
10 Reflections Village Dr
Ormond Beach, FL 32174

Kramer & Associates
PO Box 500
Westwood, NJ 07675

Kris  Stockhammer
15  Avon  Circle
Ormond  Beach, FL 32174

Kristen  Myerscough
41  Sunset  Blvd
Ormond  Beach, FL 32174

Kristene  Rhoades
1505  San  Marco  Drive
Apt.  108
Ormond  Beach, FL 32174

Kristie  Fisher
23269  Palue  Castle  Drive
Port  Orange, FL 32127

Kristin  Harold
1965  Red  Cedar  Circle
Daytona  Beach, FL 32119

Kristina  Moses
707  S.  Atlantic  Avenue
Apt.  231
Ormond  Beach, FL 32176

Kristy  Tyrrel
185  Woodhaven  Circle  W.
Ormond  Beach, FL 32174

Krisztina  Revesz
475  Lambert  Avenue
Flagler  Beach, FL 32136

Kurt  Glaenzer
481  Hammock  Lane
Ormond  Beach, FL 32174

Kurt  Schaeuble
400  Clyde  Morris  Boulevard
Suite  B
Ormond  Beach, FL 32174

Kyle  Canfield
153  S.  Tymber  Creek  Road
Ormond  Beach, FL 32174

Kyle  Nichols
101  Timberlake  Lane
Ormond  Beach, FL 32174

Kym  Zurstadt
1391  John  Anderson  Dr.
Daytona  Beach, FL 32126

Lance  Gilbert
3572  Ocean  Shore  Boulevard
Ormond  Beach, FL 32176

Larry  Adams
395  S  Atlantic  Ave.
Ormond  Beach, FL 32174

Larry  Bartlett
016  N.  Saint  Andrews  Drive
Ormond  Beach, FL 32174

Larry  Cline
200  Riverbend  Road
Ormond  Beach, FL 32174

Larry  Griggs
1027  Bellair  Drive
Daytona  Beach, FL 32118

Larry  Hopper
11  Fox  Hollow  Drive
Ormond  Beach, FL 32174

Larry  Poulton
40  Choctaw  Trail
Ormond  Beach, FL 32174

Larseivind  Soyland
600  Jimmy  Ann  Drive
Apt.  2028
Daytona  Beach, FL 32114

Lashawnia  Sheppard
15920  Carolines  Cove
Apt  201
Ormond  Beach, FL 32174

Latashia  Van
100  Winners  Circle  Drive
Apt.  303
Daytona  Beach, FL 32114

Latonia  Eagles
120  Winners  Ciecle  Drive
Apt.  304
Daytona  Beach, FL 32114

Latoya  Cayler
10  Selene  Place
Palm  Coast, FL 32164

Lauren  Echemendia
32  Black  Hickory  Way
Ormond  Beach, FL 32174

Lauren  Nasser
915  Essex  Road
Daytona  Beach, FL 32117

Lauren Rominger
265 Lexington Drive
Daytona Beach, FL 32114

Lesley Corya
6 Cobblestone Trail
Ormond Beach, FL 32174

Lindsay Driggers
1864 Pioneer Trail
New Smyrna Beach, FL 32168

Lauren Young
11 Treetop Trail
Ormond Beach, FL 32174

Leslie Milos
784 S. Ridgewood Avenue
Ormond Beach, FL 32174

Lindsay Frey
139 Cedar Creek Way
Ormond Beach, FL 32174

Lawrence Woods
178 Coquina Key Dr
Ormond Beach, FL 32174

Lester Cuby
7 Fox Hollow Drive
Ormond Beach, FL 32174

Lindsay Holton
11646 Highway 11
Bunnell, FL 32110

Lee Apperson, Jr.
55 Windrift Court
Ormond Beach, FL 32174

Levi Leduc
731 Santa Ana Ave
Ormond Beach, FL 32174

Lindsay Investments
c/o Michael Burton
645 S. Atlantic Ave.
Cocoa Beach, FL 32391

Leen Deridder
5 Aztec Trail
Ormond Beach, FL 32174

Liam Levings
4214 Gull Cove
New Smyrna Beach, FL 32169

Lindsay Investments
c/o Patrick Healy
1800 W Hibiscus #138
Melbourne, FL 32901

Leesa Taylor
1220 13th Street
Daytona Beach, FL 32117

Linda From
1335 Fleming Avenue
Lot 254
Ormond Beach, FL 32174

Lisa Adam
80 Grove Street
Ormond Beach, FL 32174

Legacy Foods
P.O. Box 730837
Ormond Beach, FL 32173

Linda Miller
355 Oakridge Road
Ormond Beach, FL 32174

Lisa Gonzalez
1304 Sunland Road
Ormond Beach, FL 32176

Leonard Purdy
9 Aaron Circle
Ormond Beach, FL 32174

Linda Russell Vogel
108 Powell Boulevard
Apt. 2013
Daytona Beach, FL 32114

Lisa Kelley
856 Quail Run
Ormond Beach, FL 32174

Lesa Moore
744 Candlewood Circle
Ormond Beach, FL 32174

Lindsay Brummer
33 Shadow Creek Way
Ormond Beach, FL 32174

Lisa Pettis
1308 Par Avenue
Ormond Beach, FL 32174

Lisa Rhodes
380 Seminole Drive
Ormond Beach, FL 32174

Lorraine Hernandez
44 Londonderry Drive
Palm Coast, FL 32137

Lydia Marks
8000 St. George

Lister Swanski
50 Canterbury Woods
Ormond Beach, FL 32174

Louis Bifulco
842 N. Halifax Drive
Ormond Beach, FL 32176

Lynda Bonnick
49 Colonial Cir
Ormond Beach, FL 32174

Living Waters
1116 Sunland Road
Daytona Beach, FL 32114

Louise Smith
18 Boulder Rock Drive
Palm Coast, FL 32137

Lynn Thompson
18 Fernmeadow Ln.
Ormond Beach, FL 32174

Lona Serafin
835 Valencia Road
South Daytona, FL 32119

Loverso Walker
1119 Lakewood Park Drive
Daytona Beach, FL 32117

Lynn Wilson
388 Brown Pelican Drive
Daytona Beach, FL 32119

Lonestar Distribution
11350 Pagemill Road
Dallas, TX 75243

Lucia Vanhoof
130 Rosewood Avenue
Ormond Beach, FL 32174

Lynne Moss
786 Bendett Road
South Dayton, FL 32119

Lorelei Henderson
28 Cypress Grove Lane
Ormond Beach, FL 32174

Lucila Maldanado
1 Aton Circle
Ormond Beach, FL 32174

Madina Sanon
1412 Florida Street
Daytona Beach, FL 32114

Loretta Clark
222 Greenwood Avenue
Ormond Beach, FL 32174

Luis Del Castillo
3 Bird Tree Place
Palm Coast, FL 32137

Magie Holmes
70 Nightengale Lane
Ormond Beach, FL 32117

Lori Bosset
230 Golden Saddle Lane
Ormond Beach, FL 32174

Luke Gonzalez Barillas
246 Wedgewood Circle
Ormond Beach, FL 32176

Main Street Bank
PO Box 5799
Kingwood, TX 77325

Lori Reynolds
36 Soco Trail
Ormond Beach, FL 32174

Lydia Marks
8000 Saint Georges Road
Apt 102A
Ormond Beach, FL 32174

Malama Bumb
1006 Calle Grande Street
Ormond Beach, FL 32174

Maleticia  Mendez
257 Brainbridge Avenue
Daytona Beach, FL 32117

Margaret  Little
1625 Montgomery Avenue
Holly Hill, FL 32117

Marijo  Dean
10 Seville Place
Palm Coast, FL 32164

Mandy  Scruggs
1401 S. Palmetto Avenue
Apt. 607
Daytona Beach, FL 32114

Margaret  Little
1625 Montgomery Avenue
Daytona Beach, FL 32117

Marilee  Collins
40 Tomoka Meadows Boulevard
Ormond Beach, FL 32174

Mannssah  Bailey
932 Essex Road
Daytona Beach, FL 32117

Margaret  Scanlon
2 Aston Circle
Ormond Beach, FL 32174

Marilyn  Likness
504 Sunnyborrk Circle West
Ormond Beach, FL 32174

Manuel  Castillo
45 Westmoreland Drive
Palm Coast, FL 32164

Margaret  Suleiman
72 Coquina Ridge Way
Ormond Beach, FL 32174

Mario  Scorpio
9 Deerskin Lane
Ormond Beach, FL 32174

Maranda  Palmer
608 Riverview Road
Flagler Beach, FL 32136

Maria  Aquino
Relection Village Drive
Ormond Beach, FL 32174

Marion  Navarrette
116 Boysenberry Lane
Daytona Beach, FL 32124

Marcia  Pizzimenti
63 Ravenwood Court
Ormond Beach, FL 32174

Maria  Vides
65 Zephyr Lily Trail
Palm Coast, FL 32164

Mark  Alani
120 Birkdale Drive
Ormond Beach, FL 32174

Marcia  Taylor
1668 Beach Drive
Holly Hill, FL 32117

Marie  Cusak
235 Ashford Court
Ormond Beach, FL 32174

Mark  Cummings
420 Lakebridge Plaza Dr.
Ap[t. 13
Ormond Beach, FL 32174

Marcin  Michel
1 John Anderson Drive
Apt. 216
Ormond Beach, FL 32176

Marie  Velasquez
321 Clifton Avenue
Apt. 105
Holly Hill, FL 32117

Mark  Groover
1045 Stone Lake Drive
Ormond Beach, FL 32174

Margaret  Garlock
788 Knollview Ave
Ormond Beach, FL 32174

Marietha  Lomakoski
152 Sea Pines Cicle
Daytona Beach, FL 32114

Mark  Jorgensen
49 Sea Front Trail
Palm Coast, FL 32164

Mark Miller
151 Greenwood Ave
Ormond Beach, FL 32174

Martha Leorza
1118 San Jose Boulevard
Holly Hill, FL 32117

Mary Jo Arciom
5671 S.Eaton Terrace
Inverness, FL 34452

Mark Missaggia
7 Birchwood Trail
Ormond Beach, FL 32174

Martin Rader
420 Lakebridge Plaza Dr
Apt 613
Ormond Beach, FL 32174

Mary Lyle
104 Rio Way
Ormond Beach, FL 32174

Mark Rubin
891 North Beach Street
Ormond Beach, FL 32174

Maruke Vandegoor
21 Queen Ann Court
Ormond Beach, FL 32174

Mary Pletz Benedict
171 Highland Avenue
Ormond Beach, FL 32174

Mark Walczyk
14 Cliffside Drive
Ormond Beach, FL 32174

Marvin Miller
40 Riverside Drive
Ormond Beach, FL 32174

Mary Zarkowski
121 Three Bears Trail
Ormond Beach, FL 32174

Marlitt Boettcher
28 Marjorie Trail
Ormond Beach, FL 32174

Mary
Essue
540 Morning Star Drive #926
481-8663
Ormond Beach, FL 32174

Marya Lyn Cromwell
86 Brookwood Drive
Ormond Beach, FL 32174

Marlo Martin
456 Mcintosh Road
Ormond Beach, FL 32174

Mary Burke
45 Greenwood Avenue
Ormond Beach, FL 32174

Maryann Henderson
119 Jasmine Drive
Ormond Beach, FL 32174

Marlo Walker
149 Pine Cone Trail
Ormond Beach, FL 32174

Mary Dauber
110 Colina Place
Ormond Beach, FL 32174

Maryanne Allen
534 sandy Oaks Boulevard
Ormond Beach, FL 32174

Marsha Peterbell
131 Horseshoe Trail
Ormond Beach, FL 32174

Mary Gardner
420 Lakebridge, Apt. 902
Ormond Beach, FL 32174

Marylane Rajevic
200 SW 5th Place, #D103
Renton, WA 98057

Marshall Kaplan
7 Choctaw Trail
Ormond Beach, FL 32174

Mary Henderson
119 Jasmin Drive
Ormond Beach, FL 32174

Mather Davidson
28 Cypress Circle, Apt. C
Ormond Beach, FL 32176

Mathias Hansen
68 Caladium Drive
Ormond Beach, FL 32174

Matt Bailey
1299 Biltmore Drive
Ormond Beach, FL 32174

Matt Melton
119 Flamingo Avenue
Apt. 3
Daytona Beach, FL 32118

Matt Williams
1638 NE 15th Terrace
Ocala, FL 34470

Matther Bulavko
2 Slowdrift Turn
Palm Coast, FL 32164

Matthew Dixon
417 Bostrom Lane
Ormond Beach, FL 32174

Matthew Fenrich
241 Woodhaven
Ormond Beach, FL 32174

Matthew Green
1409 Mira Linda Point
Apt. 512
Colorado Springs, CO 80920

Matthew Miller
100 Powell Blvd
Daytona Beach, FL 32114

Matthew Stancil
2557 Coral Way W
Daytona Beach, FL 32118

Matthew Teeter
735 Northfield Court
Ormond Beach, FL 32174

Maureen Clark
246 Pinto Lane
Ormond Beach, FL 32174

Maurine Evans
1702 Palm Road
Ormond Beach, FL 32174

Maurizio Triani
7 Linos Head Drive
Ormond Beach, FL 32174

May Locke
2506 Sunset Drive
New Smyrna Beach, FL 32168

Megan Barnes
1400 Hancock Boulevard
Apt. 1110
Daytona Beach, FL 32114

Megan Milks
41 Robinson Drive
Palm Coast, FL 32164

Megan Schepis
1567 Hancock Lane
Holly Hill, FL 32117

Meghan Crandall
500 Crowne Loop
Apt. 135
Ormond Beach, FL 32174

Meghan McShane
2889 John Anderson Drive
Ormond Beach, FL 32176

Meghan Trent
732 Pelican Bay Drive
Daytona Beach, FL 32114

Melinda Brooks
1506 San Marco Drive
Apt. 302
Ormond Beach, FL 32174

Meliss Wilhite
14 Seacres Drive
Ormond Beach, FL 32176

Melissa Adjeman
610 Center Lane
Holly Hill, FL 32117

Melissa Adjemian
610 Center Lane
Holly Hill, FL 32117

Melissa Cargile
11 Glen Arbor Park
Ormond Beach, FL 32174

Melissa Cosgrove
204 Bauer Circle
Daytona Beach, FL 32124

Melissa  Marcinkiawicz
232 Deer Lake Circle
Ormond Beach, FL 32174

Melissa  Melonas
54 Seton Trail
Ormond Beach, FL 32176

Melissa  Montour
1504 San Marco Dr. #104
Ormond Beach, FL 32174

Melissa  Royal
19 Sounders Trail Cir
Ormond Beach, FL 32174

Melissa  Van  Billard
1474 John Anderson Dr.
Ormond Beach, FL 32176

Melonie  Donnally
611 Main Trail
Ormond Beach, FL 32174

Merie  Reaves
1501B Hammock Drive
Holly Hill, FL 32117

Miah  Warren
93 Shadow Creek Way
Ormond Beach, FL 32174

Mian  Street  Bank
PO Box 5799
Kingwood, TX 77325

Michael  Boss
25 Stratford Pl
Ormond Beach, FL 32174

Michael  Carini
5000 St. George's Road
Apt. 207B
Ormond Beach, FL 32174

Michael  Coburn
354 NE 432 Avenue
Ormond Beach, FL 32174

Michael  Dodson
314 Fir Street
Ormond Beach, FL 32174

Michael  Elkins
145 Arroyo Parkway
Ormond Beach, FL 32174

Michael  Frierson
1136 Whitehall Court
Port Orange, FL 32129

Michael  Gilmore
36 Aspen Street
Daytona Beach, FL 32124

Michael  Guglielmo
1508 San Marco Drive
Apt. 202
Ormond Beach, FL 32174

Michael  Karlin
725 Parque Drive
Ormond Beach, FL 32174

Michael  Kerr
1724 Montgomery Drive
Holly Hill, FL 32117

Michael  Laplante
69 Highrighe Road
Holly Hill, FL 32117

Michael  Libby
54 Westridge Lane
Palm Coast, FL 32164

Michael  Mancinelli
19 Birchwood Trail
Ormond Beach, FL 32174

Michael  Marques
72 Sunny Shore Drive
Ormond Beach, FL 32176

Michael  McClure
1299 Arroyo Pkwy
Ormond Beach, FL 32174

Michael  Mowrey
500 Shadow Lakes Boulevard
Apt. 168
Ormond Beach, FL 32174

Michael  Panarello
168 Inecyua Shores Drive
Apt. 100
Daytona Beach, FL 32117

Michael  Pilcher
10 Cotton Mill Court
Ormond Beach, FL 32174

Michael Thomas
2930 Lantern Dr
Ormond Beach, FL 32174

Michelle Soppet
5481 Saint Regis Way
Port Orange, FL 32128

Mike Mackersie
830 Cordova Avenue
Ormond Beach, FL 32174

Michael Yesalusky
170 Limewood Pl
Unit 7
Ormond Beach, FL 32174

Michelle Thompson
18 Fern Meadow Lane
Ormond Beach, FL 32174

Mike Nealy
11 Queen Anne Court
Ormond Beach, FL 32174

Michael Zinna
202 Emerson Pl
Valley Stream, NY 11580

Microflex, Inc.
1800 N. US Highway 1
Ormond Beach, FL 32174

Mike Russell
488 Bryant Street
Ormond Beach, FL 32174

Michale Kilgore
1004 Indian Oaks West
Holly Hill, FL 32117

Miguel Norat
220 Brasswood Ct
Daytona Beach, FL 32117

Mike Smorto
5 Marjorie Trl
Ormond Beach, FL 32174

Michelle Garrison
22 Village Drive
Ormond Beach, FL 32174

Mike Barrell
909 Tracy St.
Daytona Beach, FL 32117

Mike Way
26 Carriage Creek Way
Ormond Beach, FL 32174

Michelle Jabluszewski
58 Saddlers Run
Ormond Beach, FL 32174

Mike Bradbury
126 Hand Avenue
Ormond Beach, FL 32174

Milke Barrell
909 Tracy Court
Daytona Beach, FL 32117

Michelle McShane
2889 John Anderson Drive
Ormond Beach, FL 32176

Mike Coats
1 Kingsgate Court
Ormond Beach, FL 32174

Milton Cunningham
188 Windward Lane
Ormond Beach, FL 32174

Michelle Myers
17 San Jose Dr.
Ormond Beach, FL 32176

Mike Farhat
117 Sawtooth Lane
Ormond Beach, FL 32174

Mimi Nealy
11 Queen Anne Court
Ormond Beach, FL 32174

Michelle Slimak
311 Center Street
Ormond Beach, FL 32174

Mike Holland
1701 Valencia Avenue
Ormond Beach, FL 32174

Mina Khazraee
4 Laurel Ridge Break
Ormond Beach, FL 32174

Mina Zahedi
21 Tomoka Cove Way
Ormond Beach, FL 32174

Myra Doran
5945 Shady Creek Lane
Port Orange, FL 32128

Nancy Spencer
1924 Sunny Palm Drive
Ormond Beach, FL 32174

Miranda Joyner
621 Easy Street
Daytona Beach, FL 32117

Nadia Mazey
3080 John Anderson Dr
Ormond Beach, FL 32176

Naomie Qualmann
108 Carolina Lake Dr
Apt 106
Daytona Beach, FL 32114

Miranda Phifer
1517 San Marco Dr.
Ormond Beach, FL 32174

Nadine Abrams
241 Riverside Dr., Unit 407
Daytona Beach, FL 32117

Natalie Bennett
3439 Graveson Court
Port Orange, FL 32129

Mitch Dobbins
3636 Christa Court
Ormond Beach, FL 32174

Nan Dalton
624 Marina Point Dr.
Daytona Beach, FL 32114

Nationwide Recovery Services
2304 Tarpley Dr. #134
Carrollton, TX 75006

Mitch Gordon
3968 S Chinook Ln
Ormond Beach, FL 32174

Nan Dalton
624 Marina Point Dr
Daytona Beach, FL 32114

Navjeet Thind
10 Aston Circle
Ormond Beach, FL 32174

Monica Brain
1025 S. Beach Street
pt. 85
Daytona Beach, FL 32114

Nancy Garrett
1317 North Beach Street
Ormond Beach, FL 32174

NCO Financial System Inc
P.O. Box 15740
Wilmington, DE 19850-5740

Muhammed Anwer
78 Coquina Ridge Way
Ormond Beach, FL 32174

Nancy Newman
31 Hunt Master Court
Ormond Beach, FL 32174

Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044

Mykalann Martin
67 Saddlers Run
Ormond Beach, FL 32174

Nancy Rodriguez
116 Imperial Heights Drive
Ormond Beach, FL 32176

Neiman Marcus
PP Box 5235
Carol Stream, IL 60197

Myra Daniels
1193 Dal Maso Drive
Daytona Beach, FL 32117

Nancy Sanchez
1320 Hand Avenue
Ormond Beach, FL 32174

Nestor Ferreiro
9 Lakewood Park Drive
32174

Neva Hammond
1514 Oak Forest Dr
Ormond Beach, FL 32174

Nicholas Abbott
92 Saint Andrews Dr.
Ormond Beach, FL 32174

Nicholas Rostanzo
51 Reynolds Drive
Ormond Beach, FL 32174

Nichole Dominguez
364 Putnam Avenue
Ormond Beach, FL 32174

Nichole Mitchell
1531 Mobile Ave
Daytona Beach, FL 32117

Nick Sotirin
2900 N. Atlantic Drive
Daytona Beach, FL 32118

Niki Solimene
420 Lakebridge Plaza Drive
Apt. 13
Ormond Beach, FL 32174

Nikki Ludwin
711 Orchard Avenue
Ormond Beach, FL 32174

Nina O'Neill
433 Silver Beach Drive
Holly Hill, FL 32117

Norman Daley
7 Double Branch Way
Ormond Beach, FL 32174

Nova Casualty Company
726 Exchange Street
Suite 1020
Buffalo, NY 14210

Nova Casualty Company
440 Lincoln Street
Worcester, MA 01653

Oceana Guest
26 Ribbon Falls Drive
Ormond Beach, FL 32174

Office Depot
PO Box 689020
Des Moines, IA 50368

Oleksiy Bogdan
7 Pittwick Lane
Palm Coast, FL 32164

Oliver Winn
278 S Old Kings Road
Ormond Beach, FL 32174

Omar Rodriguez
400 Bochelle Drive
Unit 2D
New Smyrna Beach, FL 32169

One West Bank FSB
c/o Gilbert McGrotty Group
3200 Henderson Blvd.
Suite 100
Tampa, FL 33609

Orestes Gispert
640 Florida Avenue
Holly Hill, FL 32117

Ot Powell
6275 Williamson Blvd
Apt 1138
Port Orange, FL 32128

Otto Hoover
35 Plaza Drive
Ormond Beach, FL 32176

P.W. Mabry
420 Chelsea Place Avenue
Ormond Beach, FL 32174

Pam Hanna
13 Lost Creek Ln
Ormond Beach, FL 32174

Pam Netterville
776 South Ridgewood Avenue
Ormond Beach, FL 32174

Pam Quick
105 Appaloosa Lane
Daytona Beach, FL 32119

Pamela Cooper
151 Putnam Ave
Ormond Beach, FL 32174

Pamela Cudlin
226 Pine Cone Trail
Ormond Beach, FL 32174

Pamela Daniels
2058 Brian Avenue
South Dayton, FL 32119

Patty Harris
410 Auburn Drive
Apt. 6
Daytona Beach, FL 32118

Peter B. Heebner, Esq.
523 N. Halifx Ave.
Daytona Beach, FL 32114

Pamela Dipietro
PO Box 384
Ormond Beach, FL 32174

Patty Stout
41 Hibiscus Drive
Ormond Beach, FL 32176

Peter Beaudet
24 Jolynn Drive
Ormond Beach, FL 32174

Pamela McGrath
44 Wild Cat Lane
Ormond Beach, FL 32174

Paul Andrea
14 Fisherman;s Landing
Ormond Beach, FL 32174

Peter Cotton
20 Meadow Ridge
Ormond Beach, FL 32174

Pamela Means
55 Arroyo Pkwy
Ormond Beach, FL 32174

Paul Marianetti
10 Heather Lane
Ormond Beach, FL 32174

Peter Medeiros
16 Laguna Forest Trail
Palm Coast, FL 32164

Patricia Harkines
11 Lakeview Circle
Ormond Beach, FL 32174

Paul Tchiloyans
12 Linshead Drive
Ormond Beach, FL 32174

Peter Russo
681 Wellington Station Blvd.
Ormond Beach, FL 32174

Patrick Seeley
1312 Oak Forest Drive
Ormond Beach, FL 32174

Paula Ochsman
49 Canterbury Woods
Ormond Beach, FL 32174

Phil Berquist
1503 San Marco Drive
Apt. 306
Ormond Beach, FL 32174

Patrick Thompson
2 Fox Run Trail
Ormond Beach, FL 32174

Pauline Beaulien
134 Deer Run Lake Drive
Ormond Beach, FL 32174

Phil Haley
174 View Way
Ormond Beach, FL 32174

Patti Beinhard
40 Laurel Oaks Circle
Ormond Beach, FL 32174

Paulo Dos Santos
1 West Rock Lane
Palm Coast, FL 32164

Philip Koelker
5047 Cherrywood Dr
Ormond Beach, FL 32174

Pattie Baird
1311 Derbyshire Road
Holly Hill, FL 32117

Pete Drolet
35 Valhalla Avenue
Ormond Beach, FL 32174

Philip Watson
32 Llama Trail
Palm Coast, FL 32164

Phillip Mozingo
39 General Doolittle Road
Daytona Beach, FL 32124

Rachael Gilbert
473 Palm Avenue
Ormond Beach, FL 32174

Ralph Little
1625 Montgomery Avenue
Holly Hill, FL 32117

Phillip Young
1242 Hempstead Lane
Ormond Beach, FL 32174

Rachael Mitchell
30 Riverdale Lane
Palm Coast, FL 32164

Ralston Adams
12 Kaufman Place
Palm Coast, FL 32164

Phuoc Nguyen
500 W. Granada Blvd. Apt. 2
Ormond Beach, FL 32174

Rachel Rhodes
5 Riverridge Trail
Ormond Beach, FL 32174

Randy Christian
1583 Anniston Avenue
Holly Hill, FL 32117

Phylicia Lewis
108 Powell Boulevard
Apt. 2203
Daytona Beach, FL 32114

Radek Hubl
1805 N. Atlantic Avenue
Unit 2
Daytona Beach, FL 32118

Randy Falls
1250 Scottsdale Drive
Ormond Beach, FL 32174

Phyllis Frederick
939 Norhtbrook Drive
Ormond Beach, FL 32174

Rafael Rauvoli
9 Burning Tree Place
Palm Coast, FL 32137

Randy Hudak
4205 Zacary Lane
Port Orange, FL 32129

Phyllis Taylor
15 Aston Circle
Ormond Beach, FL 32174

Rafael Rivera, Jr.
39 Lake Park Circle
Ormond Beach, FL 32174

Raquel Levy
33 San Jose Circle
Ormond Beach, FL 32176

Platte River Insurance Comp.
4610 University Ave.
PO Box 5900
Madison, WI 53705-0900

Raj Harman
1297 Arroyo Parkway
Ormond Beach, FL 32174

Ray and Son AC
PO Box 862
Nashville, GA 31639

Porsche Financial Services
4343 Commerce Ct #300
Lisle, IL 60532

Rajat Arora
18 Zither Court
Palm Coast, FL 32164

Ray Kaufman
12 Freeland Lane
Palm Coast, FL 32137

Preston Edden
1922 North Broch
Ormond Beach, FL 32174

Ralph Hottle
28 Coqunia Ridge Way
Ormond Beach, FL 32174

Raymond Panas
351 Old South Dixie Hwy.
Bunnell, FL 32110

RBC Bank
PO Box 862
Charlotte, NC 28201

Richard Nelson
180 Blue Heron Lake Circle
Ormond Beach, FL 32174

Rick Kalfaian
152 Pine Cove Trail
Ormond Beach, FL 32174

RBM
907 W International Speedway
Daytona Beach, FL 32114

Richard Preston
22 Indian Head Drive
Ormond Beach, FL 32174

Rick Mock
1750 Carolina Avenue
Ormond Beach, FL 32174

Rebecca McKneely
29 Azalea Drive
Ormond Beach, FL 32176

Richard Rivera
418 Black Oak Ln
Ormond Beach, FL 32174

Rick Singer
491 Leeway Trail
Ormond Beach, FL 32174

Rebecca Merriman
500 S. Beach Street
Apt 5
Daytona Beach, FL 32114

Richard Sedotto
1492 Hohe Lane
Ormond Beach, FL 32174

Rick Singer
4941 Leewat Trail
Ormond Beach, FL 32174

Rebecca Skelly
792 E. Victoria Circle
Ormond Beach, FL 32174

Richard Upson
857 Quail Run
Ormond Beach, FL 32174

Rick Wickman
620 Mulberry Street
Daytona Beach, FL 32114

Renee Ward
PO Box 547
Bunnell, FL 32110

Richard Warnock
15 Acanthus Circle
Ormond Beach, FL 32174

Ricky Bergeron
5283 Barhydt Avenue
Port Orange, FL 32127

Richard Bahmann
415 Oak Park Cir
Ormond Beach, FL 32174

Richard Young
30 Dormer Drive
Ormond Beach, FL 32174

Rita D'Angelo
134 S. Old Kings Road
Ormond Beach, FL 32174

Richard Glosser
30 South Orchard Street
Ormond Beach, FL 32174

Richie Klimuszko
50 Secretary Trail
Palm Coast, FL 32164

Rita Sala
109 Mendoza Circle
Daytona Beach, FL 32124

Richard Maselli
1306 Parkside Drive
Ormond Beach, FL 32174

Rick Joyce, III
1450 Iona Court
Ormond Beach, FL 32174

Rob Durling
35 Greenvale Drive
Ormond Beach, FL 32174

Robert Arnold
2 Spiveys Ct
Ormond Beach, FL 32174

Robert Johns
1555 Delaney Dr., Apt. 1709
Tallahassee, FL 32304

Robert Turi
63 Wilmette Avenue
Ormond Beach, FL 32176

Robert Bixler
875 Derbyshire Road
Apt 189
Daytona Beach, FL 32117

Robert Ledbetter
116 Mendoza Circle
Daytona Beach, FL 32124

Robert Wichmann
1100 S Riverside Dr
New Smyrna Beach, FL 32168

Robert Cromartie
236 John Anderson Dr
Ormond Beach, FL 32174

Robert Lingelle
418 Andrews Street
Ormond Beach, FL 32174

Robin Kennedy
948 Northbrook Drive
Ormond Beach, FL 32174

Robert Dennis
2508 Citrus Avenue
S. Daytona, FL 32119

Robert Mazur
2508 Citrus Ave.
Daytona Beach, FL 32119

Robin Warren
199 Black Hickory Way
Ormond Beach, FL 32174

Robert Eckensberger
26 Ribbon Falls Drive
Ormond Beach, FL 32174

Robert Mirisola
5500 Ocean Shore Boulevard
Apt. 30
Ormond Beach, FL 32176

Rod Andrews
37 Pineview Lake Circle
Ormond Beach, FL 32174

Robert Elger
28 Sea Trail
Ormond Beach, FL 32174

Robert Perri
102 Millow Bend
Ormond Beach, FL 32174

Rod Kimberley
14 Cedarwood Court
Palm Coast, FL 32137

Robert Gordon
1302 Myrtle Jo Drive
Ormond Beach, FL 32174

Robert Rush
128 Secretary Trail
Palm Coast, FL 32164

Rodney Kinley
284 South Orchard Street
Ormond Beach, FL 32174

Robert Graham
1117 Mary McLoed Bethune Blv
Daytona Beach, FL 32114

Robert Saum
2 Indian Springs Drive
Ormond Beach, FL 32174

Rofine LLC
435 S. Ridgewood Ave.
Suite 200
Daytona Beach, FL 32114

Robert Hall
46 River Ridge Trail
Ormond Beach, FL 32174

Robert Taylor
120 Limewood Place
Unit 4
Ormond Beach, FL 32174

Roger Ashley
10 Woodgate Court
Ormond Beach, FL 32174

Roger Cain
5909 Wishing Well Drive
Port Orange, FL 32127

Ronald Dillard
436 S. Nova Road, Apt. 85A
Ormond Beach, FL 32174

Russell Lachapelle
P.O Box 451
Lake Como, FL 32157

Roger Edwards
1501 San Marco Drive
Apt. 205
Ormond Beach, FL 32174

Ronald Garrision
1410 Dolph Circle
Ormond Beach, FL 32174

Russell Milcent
720 N Flamingo Dr
Daytona Beach, FL 32117

Roger Holt
509 Cherrywood Drive
Ormond Beach, FL 32174

Ronald McDaniel
125 S Orchard St
Apt 103
Ormond Beach, FL 32174

Ruth Kangethe
1400 S. Nova Road
Apt. 271
Daytona Beach, FL 32114

Roger Schmidt
P.O. Box 341
New Smyrna Beach, FL 32170

Ronald Sebastian
12 Cliffside Drive
Ormond Beach, FL 32174

Ruth Pellicer
1016 6th Street
Daytona Beach, FL 32117

Roger Stude
109 Longview Way
Palm Coast, FL 32137

Rosa Venzor
918 Jasmine Avenue
Daytona Beach, FL 32117

Ruth Travers
6 Paradise Falls Circle
Ormond Beach, FL 32174

Rohan Giri
82 Zither Court
Palm Coast, FL 32164

Rosana Colev
640 Nl. Nova Road
Apt. 417
Ormond Beach, FL 32174

Ryab Chrisley
2041 Schulter Avenue
Daytona Beach, FL 32118

Romino Ludovico
720 Colfax Drive
Daytona Beach, FL 32114

Rose Cazarea
5000 St. George's Road
Apt. 304
Ormond Beach, FL 32174

Ryan Deising
112 Willow Bend Lane
Ormond Beach, FL 32174

Ron Johnson
84 S Saint Andrews Dr.
Ormond Beach, FL 32174

Russ Crane
3 Pheasant Lane
Ormond Beach, FL 32174

Ryan Heise
7 Cresent Lake Way
Ormond Beach, FL 32174

Ron Trout
3 Cliffwood Circle
Ormond Beach, FL 32174

Russell Campbell
36 Sea Breeze Trail
Palm Coast, FL 32164

Ryan Moser
226 North Nova Road
Ormond Beach, FL 32174

Sabine Molok
80 Tomoka Avenue
Ormond Beach, FL 32174

Samantha Sproul
22 Wild Fern Lane
Ormond Beach, FL 32174

Sang Do
282 Bayridge Court
Ormond Beach, FL 32174

Sabita Somaroo
136 Gala Circle
Ormond Beach, FL 32174

Sammy Butler, Sr.
1754 Carolina Avenue
Ormond Beach, FL 32174

Sarah Buckley
232 Chipewa Circle
Ormond Beach, FL 32174

Safe Leasing LLC
PO Box 660831
Dallas, TX 75266

Samual Acquaro, Jr.
901 Boyte Street
Port Orange, FL 32127

Sarah Gonsalves
3674 Needles Drive
Ormond Beach, FL 32174

Sally Cunningham
6 Karanda Place
Palm Coast, FL 32164

Samuel Martin
1000 Walker Street
Lot 154
Holly Hill, FL 32117

Sarah Gralnick
5 Whipper Fn Court
Ormond Beach, FL 32174

Salman Ahmed
28 Kingbridge Crossing Drive
Ormond Beach, FL 32174

Sandford Kinne
3 Willow Court
Ormond Beach, FL 32174

Sarah King
715 John Anderson Drive
Ormond Beach, FL 32176

Salvatore Alfano
132 Green Forest Drive
Ormond Beach, FL 32174

Sandi Bloomfield
46 Capistrano Dr
Ormond Beach, FL 32176

Sarah Kiser
7 Fishermans Circle
Apt. 6
Ormond Beach, FL 32174

Sam Amoruso
1608 Avenue C
Ormond Beach, FL 32174

Sandra Brelo
1503 San Marco Drive
Apt. 204
Ormond Beach, FL 32174

Sarah Orman
115 Powell Boulevard
Daytona Beach, FL 32114

Sam Black
728 Pelican Bay Drive
Daytona Beach, FL 32119

Sandra Gosch
34 Seabridge Drive
Ormond Beach, FL 32176

Sarah Pujol
1090 Rainbow Lake Lane
Pierson, FL 32180

Samantha Smith
5 Archangel Circle
Ormond Beach, FL 32174

Sandy Kauffman
11 Lakewood Park Drive
Ormond Beach, FL 32174

Sarah Smiley
1600 Big Tree Road
Apt. G5
S. Daytona, FL 32119

Sarah Thurman
110 Fiesta Drive
Ormond Beach, FL 32174

Scott Cornelius
297 Warwick Avenue
Ormond Beach, FL 32174

Scott Gaston
3 Dorado Beach Ct.
Ormond Beach, FL 32174

Scott Harris
275 Linden Street
Daytona Beach, FL 32114

Scott Jenkins
4C Bluebird Lane
Ormond Beach, FL 32174

Scott Lawson
23 Canterbury Woods
Ormond Beach, FL 32174

Scott Reid
60 Spanish Oak Lane
Ormond Beach, FL 32174

Scott Saycier
367 Evergreen Lane
Ormond Beach, FL 32174

Scott Spooner
364 Tropical Lane
Ormond Beach, FL 32174

Sean Donnelly
45 Knollwood Estates Drive
Ormond Beach, FL 32174

Sean Harver
1124 Edith Drive
Daytona Beach, FL 32117

Sean Higgins
23 Roundtable Lane
Palm Coast, FL 32164

Sean Kelly
1517 San Marco Drive
Apt. 202
Ormond Beach, FL 32174

Sean Vigh
84 North Timbercreek Road
Ormond Beach, FL 32174

Sean Wilcox
145 Springwood Drive
Daytona Beach, FL 32119

Seba Taha
120 Birkdale Drive
Ormond Beach, FL 32174

Serena Surrency
P.O. Box 11142
Daytona Beach, FL 32120

Serina Denkins
119 Dawn Drive
Ormond Beach, FL 32176

Seth Gibson
116 Boysenberry Lane
Daytona Beach, FL 32124

Shafanta Dugree
100 Winners Circle Drive
Apt. 303
Daytona Beach, FL 32114

Shamally Ortiz
516 Peacock Rd.
Daytona Beach, FL 32117

Shana Gallagher
44 Ormond Green Blvd.
Ormond Beach, FL 32174

Shana Prestigiacomo
113 Grey Dapple Way
Ormond Beach, FL 32174

Shana Sasso
78 Arlington Way
Ormond Beach, FL 32176

Shandrea Odums
5217 Huncrest Pl. SW
Mableton, GA 30126

Shanee Pratt
1025 S. Beach Street
Apt. 216
Daytona Beach, FL 32114

Shannok Yunick
1 Manderley Lane
Ormond Beach, FL 32174

Shannon Abraham
108 Black Duck Circle
Daytona Beach, FL 32119

Shannon Kenahan
P.O. Box 730692
Ormond Beach, FL 32173

Shannon Kennedy
1714 Palm Avenue
Ormond Beach, FL 32174

Shannon Rovner
426 Andrews Street
Ormond Beach, FL 32174

Sharda Mohammed
831 Angelina Court
Port Orange, FL 32127

Sharon Muller
460 Collins Street
Ormond Beach, FL 32174

Shavon Bailey
139 Arroyo Parkway
Ormond Beach, FL 32174

Shawn Blouin
265 Hartford Avenue
Daytona Beach, FL 32118

Shawn Cowman
202 Chippewa Circle
Ormond Beach, FL 32174

Shawn Kelly
940 15th Street
apt. 101
Daytona Beach, FL 32117

Shawn Kleoteer
202 Seabreeze Boulevard
Apt. 413
Daytona Beach, FL 32118

Sheila Dicks
339 Thaelary Road
Ormond Beach, FL 32174

Sheila McCarthy
700 Saint George's Road
Apt. 303A
Ormond Beach, FL 32174

Sheila Priester
2 Oeacn Side Dr
Ormond Beach, FL 32174

Sheldon London
357 Apache Trl
Ormond Beach, FL 32174

Shelia Scherer
1146 Robert Street
Ormond Beach, FL 32174

Shelley Mayo
1010 Indian Oaks East
Daytona Beach, FL 32117

Sherif Saad
4 Highwood Ridge Trail
Ormond Beach, FL 32174

Shon Stanley
1965 Charleston House
Ormond Beach, FL 32174

Sibel Guelseren
23 Tomoka Meadows Boulevard
Ormond Beach, FL 32174

Sigal Gonska
108 Bluestem Cir
Daytona Beach, FL 32117

Sigfred Matson
148 Ormond Shores Dr
Ormond Beach, FL 32174

Sindy Caridi
27 Southern Pine Trail
Ormond Beach, FL 32174

Sini Summerlin
105 North Arbor Drive
Ormond Beach, FL 32174

Sohail Kakezai
5 Coquina Ridge Way
Ormond Beach, FL 32174

Sonny Faircloth
470 North Tymber Creek Road
Ormond Beach, FL 32174

Sonya Matthews
600 N. Yonge Street
Ormond Beach, FL 32174

Southeastern Neon
374 Fentress Blvd.
Daytona Beach, FL 32114

Stacey Herrlich
1710 Maryland Avenue
Ormond Beach, FL 32174

Stacey Johnson
84 Oak Avenue
Ormond Beach, FL 32174

Stacey Kwiat Shearer
1235 Scottsdale Drive
Ormond Beach, FL 32174

Stacey Work
70 Foxhall Lane
Palm Coast, FL 32137

Staci Rosamnilia
73 Mcalister Drive
Ormond Beach, FL 32174

Stan Klezos
1315 Westwood Drive
Daytona Beach, FL 32117

Stanley Chmiel
15 Flowertree Drive
Ormond Beach, FL 32174

Stephanie Bratcher
561 10th Street
Holly Hill, FL 32117

Stephanie Pace
204 Lynnhurst Drive
Ormond Beach, FL 32176

Stephanie Roberts
129A Brunswick Lane
Palm Coast, FL 32137

Stephanie Seragin
835 Valencia Road
South Daytona, FL 32119

Stephen Campbell
678 S Ridgewood Ave
Ormond Beach, FL 32174

Stevan & Carmen Simmons
6 Ligustrum Circle
Ormond Beach, FL 32176

Steve Clement
1409 Wildrose Lane
Daytona Beach, FL 32117

Steve Durrance
22 Slumber Meadow Trail
Palm Coast, FL 32164

Steve Eckman
20 Spanish Oak Lane
Ormond Beach, FL 32174

Steve Hampton
1307 Pakside Dr.
Ormond Beach, FL 32174

Steve Mackey
89 S. Atlantic Avenue
Apt. 1501
Ormond Beach, FL 32174

Steve Makris
788 E. Victoria Circle
Ormond Beach, FL 32174

Steve Xynidis
1 South Old Kings Road
Ormond Beach, FL 32174

Stocker, Judi
141 Old Mill Run
Ormond Beach, FL 32174

Sue Peters
7 Rollingwood Trail
Ormond Beach, FL 32174

Summer Shedd
44 Canterbury Woods
Ormond Beach, FL 32174

Summer Sinclair
107 Powell Boulevard
Apt. 3105
Daytona Beach, FL 32114

Sunny Gallman
217 Cherokee Road
Ormond Beach, FL 32174

Sunny Gunter
340 Coquina Avenue
Ormond Beach, FL 32174

Suntrust Bank
PO Box 4928
Orlando, FL 32802

Susan Rebozo
164 Summerhill Court
Ormond Beach, FL 32174

Tammy Martin
559 Cameo Dr
Ormond Beach, FL 32174

Susan Abel
5 Beartooth Path
Ormond Beach, FL 32174

Susy Reynolds
420 Lakebridge Plaza Drive
Apt. 10
Ormond Beach, FL 32174

Tammy Saucier
367 Evergreen Lane
Ormond Beach, FL 32174

Susan Anderson
4 Ocean Dunes Drive
Ormond Beach, FL 32176

Suzanne Schinina
71 Tomoka Meadows Boulevard
Ormond Beach, FL 32174

Tanner St. James
4 Fox Hollow
Ormond Beach, FL 32174

Susan Coleman
24 Huntsman Look
Ormond Beach, FL 32174

Svetlana Ekubova
625 N. Halifax Avenue
Apt. 24
Daytona Beach, FL 32118

Tanner St. James
100 Bend Tree
Apt. 40
Daytona Beach, FL 32114

Susan Crane
3 Pheasant Lane
Ormond Beach, FL 32174

Swanie Dickinson
125 Ponce De Leon Blvd
Daytona Beach, FL 32114

Tanya Brown
39 General Doolittle Road
Daytona Beach, FL 32124

Susan Davis
39 Cherokee Trail
FL 32194

Swayne Strickland
17 Maple Street
Flagler Beach, FL 32136

Tanya Sterling
1505 San marco Drive
Ormond Beach, FL 32174

Susan Horton
1580 Old Kings Road
Holly Hill, FL 32117

Talisa Mulligan
1717 Mason Ave., #1434
Holly Hill, FL 32117

Tara Okhovatian
140 Boynton Boulevard
Daytona Beach, FL 32118

Susan Neff
2 King Edward Drive
Ormond Beach, FL 32174

Tammie Wireman
1100 N. Halifax Avenue
Daytona Beach, FL 32118

Tara Schooley
65 Seton Trail
Apt. 6
Ormond Beach, FL 32176

Susan Ralleo
27 Circle Creek Way
Ormond Beach, FL 32174

Tammy Dailey
15 Sounders Trail Circle
Ormond Beach, FL 32174

Taylor Hoehn
10 Spanish Pine Way
Ormond Beach, FL 32174

Taylor Metts
1131 Roberts Street
Ormond Beach, FL 32174

Telcyn Smith
1530 Crowne Street
Apt. 512
Ormond Beach, FL 32174

Teresa Tull
104 Loyola Drive
Ormond Beach, FL 32176

Teresa Washington
640 N. Nova Rd., Apt. 415
Ormond Beach, FL 32174

Terri Zacaria
4 Lionshead Drive
Ormond Beach, FL 32174

Terry Jones
962 Torchwood Drive
Ormond Beach, FL 32174

Terry Bourcy
500 Shadow Lakes Boulevard
Apt. 181
Ormond Beach, FL 32174

Terry Shannon
731 Greenway Place
Daytona Beach, FL 32114

The Hammocks HOA
215 Grand Blvd #200
Miramar Beach, FL 32550

Thomas Flaherty
67 N. St. Andrews Drive
Ormond Beach, FL 32174

Thomas Garcia
32 Silk Oaks Drive
Ormond Beach, FL 32176

Thomas Grounds
1015 Cherokee Ranch Road
Holly Hill, FL 32117

Thomas Laura
3907 Cree Dr
Ormond Beach, FL 32174

Thomas Lechowicz
P.O. Box 217
Farmingville, NY 11738

Thomas McQuoid
1642 Cordova Ave.
Daytona Beach, FL 32117

Thomas Owen
299 S. Ridgewood Avenue
Ormond Beach, FL 32174

Thomas Savone
10 Cloverdale Ct N
Palm Coast, FL 32137

Thomas Scherer
125 Shady Branch Trail
Ormond Beach, FL 32174

Tia Harmon
1297 Arroyo Parkway
Ormond Beach, FL 32174

Tiffanee Cook
690 W. Lisbon Parkway
Deland, FL 32720

Tiffany Billings
1245 Fernway Drive
Ormond Beach, FL 32174

Tiffany Chadbourne
5 Tara Place
Ormond Beach, FL 32174

Tiffany Newton
1957 Yellowfin Dr
Port Orange, FL 32128

Tiffany Steele
100 Bent Tree Apt 47
Daytona Beach, FL 32114

Tim Collins
PO Box 2532
Daytona Beach, FL 32115

Tim Graff
52 S. St. Anrews Dr.
Ormond Beach, FL 32174

Tim Martin
4000 Saint George's Road
Apt. 205B
Ormond Beach, FL 32174

Tim Slater
1689 State Avenue
Daytona Beach, FL 32117

Todd Lynch
PO Box 265642
Daytona Beach, FL 32126

Traci Navin
25 Seamanship Trail
Palm Coast, FL 32164

Time Schwab
1509 Carmen Ave
Daytona Beach, FL 32117

Tom Leiper
939 Northbrook Drive
Ormond Beach, FL 32174

Tracy Logan
25 Autumnwood Trail
Ormond Beach, FL 32174

Timoth Machleid
6 Queen Anne Court
Ormond Beach, FL 32174

Tom Naddy
56 Bear Creek Drive
Hilton Head Island, SC 29926

Tracy Vancore
40 Tomoka Meadows Blvd.
Ormond Beach, FL 32174

Tina Carlyle
P.O. Box 730002
Ormond Beach, FL 32173

Tom Ward
1446 Dolph Circle
Ormond Beach, FL 32174

Travis Reynolds
420 Lakebridge Plaza Drive
Apt. 10
Ormond Beach, FL 32174

Tina Nyaigoti
1515 San Marco Drive
Apt. 103
Ormond Beach, FL 32174

Toni Savidge
1219 Vanderbilt Drive
Ormond Beach, FL 32174

Tray Ralph
15 Riverrigde Trail
Ormond Beach, FL 32174

Tina Parker
59 Seaside Dr
Ormond Beach, FL 32176

Tony Broxton
412 Wilson Avenue
Daytona Beach, FL 32114

Tri Luong
100 Berg Court
Daytona Beach, FL 32124

Tina Stewart
35 Country Club Drive
Ormond Beach, FL 32176

Tony Delasandro
520 Crowne Loop
Apt. 216
Ormond Beach, FL 32174

Trish McGetrick
1720 Raleigh Ave
Daytona Beach, FL 32117

Title Town Health & Fitness
1711 Norman Drive
Valdosta, GA 31601-3575

Tony Larcom
378 Collins Street
Ormond Beach, FL 32174

Tristin Mounteer
75 N. St. Andrews Drive
Ormond Beach, FL 32174

Todd Hayes
2485 Arabian Trl
Ormond Beach, FL 32174

Traci Dos Santos
3 Cottonwood Flat
Ormond Beach, FL 32174

Troy Maisel
6420 Zekan Lane
Springfield, VA 22150

Troy Parker
365 Tropical Lane
Ormond Beach, FL 32174

Valdrena Yisrael
133 Heathrow Drive
Daytona Beach, FL 32117

Vicki O'Donnell
25 Laurel Ridge Break
Ormond Beach, FL 32174

Tyler Edwards
2440 Lipizzan Trail
Ormond Beach, FL 32174

Valerie Harlan
PO Box 731741
Ormond Beach, FL 32174

Victor Guerra
9 Cantilever Court
Ormond Beach, FL 32174

Tyler Unson
256 Military Boulevard
Ormond Beach, FL 32174

Valerie Koolen
21 Rivocean Drive
Ormond Beach, FL 32176

Victor Lohman
31 Pebble Beach Dr
Ormond Beach, FL 32174

Tyrone Filer
108 Mableberry Court
Daytona Beach, FL 32124

Vamid Kasilvala
12000 Carolines CV, #206B
Ormond Beach, FL 32174

Victor Samaan
6 King Edward Drive
Ormond Beach, FL 32174

United Recovery Service
PO Box 722929
Houston, TX 77272

Vanessa Benitez
228 Bauer Circle
Daytona Beach, FL 32124

Victoria Baird
1580 Birmingham Avenue
Holly Hill, FL 32117

United States Dept. of Labor
Wage & Hour Division
Attn: Rod Lowery
1635 S. Ridgewood Ave. #221
Daytona Beach, FL 32119

Vanessa Windfelder
1945 Nelson Avenue
Ormond Beach, FL 32174

Victoria Harper
7 Eagle Drive
Ormond Beach, FL 32174

US Bank
1450 Channel Parkway
Marshall, MN 56258

Veronica Edwards
214 Pine Cone Trail
Ormond Beach, FL 32174

Victoria Leshley
3750 S. Atlantic Avenue
Port Orange, FL 32129

US Bank
Mainifest Funding Services
1450 Channel Parkway
Marshall, MN 56258

Vetrenda Brooks
8000 Saint Road
Apt. 108B
Ormond Beach, FL 32174

Victory Real Estate
240 Brookstone Centre Pkwy
Columbus, GA 31904-2974

Us Bank Manifest
1450 Child Parkway
Marshall, MN 56258

Vicki McNeel
44 Charleston Square
Ormond Beach, FL 32174

Vincent Brady
17 Buckskin Lane
Ormond Beach, FL 32174

Vincent Kraus
253 Bridle Path lane
Ormond Beach, FL 32174

Vvian Roy
26 Seabridge Drive
Ormond Beach, FL 32176

Weslie Harden
6 Berkley Road
Ormond Beach, FL 32174

Viola Paluzzi
101 Bent Tree Drive
Apt. 15
Daytona Beach, FL 32114

Walker Roofing
P.O. Box 7306
Daytona Beach, FL 32116

Will Clarke
1420 New Bellevue Avenue
Apt. 2001
Daytona Beach, FL 32114

Viola Xavier
1225 Powers Avenue
Holly Hill, FL 32117

Walter Henderson
717 Boston Avenue
South Daytona, FL 32119

Will Osteen
1088 Shockney Drive
Ormond Beach, FL 32174

VIP Cleaning
1267 Vanderbilt Dr.
Ormond Beach, FL 32174

Warren Miller
18 Castle Manor Dr
Ormond Beach, FL 32174

William Arnau
112 Willow Bend Ln
Ormond Beach, FL 32174

Vipasha Patel
1690 Dunn Avenue
Apt. 710
Ormond Beach, FL 32174

Wayne Onago
4415 SW 160th Court
Apt. 205
Miami, FL 33185

William Arsenault
616 S. Atlantic Avenue
Ormond Beach, FL 32176

Virgina Tedesco
128 Campanello Court
Daytona Beach, FL 32117

Wayne Wilson
28 Queen Anne Ct
Ormond Beach, FL 32174

William Bartee
17 Talaquah Boulevard
Ormond Beach, FL 32174

Virginia Greco
4 Springwood Trail
Ormond Beach, FL 32174

Wendy Arcuri Mara
13 Nottingham Drive
Ormond Beach, FL 32174

William Bischoff
1324 Verona Street
Daytona Beach, FL 32114

Vishy Broumand
93 Island Estates Parkway
Palm Coast, FL 32137

Wendy Mieszalski
820 Avondale Drive
Daytona Beach, FL 32117

William Bock
2700 Ocean Shore Boulevard
Apt. 413
Ormond Beach, FL 32176

Vision Financial Corp
11960 Westline Indistrial Dr
Suite 100
Saint Louis, MO 63146

Wesley Bagwell
500 Dorothy Avenue
Holly Hill, FL 32117

William Ciullo
1511 Ridge Ave.
Daytona Beach, FL 32117

William Donnelly
1700 Lambert Avenue
Flagler Beach, FL 32136

XM Radio
PO Box 567
Norwell, MA 02061

Zuzana Segev
132 Black Hickory Way
Ormond Beach, FL 32174

William Eggert
46905 Carnegie Bay Road
Alexandria Bay, NY 13607

Yana Maxwell
720 Palm Circle
Port Orange, FL 32129

William Joyce
1450 Ioni Court
Ormond Beach, FL 32174

Yari De Los Santos
1313 N. Shangrila Dr.
Daytona Beach, FL 32119

William Lee
1 Fernmeadow Lane
Ormond Beach, FL 32174

Yates Farris
112 Bardmoor Cir.
Daytona Beach, FL 32114

William Walters
270 Military Blvd
Ormond Beach, FL 32174

Yolando Wallace
203 S. Orchard Street
Apt. 108
Ormond Beach, FL 32174

William Warren
93 Shadow Creek Way
Ormond Beach, FL 32174

Zach Wooten
512 Sandy Oaks Boulevard
Ormond Beach, FL 32174

Willie Groff
661 Pelican Bay Dr
Daytona Beach, FL 32119

Zack Rickert
4000 St. George's Road
Apt. 304A
Ormond Beach, FL 32174

Willis Ring
2315 N. Oleander Avenue
Daytona Beach, FL 32118

Zack Rowles
1017 Parkwood Drive
Ormond Beach, FL 32174

Willy Groff
661 Pelican Bay Drive
Daytona Beach, FL 32119

Zina Jiad
P.O. Box 730895
Ormond Beach, FL 32173

# United States Bankruptcy Court
## Middle District of Florida

In re  **Robert A Rosetti**
**Shannon D Dey**

Case No. _____

Debtor(s)

Chapter  **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 1,750.00 |
| Prior to the filing of this statement I have received | $ 1,750.00 |
| Balance Due | $ 0.00 |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 29, 2010**

**/s/ Avie Meshbesher Croce**
**Avie Meshbesher Croce 0020519**
**Avie Meshbesher Croce, P.L.**
**1301 Beville Road**
**Suite 8**
**Daytona Beach, FL 32119**
**386-304-2821  Fax: 386-304-2338**
**croceparalegal@cfl.rr.com**

---

B22A (Official Form 22A) (Chapter 7) (04/10)

| | |
|---|---|
| In re **Robert A Rosetti**<br>**Shannon D Dey**<br>_____<br>Debtor(s)<br><br>Case Number: _____<br>(If known) | According to the information required to be entered on this statement<br>(check one box as directed in Part I, III, or VI of this statement):<br><br>☐ **The presumption arises.**<br><br>■ **The presumption does not arise.**<br><br>☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>       a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>           OR<br><br>       b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's Income | **Column B**<br><br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $    2,750.00 | $    3,100.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. Gross receipts \| $    0.00 \| $    0.00 \|<br>\| b. Ordinary and necessary business expenses \| $    0.00 \| $    0.00 \|<br>\| c. Business income \| Subtract Line b from Line a \| \| | $    0.00 | $    0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>\| \| Debtor \| Spouse \|<br>\|---\|---\|---\|<br>\| a. Gross receipts \| $    0.00 \| $    0.00 \|<br>\| b. Ordinary and necessary operating expenses \| $    0.00 \| $    0.00 \|<br>\| c. Rent and other real property income \| Subtract Line b from Line a \| \| | $    0.00 | $    0.00 |
| 6 | **Interest, dividends, and royalties.** | $    0.00 | $    0.00 |
| 7 | **Pension and retirement income.** | $    0.00 | $    0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $    0.00 | $    0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $    0.00    Spouse $    0.00 | $    0.00 | $    0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>\| \| Debtor \| Spouse \|<br>\|---\|---\|---\|<br>\| a. \| $ \| $ \|<br>\| b. \| $ \| $ \|<br><br>Total and enter on Line 10 | $    0.00 | $    0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $    2,750.00 | $    3,100.00 |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **5,850.00** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **70,200.00** |
|----|----|----|----|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:  **FL**   b. Enter debtor's household size:  **2** | $ | **52,073.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V or VI of this statement.<br>■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |  |  |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ | **5,850.00** |
|----|----|----|----|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| | | |
|----|----|----|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| Total and enter on Line 17 | $ | **0.00** |
|----|----|----|

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | **5,850.00** |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **985.00** |
|----|----|----|----|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | **120.00** |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|----|----|----|----|
| a1. Allowance per member | **60** | a2. Allowance per member | **144** |
| b1. Number of members | **2** | b2. Number of members | **0** |
| c1. Subtotal | **120.00** | c2. Subtotal | **0.00** |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **443.00** |

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 734.00 |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 0.00 |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 734.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: **1st Mortgage $1,700 and 2nd $400** | $ 1,366.00 |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☒ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 478.00 |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☒ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 496.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 496.00 |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 496.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 496.00 |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 862.50 |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ 0.00 |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **0.00** |
|---|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | **0.00** |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | **0.00** |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | **0.00** |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | **0.00** |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | **5,980.50** |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
| | a. Health Insurance $ 0.00 <br> b. Disability Insurance $ 0.00 <br> c. Health Savings Account $ 0.00 | $ | **0.00** |
| | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | **0.00** |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | **0.00** |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | **0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to casses commenced on or after the date of adjustment,

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                                    6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 0.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | 0.00 |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |
|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | | |
|---|---|---|---|---|---|---|
| a. | **-NONE-** | | $ | ☐yes ☐no | | |
| | | | Total: Add Lines | | $ | 0.00 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | | |
|---|---|---|---|---|---|
| a. | **-NONE-** | | $ | | |
| | | | Total: Add Lines | $ | 0.00 |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | 0.00 |
|---|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | 0.00 | | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | 9.40 | | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | | $ | 0.00 |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | 0.00 |
|---|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | 5,980.50 |
|---|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | 5,850.00 |
|---|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | 5,980.50 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | -130.50 |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -7,830.00 |

**7**

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>■ **The amount on Line 51 is less than $7,025\***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **October 29, 2010**     Signature:  **/s/ Robert A Rosetti**<br> **Robert A Rosetti**<br> *(Debtor)*<br><br>Date:  **October 29, 2010**     Signature  **/s/ Shannon D Dey**<br> **Shannon D Dey**<br> *(Joint Debtor, if any)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.